



JAN 2 6 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                    DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**ROSA LEE KLANESKI individually and**

**on behalf of all others similarly situated,**

**PLAINTIFF,**

**v.**

**24-CV-00121-JCC**

Case number _____

**WHITEPAGES, INC.,**

**DEFENDANT**

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

<u>**NATURE OF ACTION**</u>

1.     Defendant owns and operates a website which disseminates public records relating to natural persons in a variety of manners and under a number of pricing schemes located at www.whitepages.com.

1

2.      Consumers regularly use these services—Defendant's website states it is "trusted by over 30 million people every month"—and can purchase a range of services for additional background report information relating to court, land, and public records.

3.      The Plaintiff is and was a "Premium Member" of the Defendant's services for several years, a service which is priced at $5.99 per month and which is the most basic of tools to aggregate information and enables the user to lookup 20 individual's contact information per month.

4.      There are two higher service levels called "Premium Business" and "Premium Business Enterprise" which offer additional functionality and higher total discrete queries which comprise the bulk of the Defendant's business.

5.      A Premium Member like the Plaintiff can access that data about those 20 individuals monthly, and that information is limited to those individuals' cellphone and landline numbers and home addresses, though the Defendant has a much larger trove of data pertaining to each individual.

6.      After a Premium Member like the Plaintiff searches for an individual person's record by a number of methods, including name, reverse phone, and reverse address, the Defendant logs the record of that Premium Member's request in a method under its control.

7.      At some later date after the initial search of the individual, the Defendant repeatedly sends unsolicited emails to the Premium Members representing that there are "new criminal records" or "new address records" for individual persons who were recently searched.

8.      These emails are sent continually by the Defendant for commercial purposes: the gravamen of each unsolicited email advertisement is that the Defendant is notifying the Plaintiff

2

of "new" information which is relevant to the background or geography of an individual whose record was searched.

9.    Each unsolicited email advertisement is intentionally sent by the Defendant in order that it may entice viewers to purchase pricier "background reports" sold on an individual basis which contain information relevant to landlords or other individuals or entities tasked with checking criminal, public, or land records.

10.    Those unsolicited emails sent for commercial purposes to provide ongoing revenue to click-through advertisers or through selling pricier personal data products regularly contain misleading and false information and function as the part of the core of the Defendant's ongoing operations.

11.    Through data obtained in an earlier and incomplete adversarial process, the Defendant alleges that irrelevant personal data from over a decade earlier in an individual's life is "new to Whitepages" and therefore it is fair to market as "new" to consumers.

12.    The Defendant attempts to hide its malfeasance by forcing compliance with a terms of service with several unconscionable provisions that limits consumers' redressability of grievances directed towards the merchantability of the data obtained by the Defendant.

13.    The Defendant designed its terms of service in an oppressive and unscrupulous manner in order to avoid actual liability for its ongoing scheme or artifice designed to deceive consumers and profit off of an information asymmetry which is soon to be ended by the advent of AI.

14.    The Defendant engages in the regular business of sending unsolicited commercial emails to its users to entice them to purchase more expensive background checks, the contents of which repeatedly demonstrate an objectively misleading advertisement was sent.

3

15.    The Defendant was a disruptive tech startup in 1997 with only the highest mastery of computer data collection and aggregation skills, and it now uses that information asymmetry to oppress consumers nationwide by advertising useless data for sale in a nationwide spam campaign before the advent of artificial general intelligence.

## PARTIES

16.    Plaintiff Rosa Lee Klaneski is a natural person domiciled at 8 Farmington Meadow Drive, Farmington, CT 06032.

17.    Defendant Whitepages, Inc. is a Delaware corporation with a principal place of business at 2033 6th Avenue, Suite 1100, Seattle, WA 98121.

## JURISDICTION AND VENUE

18.    The court has subject matter jurisdiction because this action alleges ongoing violations of federal statute, specifically 15 U.S.C. § 7704(a)(2).

19.    For the class action, the aggregate of all members of the proposed class are in excess of $5,000,000.00, exclusive of interest and costs, and Plaintiff, together with most members of the proposed class, are citizens of states different than Whitepages.

20.    The court has general personal jurisdiction over the Defendant because Whitepages maintains its principal place of business in Washington state.

21.     Pursuant to 28 U.S.C. § 1391, this Court is the proper venue for this action because a substantial part of the events, omissions, and acts giving rise to the claims herein occurred in this District. Additionally, Defendant maintains its principal place of business in this district.

## FACTS COMMON TO ALL CAUSES OF ACTION

22.     The Defendant Whitepages is in the business of selling information to the Plaintiff, a Connecticut domiciliary with ongoing needs for address and phone number lookups in the course of her daily business.

23.     Several years prior to this action, the Plaintiff entered into a contract with the Defendant wherein she paid a nominal sum (originally $4.99 per month and now at $5.99 per month) for a "premium membership" which enabled her to avail herself ad-free of many searches for individuals throughout the country.

24.     As a part of her personal lookups, it appeared that the Defendant was sending unsolicited emails to her inbox informing her of additional data relevant to individuals she was searching, or who were related somehow to the individuals she was searching.

25.     The Plaintiff had no reason to doubt the veracity of the information being provided, because there did not appear to be errors in the physical street addresses of the individuals she had searched.

26.     The Defendant regularly sent unsolicited emails informing the Plaintiff of new and relevant information about individuals she had searched, and these emails came in regularly to her inbox, until she received a particular email of note.

27.     That email ("Exhibit 1") stated that a social acquaintance of the Plaintiff who she knew from past and present impressions to have only the highest of morals and scruples had a "new criminal record" as a part of her public record.

28.     After enticing the recipient of the email with the subject line "New Criminal Record Update," the recipient is then solicited to purchase a background report for an additional sum ($19.99 plus applicable taxes and fees) which will reveal that new criminal record advertised in the unsolicited email.

29.     The Plaintiff purchased the report and received the report appended as "Exhibit 2." The report contains wholly accurate information, however the purported "new criminal record" was actually a traffic citation from 2006 for illegal display of a handicapped plate [in a parked vehicle], a non-moving vehicular violation whose criminality and newness was suspect.

30.     The Plaintiff's reaction was that perhaps presumably, while using your husband's handicapped placard to run an errand you are unintentionally ticketed at a busy stop imputes negligence, based on the overall statutory scheme running the gamut from murder and robbery and arson to petit larceny and DUI, a receiving a traffic ticket for a non-moving violation is not a serious criminal offense.

31.     The Plaintiff did not believe that a parking ticket had relevance to this individual's character at present, nor was it relevant to any implication that her future conduct would be in conformity with this character, especially when the "criminal act" occurred on December 7, 2006.

32.     Under no understanding of the word "new" does it mean within 16 years, unless speaking in generalities of concepts that extend far beyond the short lives of humans, and a party claiming a 16-year-old parking ticket is "new" appears deceptive on its face.

33.     The Plaintiff ignored the issue and accepted the loss of her background check fee simply as a cost of doing business in the rough and tumble world of commerce.

34.     The Plaintiff had not yet examined enough of the Defendant's representations to understand why this particular interaction occurred as it did.

35.     The Defendant continued to send unsolicited emails advertising that new records were available about people that she may know. Another is attached as "Exhibit 3."

36.     Presumably, because the Plaintiff had used her computer to search for "Lourdes Marty" in order to obtain her physical address to send a personal note to her home, the Defendant sent her a targeted unsolicited email to check out the background of her husband, Adam Pio, who also had a "New Criminal Record."

37.     This time, cautious as to the outcome, the Plaintiff clicked through to the next screen, which appears as "Exhibit 4."

38.     The Defendant lists as "Report Monitor Updates" that there are "3 Changes, Criminal and Traffic" and lists on page three of Exhibit 4 that Adam Pio has "6 Criminal and Traffic Records."

39.     Mr. Pio also has seven property records and two public records, and two licenses or permits. The page asks the viewer to "unlock criminal records."

40.     The Plaintiff purchased the record for $19.99 and now appends a redacted version as "Exhibit 5."

41.     Exhibit 5 states that Adam Pio has the following criminal and traffic records, in order from newest to oldest:

a.     Operation of a vehicle while using a cellphone on 8/19/2007.

b.     Creating a public disturbance on 10/15/2004.

    c.      Speeding over 70 mph on 11/12/1998.

    d.      Sixth degree Larceny on 12/6/1997.

    e.      Speeding over 60 mph on 9/10/1997.

42.     The Plaintiff is unclear as to which three "new" "records" are "changes" as they mostly occurred two decades ago in her friend's youthful exuberance and have de minimis relevance to anyone investigating someone's character outside of perhaps the FBI.

43.     At this point, the Plaintiff felt fairly certain that while one misleading email could have potentially been an oversight, a second unsolicited targeted email with the same scheme (the Defendant says an email that it has new information about criminal records, however that information is actually old and irrelevant) appeared an intentional scheme or artifice designed to deceive.

44.     The Plaintiff filed suit in her local Connecticut small claims court in order to settle her claim with the Defendant over what she believed to be a garden variety dispute over the merchantability of virtual goods alleging unfair trade practices but not a federal question. That suit is attached as "Exhibit 6."

45.     The Defendant filed an untimely answer, appended as "Exhibit 7." While it appears to be a rudimentary motion to dismiss without any briefing or an answer with special defenses, the gravamen of the answer was that the information was "new to the Whitepages database" which is why the data were labeled as "new" records.

46.     The Defendant's position on the public record is that the "newness" of the records it sells had to do only with the newness of their mining or purchase or other aggregation by the Defendant, and that newness did not mean not the objective newness of the underlying conduct found in the report.

47.     Such an answer offends all notions of fair play and justice and the Plaintiff filed a

timely reply, appended as "Exhibit 8" which is incorporated into these pleadings.

48.     After that point the scope of discovery was litigated in the Connecticut small

claims forum. During that discovery process, the Plaintiff attempted to settle her dispute with the

Defendant's representative, and when she was met with pushback and no settlement counteroffer,

the Plaintiff amended her complaint to include the federal question at bar in order to incentivize

an efficient disposition of the dispute.

49.     That motion and amended complaint is attached as "Exhibit 9" and alleged in

addition to the common law and consumer protection counts, a violation of the CAN-SPAM Act.

50.     Throughout the course of their state court litigation, the Defendant amazingly

continued to send unsolicited emails to the Plaintiff as presumably part of the targeted

advertising directed at her by the Defendant based on her past and present searches for address

records.

51.     From the period 4/20/2023 until 11/30/2023 the Defendant emailed her no fewer

than 800 times. A record of all of those emails [in individual list form] is appended as "Exhibit

10."

52.     The Plaintiff does not have the means to validate the truthfulness of all 800

solicitations before a Class certification, but instead can attest to two additional records that are

demonstrably misleading based on even more outrageous fact patterns.

53.     One of those 800 informed the Plaintiff that her 92-year-old Great Aunt Lucia

Bianchi who had emigrated from Italy in the 1940s and had moved to her home in Woodbridge

where she lived the totality of her life had a "new" address record.

54.     After clicking through the link and requisite click advertising to fund the Defendant's scheme or artifice designed to deceive, that information appears as "Exhibit 11." This "record" shows an address of "7 Winthrop Drive, Farmington, CT 06032."

55.     While hard of hearing, Lucia Bianchi is mentally sound and competent and explained that she did not know what that address was.

56.     The Plaintiff approached her son (her only living relative in America) and he informed the Plaintiff that he had actually lived at that address for a six-month period in the late 1990's during the time when his first wife was sick but had not yet passed away.

57.     The physical address record which was advertised as a new address record for Lucia Bianchi does not have a connection to Lucia Bianchi.

58.     In further support, Lucia Bianchi's son represented that if he did have a lease there at all, it would have been only potentially signed by his father, Lucia Bianchi's late husband Massimo Bianchi, who had passed away decades ago and had managed the family's finances, not Lucia Bianchi herself. Therefore, no circumstances existed where such an address has any ascertainable connection to Lucia Bianchi.

59.     It appears that whenever the Defendant uncovers information unknown to its databases previously, even when that record is over two decades old and has questionable connection to the subject of the user's query, an email goes out to individuals who have searched that person recently.

60.     This pattern continued when the Plaintiff was informed that her own domestic partner Colette Nakhoul had a new address record, an allegation that the Plaintiff (who had cohabitation at the same address with that partner for seventeen years) knew to be patently false. The Plaintiff is appending that misleading email as "Exhibit 12."

61.     Once the relevant click-through advertising pays the Defendant's bills, the new address record for Colette Nakhoul turned out to be "242 Trumbull St., Hartford, CT 06013." That page is appended as "Exhibit 13."

62.     The Plaintiff concedes that the address has a connection to Colette Nakhoul, but the breadth, depth, and relevance of that connection are suspect.

63.     Colette Nakhoul did travel to 242 Trumbull Street in Hartford when we first became acquainted because that address was where she worked ten years ago.

64.     The Plaintiff is attaching the application for certificate of authority for a foreign corporation filed 2/24/1995 with the Connecticut Secretary of State for Smith Whiley Securities as "Exhibit 14."

65.     Smith Whiley and Company operated legally in Connecticut for a period of time and its founders are a matter of public record. (See "Exhibit 15," the company's introductory page on Linkedin.)

66.     However, the company vacated that address years ago. The Plaintiff is appending Smith Whiley's 2014 annual report as "Exhibit 16." This exhibit demonstrates that as of 7/2/2014, 242 Trumbull Street was no longer the business's principal office, which was changed to 8 Clermont Park, Farmington, CT and was changed again later.

67.     242 Trumbull Street was only a relevant business address for Smith Whiley until 2014, and is an eight-story commercial building on a main thoroughfare in the urban center of Hartford, Connecticut which had many tenants aside from Smith Whiley.

68.     The Smith Whiley business was shuttered on May 17, 2016 when it was dissolved in Delaware and ended its perpetual existence. That application for certificate of withdrawal filed with the Connecticut Secretary of State is appended as "Exhibit 17."

69.     The Defendant's data mining capability assumedly allowed it to review public records, but the name of the Defendant's going concern is "Whitepages.com" not something akin to "Linkedin" or another database purporting to contain employment related data and yet the Defendant is advertising individual's work addresses as home addresses.

70.     The Plaintiff propounds that the address of anyone's employer is not the type of address record which should be connected to their home address as a record of their domicile, and worse still was to solicit the Plaintiff to click through its advertising and make it money in order to investigate a misleading claim.

71.     Armed with this information, the Plaintiff attempted to settle her dispute with employee of the Defendant Nadine Thisselle, who promptly explained to her that if she were to bring her claim in federal court "her claim would be dismissed" because of the Defendant's Terms of Service. Those terms are appended as "Exhibit 18."

72.     The Plaintiff avers that the Defendant has knowledge of its service model and has designed these terms of service specifically to oppress consumers across the country.

73.     The Defendant has designed a scheme or artifice to deceive by selling unmerchantable data through misleading spam emails and it avoids liability through an unconscionable terms of service that limits the redressability of grievances, a large number of which are implied by the scope of the wrongdoing.

## CLASS REPRESENTATION ALLEGATIONS

74.     The Plaintiff seeks to represent a class defined by all consumers who have ongoing monthly billing plans with Defendant Whitepages.com (the "Class") over the course of

the last six years who received email solicitations to purchase additional background check services.

75.    Members of the Class are so numerous that their individual joinder herein is impracticable. On information and belief, members of the class numbers over 30 million. The precise number of Class members and their identities are unknown to the Plaintiff at this time but may be determined through discovery. Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of the Defendant and third-party retailers and vendors.

76.    Common questions of law and fact exist as to all class members and predominate over questions affecting only individual Class members include without limitation:

    a.    whether or not Defendant Whitepages is violating the CAN-SPAM Act (15 U.S.C. § 7704(a)(2)),

    b.    whether or not the Defendant was unjustly enriched,

    c.    whether or not the Defendant regularly tortiously interfered with its existing contracts, and,

    d.    whether or not the Defendant compelled consumers to agree to a patently unfair terms of service which effectively waives any standards of merchantability of its products while simultaneously unduly restricting redressability of grievances arising out of its own misconduct.

77.    The claims of the Plaintiff are typical of the claims of the Class.

78.    The Plaintiff is an adequate representative of the Class and can retain counsel experienced in prosecuting class actions to prosecute this action vigorously if the Court certifies the class.

79.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of the Class. Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish the Defendant's liability.

80.     The class mechanism will further justice for consumers who have been wronged by a bad actor acting with intentionality which has engineered a scheme or artifice to deceive consumers by preying on their fears, and the Defendant does so with small sums of money so de minimis that without a class action like this matter it could continue its wrongdoing in an unfettered manner.

81.     Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.

82.     Individualized litigation also presents a potential for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability. Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues inherent in this action.

## COUNT I

## VIOLATION OF THE CAN-SPAM ACT (15 U.S.C. § 7704(a)(2))

83.     Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

84.     Plaintiff brings this claim individually and on behalf of members of the Class.

85.     The CAN-SPAM Act was passed in order to curb the flood of unsolicited emails from bad actors taking advantage of a cheap communication system with a broad reach and proscribes any American business from sending misleading unsolicited emails to consumers.

86.     The Defendant Whitepages violated and continues to violate this statute with respect to its business purpose of sending solicitation emails to existing clients to incentivize them to purchase products it has knowledge are unmerchantable.

87.     The Defendant initiated the transmission of commercial electronic mail messages to the Plaintiff with actual knowledge and/or knowledge fairly implied on the basis of objective circumstances that the subject heading of its emails would likely mislead its recipients.

88.     Specifically, the Plaintiff propounds that in keeping with the least sophisticated consumer standard and notions of fairness, justice, and reasonableness, when the Defendant spams computers advertising a "new" product, it should take reasonable steps to verify the veracity of its statements.

89.     Through its false advertising and misleading representations, the Defendant either intentionally misrepresented fact in trade or commerce or conducted itself with reckless disregard to the truthfulness of data when it literally acts as a steward of large amounts of personally-identifying data.

90.     The Defendant has knowledge that information it claims is "new to them" is actually outdated, irrelevant, unmarketable or otherwise unmerchantable, and with that

knowledge, it continues to send unsolicited emails to its paid monthly membership base and preying on consumer's fears to purchase useless information.

91.    Additionally, the Defendant regularly updates physical address information which is based on suspect data and addresses which are extremely old or not even homes, and spams consumers to represent new data exist when actually nothing new has occurred.

92.    Using the specific term "new" as it relates to a business or personal record (or even more so for a criminal record) is patently misleading and unfair when those data represent conduct occurring after statute of limitations or so long in the past as to be objectively considered irrelevant.

93.    The Defendant has actual knowledge that the data it mines or aggregates is irrelevant but continues to send unsolicited emails with misleading subject lines as a normal course of its business operations.

## COUNT II

## BREACH OF CONTRACT

94.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

95.    The Defendant regularly solicits consumers to purchase its background check products and advertises that it can provide timely and relevant data referring to public records.

96.    Upon consumers' purchase of those background reports, the data actually purchased do not meet even minimum reasonable standards of merchantability.

97.    The Defendant regularly delivers non-conforming digital goods without appropriate consumer redressability, and regularly breaches its contractual obligations to provide merchantable data after collecting payment from consumers as demonstrated by the Exhibits appended to this Complaint.

## COUNT III

## UNJUST ENRICHMENT

98.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

99.    The Defendant enriched itself through its conduct soliciting payments for digital goods that are outdated and irrelevant and are based on material misrepresentations of fact, which has caused an impoverishment for the Plaintiff and the members of the class and an unjust enrichment for the Defendant.

## COUNT IV

## TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCIES

100.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

101.    The Defendant has existing business relationships with the Plaintiff and putative members of the Class because they are engaged in an ongoing business relationship billed monthly for access to its services.

102.    The Defendant made materially false and salacious statements which were designed to induce fear, worry, concern, and alarm in order that it could sell additional search products and additional subscription services to the Plaintiff and members of the putative Class. Such actions are intentional interference with an existing business relationship.

103.    Disseminating materially misleading representations to consumers while in a business relationship with them is tortious conduct and disrupts existing contracts and undermines fairness, efficiency, and predictability in contracting.

## COUNT V

## VIOLATION OF RCWA 19.86.020

104.    Plaintiff incorporates by reference and re-alleges herein all paragraphs alleged above.

105.    The Defendant has engineered a scheme or artifice designed to deceive consumers and limit their remedies by forcing them to agree to an unconscionable terms of service to access its data.

106.    The "Terms of Service" appended to this complaint unfairly limit redressability for consumers who have been harmed by their relationship with the Defendant by limiting their damages, fora for adjudication, and legal remedies.

107.    The "Terms of Service" likewise disclaims any warranties and literally preemptively denies liability for any claims arising out of the merchantability of its products while the Defendant acts in reckless disregard towards the interest of consumers.

108.    The Defendant has engineered a scheme to allow itself to send useless and irrelevant information across America while making sure that it cannot be held accountable in the judiciary for its ongoing malfeasance.

109.    The "Terms of Service" is unfair on its face since it allows the Defendant to supply useless and irrelevant data for a fee but then unfairly restricts complaints about the merchantability of that very data while putting a small cap on damages and limiting choices of fora.

110.    Because the Defendant has actual knowledge that the bulk of its records are actually outdated and worthless, it has scienter as it has sought to keep itself profitable in a changing data landscape where the advent of artificial general intelligence stands to decimate all information asymmetry in the near future.

111.    Creating an oppressive and unconscionable "Terms of Service" that does not comport with Washington's regulatory scheme with the express intent to spam people with salacious emails and subsequently profit off of fears of consumers by regularly selling unmerchantable data is exactly the type of conduct this statute seeks to proscribe.

112.    The Plaintiff avers that the Defendant is violating Washington consumer protection law and continues to do so with its unscrupulous and unconscionable terms of service designed to oppress the consumer and allow the Defendant to unjustly enrich itself.

## PRAYER FOR RELIEF

Wherefore, the Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against the Defendant, as follows:

a.    For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure and subsequently allowing the Plaintiff to be representative of that Class and appoint attorneys as Class Counsel to represent members of the Class;

b.    For an order declaring that the Defendant's conduct violates the statutes references herein;

c.    For an order finding in favor of the Plaintiff and the Class on all counts asserted herein;

d.    For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

e.    For prejudgment interest on all amounts awarded;

f.    For an order of restitution and all other forms of equitable monetary relief;

g.    For all injunctive relief the court finds appropriate; and

h.    For an order awarding the Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit.

**JURY DEMAND**

The Plaintiff demands a jury trial of all issues so triable.

Dated:        January 18, 2024

Rosa Lee Klaneski
8 Farmington Meadow Drive
Farmington, CT 06032-2040
860-214-4000
rosaklaneski@outlook.com

# EXHIBIT 1

**New Criminal Record Update for Lourdes Marty**

Whitepages <reply@email-whitepages.com>
Mon 12/5/2022 6:12 PM
To: rosaklaneski@outlook.com <rosaklaneski@outlook.com>



## Check out the recent changes to Lourdes Marty's report

**Lourdes Marty**

⊘ Farmington, CT

Criminal & Traffic Records

See What's New

### Stay up to date on the people you know

Keep track of the people in your life with our free Report Monitor. We'll
notify you when there's a change to their phone number, address, or
other important information. **Find more people you know today.**

Search Now

**PEOPLE**  PHONE  REVERSE ADDRESS  BUSINESS

e.g. Jon Snow | City, State, or ZIP 🔍

Log In | Manage Email Preferences | Our Blog | Privacy | Help Center

Whitepages Inc. • 2033 Sixth Avenue Suite #1100 • Seattle, WA 98121



# EXHIBIT 2



Background Checks | Tenant Screening

rosa lee klaneski ▾

PREMIUM MEMBER

(Marty Lourdes)

**BIRTHDATE** ████████ (39yrs)
**LOCATION**  Farmington, CT

🚓 Criminal Records

🔊 Report Monitor Updates ⓘ

📞 Phone Numbers

**Other Numbers ﹀**

📍 Addresses
PREMIUM

Lourdes has **1 current address** and **4 other addresses**.

﹀ CURRENT

████████████
██████ CT ████                              Map ﹀

████████████
████ CT ████                                Map ﹀

**More ﹀**

## ⚭ Relatives & Associates

PREMIUM

Lourdes has **5 associates**.

**LOURDES' ASSOCIATES (5)**

Adam Matthew Pio
Age 40s
Farmington, CT                                                                    ⌄

▬▬▬▬▬▬▬▬▬
Age 30s                                                                            ⌄
▬▬▬▬

▬▬▬▬▬▬▬▬
Age 30s                                                                            ⌄
▬▬▬▬

Show 2 More

## 🚘 Criminal & Traffic Records

BACKGROUND REPORT

✓ GUILTY

CRIMINAL

Ill Display-handicapped Plate
12/7/2006 - Hartford, Ct                              **Details**

## Court Runner

ENHANCED BACKGROUND REPORT

**Be sure you have the full story on Lourdes.**          ⚲  Confirm the person's details.

Some criminal records are not available online         ▦  Choose the counties to search.

and must be manually retrieved from the courthouse by a court runner.

(Note: courts only retain records from the last 7 years)

🕐 Results typically return in 1-3 business days.

**Request Court Runner**

---

🏠 **Properties**

BACKGROUND REPORT

_[redacted]_ CT _[redacted]_

**Property Report**

---

🏛 **Public Records**

BACKGROUND REPORT

JUDGMENT

Small Claims Judgment

4/8/2010 - Bristol, CT

**Details**

---

📇 **Licenses & Permits**

BACKGROUND REPORT

No Licenses or Permits found.

---

**Birth, Death, and Divorce Records for Lourdes Marty**

Sponsored by Ancestry.com

**Lourdes Marty**
Farmington, CT
**View Birth Records**

**Lourdes Marty**
Farmington, CT
**View Death Records**

**Lourdes Marty**
Farmington, CT
**View Divorce Records**

People Search  ›  Lourdes Marty  ›  CT  ›  Farmington

**Company**
Home
About Us
Careers
Blog

**Find**
People Search
Phone Search
Address Search
Business Search
Background Checks

**Your Whitepages**
Help
Privacy Policy
Terms of Use

**More**
Whitepages TenantCheck

White Pages
411.com

 

© Whitepages Inc.    |    Sitemap

# EXHIBIT 3

New Criminal Record Update for Adam Matthew Pio

Whitepages <reply@email-whitepages.com>
Mon 2/6/2023 9:07 AM
To: rosaklaneski@outlook.com <rosaklaneski@outlook.com>



## Check out the recent changes to Adam Matthew Pio's report

### Adam Matthew Pio

⌖ Farmington, CT

Criminal & Traffic Records

See What's New



**The best contact data is now 20% better***
Reach more contacts with Whitepages Premium, now more accurate than ever.



*Source: Internal analysis associated with the addition of new data and updated quality algorithm.*

Log in  |  Manage Email Preferences  |  Our Blog  |  Privacy  |  Help Center

Whitepages Inc. • 2033 Sixth Avenue Suite #1100 • Seattle, WA 98121



# EXHIBIT 4

# Adam Matthew Pio

**BIRTHDATE** ██████████ (43yrs)
**LOCATION** Farmington, CT

Criminal & Traffic Records **6**    Public Records **2**    Properties **7**    Licenses **2**    Ancestry

Unlock Background Report

---

## 📶 Report Monitor Updates ⑦

🔔 3 CHANGES · Criminal & Traffic

## 📶 Report Monitor Updates

🔔 3 CHANGES · Criminal & Traffic

## 📞 Phone Numbers

**HOME (4)**
✓ PRIMARY HOME ⓘ

(860) ██████████
Landline

(860) ██████████
Landline

Show 2 More

CELL (2)   PREMIUM
✔ PRIMARY CELL ⓘ



Background Checks │ Business Solutions

🔖   rosa lee klaneski ▼

PREMIUM MEMBER



Farmington, CT 06032                                    Map ∨

Southington, CT 06489                                  Map ∨

More ∨

ஃஃ  Relatives & Associates

PREMIUM

Adam has **4 relatives** and **5 associates**.

ADAM'S RELATIVES (4)

 Pio

Age 40s                                                     ∨



Pio
Age 50s

Pio
Age 70s

Pio
Age 50s

**ADAM'S ASSOCIATES (5)**

Age 70s
CT

Age 70s
CT

Age 40s
, CT



Show 2 More

## ⊞ Background Report

🚓 **CRIMINAL & TRAFFIC RECORDS** 6 · 3 CHANGES

Adam has **6 Criminal & Traffic Records** which may include:

✔ Arrests
✔ Warrants

✓ Traffic violations, DWIs

Unlock Criminal Records

🏠 PROPERTIES 7

Adam has **7 Property Records** which may include:

✓ Properties owned
✓ Mortgage info
✓ Evictions

Unlock Property Records

🏛 PUBLIC RECORDS 2

Adam has **2 Public Records** which may include:

✓ Bankruptcies
✓ Foreclosures

Unlock Public Records

📇 LICENSES & PERMITS 2

Adam has **2 Licenses & Permits** which may include:

✓ Professional licenses
✓ Weapon & hunting permits

Unlock Licenses & Permits

**Birth, Death, and Divorce Records for Adam Matthew Pio**

Sponsored by Ancestry.com

**Adam Matthew Pio**
Farmington, CT
**View Birth Records**

**Adam Matthew Pio**
Farmington, CT
**View Death Records**

**Adam Matthew Pio**
Farmington, CT
**View Divorce Records**

People Search  >  Adam Pio  >  CT  >  Farmington

**Company**
Home
About Us
Careers
Blog

**Find**
People Search
Phone Search
Address Search
Background Checks

**Your Whitepages**

Help

Privacy Policy

Terms of Use

## More

Whitepages TenantCheck

White Pages

411.com

 

© Whitepages Inc.    |    Sitemap

# EXHIBIT 5

Background Checks | Business Solutions



rosa lee klaneski ▼

PREMIUM MEMBER

# Adam Matthew Pio

**BIRTHDATE** ████████ (43yrs)

**LOCATION** Farmington, CT

( 🏠 Owns Properties )  ( 🚗 Criminal Records )  ( ⚖️ Some Legal Troubles )



🔊 Report Monitor Updates ⓘ

📞 Phone Numbers

**HOME (4)**

✔ PRIMARY HOME ⓘ

(860) ████████
Landline

(860) ████████
Landline

Show 2 More

**CELL (2)** PREMIUM

✔ PRIMARY CELL ⓘ

(860) ████████

████████

## ⊙ Addresses

PREMIUM



Adam has **1 current address** and **14 other addresses**.

✓ CURRENT

Farmington, CT 06032                                  Map ⌄

, CT                                                  Map ⌄

More ⌄

## ⅋ Relatives & Associates

PREMIUM



Adam has **4 relatives** and **5 associates**.

ADAM'S RELATIVES (4)

Pio
Age 40s                                               ⌄

Pio
Age 50s                                               ⌄

Pio
Age 70s                                               ⌄

Pio
Age 50s                                               ⌄



**ADAM'S ASSOCIATES (5)**

Age 70s
███████, CT                                                             ⌄

Age 70s
██████ CT                                                               ⌄

Age 40s
██████ CT                                                               ⌄

Show 2 More



🚓 **Criminal & Traffic Records**

BACKGROUND REPORT

CRIMINAL

Op Mv W/hndhld Tel/elc Dev/txt

8/19/2007

Details

✓ GUILTY

TRAFFIC

Public Dstrbnce

10/15/2004 - Hartford, Ct

Details

✓ GUILTY

CRIMINAL

Creating A Public Disturbance

10/15/2004 - Hartford, Ct

Details

TRAFFIC

Speeding: Car, Over 70mph, Lah

11/12/1998

**Details**

CRIMINAL

Larceny 6th Deg

12/6/1997 - New Haven, Ct

**Details**

✔ GUILTY

CRIMINAL

Larceny 6

12/6/1997 - New Haven, Ct

**Details**

TRAFFIC

Speeding: Car, > 60mph, Road

9/10/1997 - Hartford, Ct

**Details**

TRAFFIC

Speeding: Car, > 60mph, Road

9/10/1997 - Hartford, Ct

**Details**

## Court Runner

ENHANCED BACKGROUND REPORT

**Be sure you have the full story on Adam.**

Some criminal records are not available online and must be manually retrieved from the courthouse by a court runner.

Confirm the person's details.

Choose the counties to search.
(Note: courts only retain records from the last 7 years)

🕐 Results typically return in 1-3 business days.

**Request Court Runner**

🏠 Properties

BACKGROUND REPORT

[REDACTED] CT [REDACTED]

**Property Report**

[REDACTED], CT [REDACTED]

**Property Report**

[REDACTED] CT [REDACTED]

**Property Report**

[REDACTED] CT [REDACTED]

**Property Report**

**More ⌄**

🏛 **Public Records**

BACKGROUND REPORT

JUDGMENT

Filing Type Unavailable
4/7/2010 - Plainville, CT

**Details**

JUDGMENT

Small Claims Judgment
4/7/2010 - Plainville, CT

**Details**

🗎 **Licenses & Permits**

BACKGROUND REPORT

ACTIVE

▬▬▬▬

**Details**

▬▬▬▬▬

Permit Type Unavailable
1/1/2010

**Details**

**Birth, Death, and Divorce Records for Adam Matthew Pio**

Sponsored by Ancestry.com

Adam Matthew Pio
Farmington, CT
**View Birth Records**

Adam Matthew Pio
Farmington, CT

**View Death Records**

**Adam Matthew Pio**
Farmington, CT
**View Divorce Records**

People Search  >  Adam Pio  >  CT  >  Farmington

## Company
Home
About Us
Careers
Blog

## Find
People Search
Phone Search
Address Search
Background Checks

## Your Whitepages
Help
Privacy Policy
Terms of Use

## More
Whitepages TenantCheck
White Pages
411.com




© Whitepages Inc.   |   Sitemap

# EXHIBIT 6

**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40   Rev. 7-22
C.G.S. §§ 51-15, 51-345(g)

This form is available in other language(s).

STATE OF CONNECTICUT
SUPERIOR COURT
SMALL CLAIMS SESSION
www.jud.ct.gov



| 1.) Address of Court | 2.) Case type code (See list on reverse page 1) |
|---|---|
| 20 Franklin Square, New Britain, CT 06051 | S25 |

3.) Is this claim between a landlord and a tenant? (Select one) ☐ Yes ☒ No    4.) If "Yes" to question #3, the rental property is located in the following town:

| Parties | Name (Last, First, Middle Initial) and Address of Each Party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | | |
|---|---|---|---|
| 5.) First plaintiff | Name: Klaneski, Rosa Lee<br>Address: 8 Farmington Meadow Drive, Farmington, CT 06032-2040<br>Telephone: 860-214-4000     E-mail: | (Select one) ☐ LLC ☐ Partnership<br>☒ Individual ☐ DBA ☐ Corporation | P-01 |

6.) Name, address, and zip code of Attorney for plaintiff(s)    | Attorney's Juris Number | Telephone number (w/area code) |

| 7.) First defendant | Name: Whitepages, Inc.<br>Address: 2033 6th Avenue, Suite 1100, Seattle, WA 98121<br>Telephone: 800-555-1212     E-mail: | (Select one) ☐ LLC ☐ Partnership<br>☐ Individual ☐ DBA ☒ Corporation | D-01 |

☐ For more than 1 plaintiff/defendant, attach Continuation of Parties (form JD-CV-67) and select this box.

8.) If this claim is a consumer debt, which is a debt or obligation made primarily for personal, family, or household reasons, explain why you believe the statute of limitations has not expired.

the underlying incident took place in 2022 and therefore the statute of limitations has not yet run.

9.) In the last 6 months, how did you verify that the address given for defendant(s) is accurate?
Select all boxes that apply and provide the dates verified.

☒ I checked town or city records (for example, checking a street list or tax records) on:  March 27, 2023   (date)

☐ I checked with the Department of Motor Vehicles on:  _____ (date)

☐ I received correspondence (letters or other mail) from the defendant with that return address on: _____ (date)

☐ I received other proof from the defendant that the address is current (describe details below)

☒ At least 4 weeks before this action was filed, I sent a letter by first class mail to the defendant at the address used and it has not been returned to me by the United States Postal Service as of:  March 27, 2023   (date)

| 10.) Amount claimed<br>$5,000.00 | Plus Costs | ☒ Plus pre-judgment interest**<br>☐ Plus double damages for security deposit withheld* | **You MUST explain how much you want for each item in section 11 below. |

*The Amount claimed cannot exceed $5,000 or $15,000 for a home improvement contract case (S20).
*If you are claiming pre-judgment interest or double damages for security deposit withholding, select the box(es). Do not include these amounts in box 10.

To defendant(s):

11.) You are being sued. The plaintiff(s) claims you owe this money for the following reasons:
Please see the attached complaint which alleges breach of contract, breach of the covenant of good faith and fair dealing, unjust enrichment, fraudulent inducement, tortious interference with business expectancies, and unfair, deceptive, oppressive and unscrupulous trade practices in violation of the Connecticut Unfair Trade Practices Act.

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

| 12.) Signed Rosa Lee Klaneski | Type in name of person signing at left and title, if applicable<br>Rosa Lee Klaneski, pro se | For Court Use Only, (Date/Stamp) |
|---|---|---|
| Subscribed and sworn to before me on  March 27, 2023 | Signed (Clerk; Notary; Commissioner of the Superior Court)  Kevin Flores<br>Notary/Public, State of Connecticut<br>My Commission Expires  Nov. 1, 2026 | Docket Number |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

Print Form    Reset Form

## COMPLAINT

### Count One:

### Breach of Contract

1. At all times relevant to this Complaint, the Plaintiff Rosa Lee Klaneski is and was a natural person domiciled at 8 Farmington Meadow Drive, Farmington, CT 06032.

2. Defendant, Whitepages, Inc., is now and at all times mentioned in this complaint a foreign corporation with a principal office located at 2033 6th Avenue, Suite 1100, Seattle, WA 98121.

3. The Defendant is in the general business of providing access to public records through an online interface and its requisite database of public records. Its services are competitive with other lookup tools, and it offers both recurring monthly services as well as one-time services available for purchase on its website which offers services to consumers.

4. The Plaintiff and Defendant entered into a business relationship several years ago. For a monthly fee billed to the Plaintiff's credit card, the Plaintiff purchased what the Defendant calls a "premium membership", which offers a limited number of public records lookups of personal identifying information per month.

5. As part of its marketing practices, after purchasing the premium services, the Plaintiff was routinely and repeatedly emailed with solicitations to purchase more expensive background reports which specified a greater detail than the information available to premium members.

6. On December 5, 2022, the Plaintiff received a solicitation email from the Defendant

which stated there was a "New Criminal Record Update" for a female with whom she is personally acquainted. With personal knowledge of this individual's exceedingly high moral standards, the Plaintiff was genuinely concerned. The Plaintiff purchased the additional service to receive a copy of that report.

7. The specific provision of the report in question, the criminal history, was rather short, rather minor, and had occurred a full **sixteen years** earlier. There was a specific guilty plea to a non-moving traffic violation from December 7, 2006. This was the "new" criminal record update. A traffic ticket for a non-moving traffic violation from sixteen years prior.

8. On February 6, 2023, the Defendant once again sent a solicitation email to the Plaintiff indicating that there was a "New Criminal Record Update" for a male with whom the Plaintiff was likewise acquainted. The Plaintiff had personal knowledge that this individual's life was not crime free. However, he currently holds Connecticut professional licensure and a criminal record could significantly damage his livelihood. The Plaintiff was genuinely concerned. The Plaintiff made a second purchase to receive a copy of that report.

9. The most recent activity on that report was a moving violation for operating a cellphone while driving in 2007, and a larceny charge from 2004.

10. The Plaintiff avers that public records dating from 2004, 2006 and 2007, respectively, do not meet the test of reasonableness for what ought be allowed to be advertised as "new" public records.

11. The Plaintiff was enticed to purchase additional services through representations which indicated that there existed "new criminal records" for the individuals in question. Upon delivery of those records, the data was not reasonably recent and the service thus not as

1

described. The Defendant has failed to produce "new criminal record update" for the individuals in question, instead providing commercially available non-privileged information from nearly two decades ago, one of which hardly elevated to a status of "criminal" The Defendant's services are not as described and the Defendant has breached its contract with the Plaintiff by certifying it will deliver new information, specific performance of which which is neither relevant nor new.

## Count Two:

## Breach of Covenant of Good Faith and Fair Dealing

12. Paragraphs 1-11 of Count One is hereby incorporated into this Count as if fully set forth herein.

13. The precedent of contract law in the jurisprudence relies on an imposition upon each party a duty of good faith and fair dealing in its performance and enforcement of those contracts, including the one between the Plaintiff and Defendant. The Defendant offered to upsell its customers information they did not need based on old data that could not be considered reasonably recent or even relevant.

14. The Plaintiff propounds that the Defendant is not acting in good faith by advertising "new criminal record update" based on information that is nearly twenty years old, an action that has breached the covenant of good faith and fair dealing and has harmed the Plaintiff. The Plaintiff was enticed to purchase multiple background reports because of salacious advertisements and solicitations related to third parties whose addresses the Plaintiff had recently searched. The Defendant's actions in misrepresenting relevant and material details about the

2

lives of Connecticut citizens in order to generate more sales were undertaken with a dishonest purpose and/or maliciously, willfully, or intentionally completely solely to benefit the Defendant and all to the detriment of the Plaintiff.

## Count Three:

## Unjust Enrichment

15. Paragraphs 1-14 of Counts One and Two are hereby incorporated into this Count as if fully set forth herein.

16. The Plaintiff propounds that the Defendant enriched itself because through its conduct it solicited payments for unneeded services based on material misrepresentations. This caused an impoverishment for the Plaintiff and an unjust enrichment for the Defendant.

## Count Four:

## Fraudulent Inducement

17. Paragraphs 1-16 of Counts One through Three are hereby incorporated into this Count as if fully set forth herein.

18. The Plaintiff propounds that the Defendant has made false representations as statements of fact by advertising "new criminal records" for individuals who have been recently searched by the Plaintiff as part of her ordinary business. Those "new" dated from 2004 to 2007, and one was a non-moving traffic offense which society hardly deems "criminal."

3

19. The Plaintiff propounds that the Defendant knew that the representations were untrue. This is not a mixup in an accountant's office with an old record. The Defendant is a sophisticated data harvesting company, an innovator in its field and one of the first movers into this space. The Defendant has been in operation for two decades, employs dozens of people, and likely utilizes only the most cutting edge technological advances to sell its services. Its literal business is information. Because it catalogs everything by individual, date, and location, it has access to the information and knowledge that the data were not reasonably "new."

20. The Plaintiff propounds that she was barraged with marketing emails from the Defendant after beginning her premium membership, each one of them a separate and distinct solicitation which was designed such that the viewer would be enticed to purchase a background report or other more expensive service. Because it would be prohibitive to attach every email, the Plaintiff is attaching screenshots of the aggregation of the Defendant's solicitations from the period beginning after the purchase of the first report until the purchase of the second report, a period just short of two months. The total number of times that the Defendant attempted to upsell the Plaintiff after purchase of the first report in that sixty-day period is **ninety-eight**. The Plaintiff was induced by the Defendant's representations that new criminal records existed to act and purchased additional services from the Defendant for a monetary cost.

21. The Plaintiff did in fact act on that false representation to her injury. The Plaintiff was rightfully alarmed by the salacious details of the Defendant's advertisements and thus purchased the two background reports, receiving nothing useful in return. The Plaintiff detrimentally relied on the Defendant's representations that the records in question were new, finding them instead unreasonably dated and a "known commodity." Additionally, the second purchase was made in

response to ninety-eight email solicitations in a sixty-day period, some or all of which may contain fraudulent or negligent misrepresentations.

22. The Plaintiff propounds that the Defendant's actions in its fraudulent inducement are necessarily outside of what was contemplated by the original contract, and the Plaintiff therefore requests additional damages to be assessed by the tribunal.

## Count Five:

## Tortious Interference with Business Expectancies

23. Paragraphs 1-22 of Counts One through Four are hereby incorporated into this Count as if fully set forth herein.

24. The Plaintiff propounds that a business relationship existed between the Plaintiff and the Defendant at the time of the contractual breaches at the heart of the underlying matter.

25. The Defendant made materially false and salacious statements which were designed to induce fear, worry, concern, and alarm in order that it could sell additional search products and additional subscription services to an active client. Such actions are intentional interference with an existing business relationship. The Plaintiff was very happy to keep her inexpensive monthly subscription she uses in the ordinary course of her business. It was the Defendant which interfered with this existing relationship by attempting to upsell the Plaintiff items she didn't need based on materially false information.

26. The Defendant's actions on their face are at least negligent misrepresentations and therefore tortious. The Plaintiff avers that alleging not one but two specific instances of the same

modus operandi demonstrates a general business practice. The Defendant failed in the training of its employees and their methods of managing their databases to allow two instances of misleading information to be disseminated to the same customer. The Defendant flagrantly disregarded its software's output upon which consumers rely on for relevant data, and such malfeasance demonstrates the ongoing bad faith of the Defendant.

28. Whether the underlying misrepresentations are ultimately adjudicated to be fraudulent or only negligent, they were not innocent and they were material. The Defendant made false statements of fact to induce the Plaintiff to purchase useless services. The Defendant has either acted fraudulently or it has negligently trained its employees to not screen a twenty-year-old public record from consideration as a "new" record. In either case, as a direct and proximate result of the Defendant's tortious interference, the Plaintiff has suffered an actual monetary loss and seeks the maximum additional damages afforded to her in the small claims forum.

## Count Six:

## Violation of the Connecticut Unfair Trade Practices Act (C.G.S. § 42-110a *et seq.*)

29. Paragraphs 1-28 of Counts One through Five are hereby incorporated into this Count as if fully set forth herein.

30. At all times material, the Defendant was a 'person' within the meaning of C.G.S. § 42-110a(3).

31. At all times material, the Defendant engaged in trade or commerce within the State of Connecticut.

32. The Defendant is regularly conducting business in Connecticut without proper registration with the Connecticut Secretary of State which demonstrates an initial position of bad faith as explicated in Exhibit 1.

33. While improperly operating in Connecticut, the Defendant, a foreign internet corporation, emails its Connecticut customers using alarmist tactics and making negative claims about third parties in Connecticut in order to sell its users additional useless services. The Defendant is a bad actor, operating an out-of-state business preying on Connecticut consumers by offering unnecessary services based on negligent and fraudulent representations proliferated through cyberspace. Such conduct is unfair, deceptive, oppressive, and unscrupulous, has caused monetary harm to the Plaintiff, and is exactly the type of commercial activity the legislature sought to proscribe when enacting CUTPA.

34. Pursuant to C.G.S. § 41-110g(c), a copy of this complaint has been mailed to the Attorney General and the Commissioner of Consumer Protection.

35. As a direct and proximate result of the Defendant's violations of CUTPA, the Plaintiff has suffered monetary damages in excess of the maximum allowed in the small claims venue.

36. As a result of the Defendant's violations of CUTPA, the Plaintiff further requests treble damages.

37. As a result of the Defendant's violations of CUTPA, the Plaintiff further requests the maximum punitive damages to be determined by the tribunal. In considering this award, the Plaintiff propounds that the Court award a sizable enough punitive damages award to best evoke the legislative intent of the CUTPA statute, which is to vindicate the public interest and deter others from committing similar wrongs.

7

**WHEREFORE**, the Plaintiff, Rosa Lee Klaneski, prays for the following damages in excess of the statutory maximum in the small claims venue:

A.  For compensatory monetary damages for the cost of the misleading reports;

B.  For treble damages for the violation of C.G.S. § 42-110a;

C.  For the maximum punitive damages for the violation of C.G.S. § 42-110a in order that other bad actors be deterred from similar conduct;

D.  For prejudgment interest in the amount of 10% annualized in keeping with Connecticut General Statutes § 37-3a;

E.  For post-judgment interest if it pleases the Court;

F.  For any costs and disbursements;

G.  For an Order awarding the plaintiff such other and further relief as the Court deems just and proper.

THE PLAINTIFF,

Rosa Lee Klaneski

8

# EXHIBIT 7

**ANSWER - SMALL CLAIMS**
JD-CV-40A1  Rev. 8 17
P.B.§§ 24-12, 24-14, 24-16, 24-19

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**SMALL CLAIMS SESSION**
www.jud.ct.gov

**ADA NOTICE**
The Judicial Branch of the state of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA

| | |
|---|---|
| Docket Number | Name of Case |
| HHB-CV-23-6073375-S | KLANESKI, ROSA LEE v. WHITEPAGES, INC. |

| Defendant Address: | Court Address: | Notice Issued Date: 04/13/2023 |
|---|---|---|
| WHITEPAGES, INC.<br>STE 1100<br>2033 6TH AVENUE<br>SEATTLE, WA 98121 | CLERK, SUPERIOR COURT<br>JUDICIAL DISTRICT OF NEW BRITAIN<br>20 FRANKLIN SQUARE<br>NEW BRITAIN, CT 06051 | |
| | Phone: 860-515-5180    Fax: 860-515-5185 | |

**Instructions:**
1. To answer this claim, fill out this form and file it with the clerk. Send a copy to each Plaintiff (or representative for the plaintiff) and fill out the Certification below.
2. Please read the information about the Answer Form on the back.

**This is your Answer Date** 05/04/2023 (This is **NOT** your court date)

In response to the claim for: $5,000.00 plus court costs and fees, if any, this is my response: (check all boxes that apply)

☒ I disagree with the claim because: (State below why you disagree; be brief but specific. You will be given a hearing (trial) with a magistrate and the magistrate will decide what, if anything, you owe. At the hearing (trial) you can explain why you disagree and can give the court documents and materials that show why you disagree)

Whitepages provided information that was new to the Whitepages database. See attached Answer document.

☐ I admit I owe part of the claim: (Give the reasons why you do not owe the entire amount. You will be given a hearing with a magistrate and the magistrate will determine what you owe.)

☐ I admit I owe the claim but need more time to pay. (You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35 each week until the judgment is paid. If you ask to pay less than $35 per week, and the plaintiff does not agree, a hearing will be scheduled. A judgment against a business and a judgment against a landlord for return of a security deposit, will be ordered paid in a lump sum).

Judicial District of New Britain
SUPERIOR COURT
FILED

JUN 01 2023

CYNTHIA A. SKORZEWSKI
CHIEF CLERK
kв

**Counterclaim Notice:**
If you file a Counterclaim it must be filed with the fee required by section 52-259(b) of the Connecticut General Statutes

☐ Counterclaim: The plaintiff owes money to me in the amount of _____ for the following reasons:

**Certification:** I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery

Name and address of each party and attorney that copy was or will be mailed or delivered to°

| | | | |
|---|---|---|---|
| The signatory or an additional sheet of sheets with name and address which the copy was mailed or delivered to | Print Name and Title of Person Signing | | Date Signed |
| By: Nadine Thisselle | Nadine Thisselle VP, Finance & Operations | | 05/24/2023 |
| Mailing Address (Number, Street, Town, State and Zip Code) | | Telephone Number | |
| 2033 6th Ave, Suite 1100, Seattle, WA 98121 | | 206.716.5409 | |

104

ANSWER

1. I received a notice of a small claims suit against Whitepages on April 10, 2023. The notice of suit said not to answer until we received an answer form. I did not receive an answer form until May 23, 2023, when it was sent to Whitepages attached to a motion for default. A default would be improper because Whitepages was told not to answer until it received an answer form, which was not received until May 23, 2023.

2. Whitepages denies the plaintiff's allegations. Whitepages sends emails about updated record information when the Whitepages database is updated (which happens regularly). Sometimes, our database is updated with records that are several years old. But the information is still new to our database, and so can provide new information to our users and subscribers. Here, Whitepages sent the emails in question to the plaintiff because there was new information in our database.

3. Breach of Contract. The plaintiff has not stated a claim for breach of contract. She has not identified a contract, contract provision, or any action by Whitepages that is a breach of any contract.

4. Good Faith and Fair Dealing. Whitepages has acted towards the plaintiff with good faith and fair dealing, by sending information about updated records as the Whitepages database was updated.

5. Unjust Enrichment. Whitepages provided the new information in its database to plaintiff upon her request. There was no unjust enrichment. If plaintiff is unhappy with the product she received, she may make a request for a refund of her payment, which Whitepages would be happy to accommodate. Whitepages seeks to please our customers, and it is unclear here why plaintiff did not call customer service instead of filing an unnecessary lawsuit.

6. Fraudulent Inducement. Whitepages made no fraudulent statements. The new records provided to plaintiff were indeed new updates to Whitepages' database. Many of our customers find these updates helpful, even if the records are from older matters.

7. Tortious Interference. Whitepages provided new information that was in its database. This is not tortious interference.

8. Violation of Unfair Trade Practices Act. Whitepages offered new information that was in its database. There is nothing unfair about this practice.

9. Plaintiff has not explained how she has been damaged for $5000.

10. The Connecticut guide to small claims cases states that "You cannot sue a person in Small Claims Court if that person does not live in Connecticut unless that person owns property in

Connecticut. You must say in the *Small Claims Writ and Notice of Suit* that the person you are suing owns property in Connecticut." Whitepages does not own property in Connecticut.

11. Plaintiff's case should be completely dismissed.

Sincerely, *Nadene Shinelle*

VP, Finance & Operations
Title:

# EXHIBIT 8

DOCKET NO. HHB-CV23-6078378-S                : SUPERIOR COURT

                                            : SMALL CLAIMS SESSION

ROSA LEE KLANESKI                           : J. D. OF NEW BRITAIN

V.                                          : AT NEW BRITAIN

WHITEPAGES, INC.                            : JUNE 2, 2023


### PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER

The Plaintiff's complaint precisely and concisely alleges the requisite elements for standing in this Court in the form of an accurate description of injury in-fact, causation, and redressability. The Plaintiff is a natural person who is domiciled in Connecticut who was solicited by a foreign bad actor to purchase a "premium membership" from which the underlying breach of contract claim stems. Because one party to the contract is domiciled in Washington and the second is domiciled in Connecticut and the contract for services was executed in Connecticut, the Connecticut courts have the requisite minimum contacts required for litigation in this venue.

The Plaintiff admits that the Defendant may not own any property in Connecticut. This does not allow the Defendant to brazenly violate both the spirit and the letter of our state's consumer protection statute and defraud a Connecticut resident. If the Plaintiff secures a judgment and it is not paid according to the due date set by the Court, under the Full Faith and Credit Clause of the Constitution (Article IV, Section 1) the Plaintiff of course retains the right to domesticate the judgment in Washington and attach the corporation's assets accordingly.

1

While the Plaintiff appreciates the late answer, the Defendant has oversimplified the nature of this matter, which will be more thoroughly developed during the discovery process. A claim that "newly discovered data" of events occurring over a decade ago suddenly becomes new or relevant because of the Defendant's more recent "discovery" of the old data is an untenable and unreasonable position that the Plaintiff will vigorously dispute at the eventual trial. The Plaintiff propounds that no reasonable person would believe that a non-moving traffic infraction from over a decade ago is objectively a "new criminal record," and that its denial and reframing of factual statements for purposes of justifying its deceptive advertising techniques should offend the tribunal. The Plaintiff hereby denies both the representations and the questionable legal conclusions in the Defendant's answer.

THE PLAINTIFF,

Rosa Lee Klaneski, pro se

8 Farmington Meadow Drive

Farmington, CT 06032

860-214-4000

2

## CERTIFICATION

The Plaintiff, Rosa Lee Klaneski, certifies that this pleading was transmitted via U.S. Mail on June 2, 2023 to the Defendant.

Whitepages, Inc.

2033 6th Avenue, Suite 1100

Seattle, WA 98121

THE PLAINTIFF,

Rosa Lee Klaneski, pro se

8 Farmington Meadow Drive

Farmington, CT 06032

860-214-4000

3

# EXHIBIT 9

DOCKET NO. HHB-CV23-6078378-S                   : SUPERIOR COURT

                                                : SMALL CLAIMS SESSION

ROSA LEE KLANESKI                               : J. D. OF NEW BRITAIN

V.                                              : AT NEW BRITAIN

WHITEPAGES, INC.                                : AUGUST 14, 2023


## PLAINTIFF'S MOTION TO AMEND COMPLAINT


Pursuant to Connecticut Practice Book § 24-20, the Plaintiff propounds that the judicial authority may at any time allow any claim or answer to be amended. While the gravamen of the instant matter is a breach of contract and tortious interference claim, it is the misleading nature of the Defendant's advertising which the Plaintiff wishes to bring to the Court's attention. As such, the Plaintiff moves to amend her complaint to include a federal statutory violation and a related cause of action of negligence per se to be decided at trial. This does not change the discovery process and the Plaintiff is not introducing new facts but is merely responsive to the Defendant's last court appearance. The Plaintiff has attached a copy of the proposed amended complaint to this pleading and hereby moves that the Court accept this first amended complaint as the operative complaint in this matter.

THE PLAINTIFF,

Rosa Lee Klaneski, pro se

8 Farmington Meadow Drive

Farmington, CT 06032

860-214-4000

**CERTIFICATION**

The Plaintiff, Rosa Lee Klaneski, certifies that this pleading was transmitted via U.S. Mail on August 14, 2023 to the Defendant.

Nadine Thissell
Whitepages, Inc.
2033 6th Avenue, Suite 1100
Seattle, WA 98121

THE PLAINTIFF,

Rosa Lee Klaneski, pro se

8 Farmington Meadow Drive

Farmington, CT 06032

860-214-4000

1

DOCKET NO. HHB-CV23-6078378-S        : SUPERIOR COURT

                                                         : SMALL CLAIMS SESSION

ROSA LEE KLANESKI                      : J. D. OF NEW BRITAIN

V.                                                        : AT NEW BRITAIN

WHITEPAGES, INC.                          : AUGUST 14, 2023

### FIRST AMENDED COMPLAINT

**Count One:**

**Breach of Contract**

1. At all times relevant to this Complaint, the Plaintiff Rosa Lee Klaneski is and was a natural person domiciled at 8 Farmington Meadow Drive, Farmington, CT 06032.

2. Defendant, Whitepages, Inc., is now and at all times mentioned in this complaint a foreign corporation with a principal office located at 2033 6th Avenue, Suite 1100, Seattle, WA 98121.

3. The Defendant is in the general business of providing access to public records through an online interface and its requisite database of public records. Its services are competitive with other lookup tools, and it offers both recurring monthly services as well as one-time services available for purchase on its website which offers services to consumers.

4. The Plaintiff and Defendant entered into a business relationship several years ago.

For a monthly fee billed to the Plaintiff's credit card, the Plaintiff purchased what the Defendant calls a "premium membership", which offers a limited number of public records lookups of personal identifying information per month.

5. As part of its marketing practices, after purchasing the premium services, the Plaintiff was routinely and repeatedly emailed with solicitations to purchase more expensive background reports which specified a greater detail than the information available to premium members.

6. On December 5, 2022, the Plaintiff received a solicitation email from the Defendant which stated there was a "New Criminal Record Update" for a female with whom she is personally acquainted. With personal knowledge of this individual's exceedingly high moral standards, the Plaintiff was genuinely concerned. The Plaintiff purchased the additional service to receive a copy of that report.

7. The specific provision of the report in question, the criminal history, was rather short, rather minor, and had occurred a full **sixteen years** earlier. There was a specific guilty plea to a non-moving traffic violation from December 7, 2006. This was the "new" criminal record update. A traffic ticket for a non-moving traffic violation from sixteen years prior.

8. On February 6, 2023, the Defendant once again sent a solicitation email to the Plaintiff indicating that there was a "New Criminal Record Update" for a male with whom the Plaintiff was likewise acquainted. The Plaintiff had personal knowledge that this individual's life was not crime free. However, he currently holds Connecticut professional licensure and a criminal record could significantly damage his livelihood. The Plaintiff was

genuinely concerned. The Plaintiff made a second purchase to receive a copy of that report.

9. The most recent activity on that report was a moving violation for operating a cellphone while driving in 2007, and a larceny charge from 2004.

10. The Plaintiff avers that public records dating from 2004, 2006 and 2007, respectively, do not meet the test of reasonableness for what ought be allowed to be advertised as "new" public records.

11. The Plaintiff was enticed to purchase additional services through representations which indicated that there existed "new criminal records" for the individuals in question. Upon delivery of those records, the data was not reasonably recent and the service thus not as described. The Defendant has failed to produce "new criminal record update" for the individuals in question, instead providing commercially available non-privileged information from nearly two decades ago, one of which hardly elevated to a status of "criminal" The Defendant's services are not as described and the Defendant has breached its contract with the Plaintiff by certifying it will deliver new information, specific performance of which which is neither relevant nor new.


**Count Two:**

**Breach of Covenant of Good Faith and Fair Dealing**


12. Paragraphs 1-11 of Count One is hereby incorporated into this Count as if fully set forth herein.

13. The precedent of contract law in the jurisprudence relies on an imposition upon

4

each party a duty of good faith and fair dealing in its performance and enforcement of those contracts, including the one between the Plaintiff and Defendant. The Defendant offered to upsell its customers information they did not need based on old data that could not be considered reasonably recent or even relevant.

14. The Plaintiff propounds that the Defendant is not acting in good faith by advertising "new criminal record update" based on information that is nearly twenty years old, an action that has breached the covenant of good faith and fair dealing and has harmed the Plaintiff. The Plaintiff was enticed to purchase multiple background reports because of salacious advertisements and solicitations related to third parties whose addresses the Plaintiff had recently searched. The Defendant's actions in misrepresenting relevant and material details about the lives of Connecticut citizens in order to generate more sales were undertaken with a dishonest purpose and/or maliciously, willfully, or intentionally completely solely to benefit the Defendant and all to the detriment of the Plaintiff.

### Count Three:
### Unjust Enrichment

15. Paragraphs 1-14 of Counts One and Two are hereby incorporated into this Count as if fully set forth herein.

16. The Plaintiff propounds that the Defendant enriched itself because through its conduct it solicited payments for unneeded services based on material misrepresentations. This caused an impoverishment for the Plaintiff and an unjust enrichment for the

Defendant.

## Count Four:

### Fraudulent Inducement

17. Paragraphs 1-16 of Counts One through Three are hereby incorporated into this Count as if fully set forth herein.

18. The Plaintiff propounds that the Defendant has made false representations as statements of fact by advertising "new criminal records" for individuals who have been recently searched by the Plaintiff as part of her ordinary business. Those "new" dated from 2004 to 2007, and one was a non-moving traffic offense which society hardly deems "criminal."

19. The Plaintiff propounds that the Defendant knew that the representations were untrue. This is not a mixup in an accountant's office with an old record. The Defendant is a sophisticated data harvesting company, an innovator in its field and one of the first movers into this space. The Defendant has been in operation for two decades, employs dozens of people, and likely utilizes only the most cutting edge technological advances to sell its services. Its literal business is information. Because it catalogs everything by individual, date, and location, it has access to the information and knowledge that the data were not reasonably "new."

20. The Plaintiff propounds that she was barraged with marketing emails from the Defendant after beginning her premium membership, each one of them a separate and

distinct solicitation which was designed such that the viewer would be enticed to purchase a background report or other more expensive service. Because it would be prohibitive to attach every email, the Plaintiff is attaching screenshots of the aggregation of the Defendant's solicitations from the period beginning after the purchase of the first report until the purchase of the second report, a period just short of two months. The total number of times that the Defendant attempted to upsell the Plaintiff after purchase of the first report in that sixty-day period is **ninety-eight**. The Plaintiff was induced by the Defendant's representations that new criminal records existed to act and purchased additional services from the Defendant for a monetary cost.

21. The Plaintiff did in fact act on that false representation to her injury. The Plaintiff was rightfully alarmed by the salacious details of the Defendant's advertisements and thus purchased the two background reports, receiving nothing useful in return. The Plaintiff detrimentally relied on the Defendant's representations that the records in question were new, finding them instead unreasonably dated and a "known commodity." Additionally, the second purchase was made in response to ninety-eight email solicitations in a sixty-day period, some or all of which may contain fraudulent or negligent misrepresentations.

22. The Plaintiff propounds that the Defendant's actions in its fraudulent inducement are necessarily outside of what was contemplated by the original contract, and the Plaintiff therefore requests additional damages to be assessed by the tribunal.

### Count Five:

### Tortious Interference with Business Expectancies

23. Paragraphs 1-22 of Counts One through Four are hereby incorporated into this Count as if fully set forth herein.

24. The Plaintiff propounds that a business relationship existed between the Plaintiff and the Defendant at the time of the contractual breaches at the heart of the underlying matter.

25. The Defendant made materially false and salacious statements which were designed to induce fear, worry, concern, and alarm in order that it could sell additional search products and additional subscription services to an active client. Such actions are intentional interference with an existing business relationship. The Plaintiff was very happy to keep her inexpensive monthly subscription she uses in the ordinary course of her business. It was the Defendant which interfered with this existing relationship by attempting to upsell the Plaintiff items she didn't need based on materially false information.

26. The Defendant's actions on their face are at least negligent misrepresentations and therefore tortious. The Plaintiff avers that alleging not one but two specific instances of the same modus operandi demonstrates a general business practice. The Defendant failed in the training of its employees and their methods of managing their databases to allow two instances of misleading information to be disseminated to the same customer. The Defendant flagrantly disregarded its software's output upon which consumers rely on for relevant data, and such malfeasance demonstrates the ongoing bad faith of the Defendant.

28. Whether the underlying misrepresentations are ultimately adjudicated to be

fraudulent or only negligent, they were not innocent and they were material. The Defendant made false statements of fact to induce the Plaintiff to purchase useless services. The Defendant has either acted fraudulently or it has negligently trained its employees to not screen a twenty-year-old public record from consideration as a "new" record. In either case, as a direct and proximate result of the Defendant's tortious interference, the Plaintiff has suffered an actual monetary loss and seeks the maximum additional damages afforded to her in the small claims forum.

### Count Six:

### Violation of the Connecticut Unfair Trade Practices Act (C.G.S. § 42-110a *et seq.*)

29. Paragraphs 1-28 of Counts One through Five are hereby incorporated into this Count as if fully set forth herein.

30. At all times material, the Defendant was a 'person' within the meaning of C.G.S. § 42-110a(3).

31. At all times material, the Defendant engaged in trade or commerce within the State of Connecticut.

32. The Defendant is regularly conducting business in Connecticut without proper registration with the Connecticut Secretary of State which demonstrates an initial position of bad faith as explicated in Exhibit 1.

33. While improperly operating in Connecticut, the Defendant, a foreign internet corporation, emails its Connecticut customers using alarmist tactics and making negative

claims about third parties in Connecticut in order to sell its users additional useless services. The Defendant is a bad actor, operating an out-of-state business preying on Connecticut consumers by offering unnecessary services based on negligent and fraudulent representations proliferated through cyberspace. Such conduct is unfair, deceptive, oppressive, and unscrupulous, has caused monetary harm to the Plaintiff, and is exactly the type of commercial activity the legislature sought to proscribe when enacting CUTPA.

34. Pursuant to C.G.S. § 41-110g(c), a copy of this complaint has been mailed to the Attorney General and the Commissioner of Consumer Protection.

35. As a direct and proximate result of the Defendant's violations of CUTPA, the Plaintiff has suffered monetary damages in excess of the maximum allowed in the small claims venue.

36. As a result of the Defendant's violations of CUTPA, the Plaintiff further requests treble damages.

37. As a result of the Defendant's violations of CUTPA, the Plaintiff further requests the maximum punitive damages to be determined by the tribunal. In considering this award, the Plaintiff propounds that the Court award a sizable enough punitive damages award to best evoke the legislative intent of the CUTPA statute, which is to vindicate the public interest and deter others from committing similar wrongs.

### Count Seven:

### Violation of the CAN-SPAM Act (15 U.S.C. § 7704(a)(2))

38. Paragraphs 1-37 of Counts One through Six are hereby incorporated into this Count as if fully set forth herein.

39. The Plaintiff propounds that the Defendant initiated the transmission of a commercial electronic mail messages to the Plaintiff with actual knowledge and/or knowledge fairly implied on the basis of objective circumstances that the subject heading of its emails would likely mislead its recipients.

40. Specifically, the Plaintiff propounds that in keeping with the least sophisticated consumer standard and notions of fairness, justice, and reasonableness, when the Defendant spams computers advertising a "new" product, it should take reasonable steps to verify the veracity of its statements and not include misleading information in the subjects of its emails.

41. Through its false advertising and misleading representations, the Defendant either intentionally misrepresented fact in trade or commerce or conducted itself with reckless disregard to the truthfulness of data when it literally acts as a steward of large amounts of personally-identifying data.

42. Sending unsolicited emails to the public with false or misleading subject lines is against public policy and proscribed by federal statute. The Defendant's misrepresentations violated and continue to violate the CAN-AM Act, which the federal government passed in order to curb the exact type of conduct the Defendant regularly engages in as a standard operation of its business.

**Count Eight:**

## Negligence Per Se

43. Paragraphs 1-42 of Counts One through Seven are hereby incorporated into this Count as if fully set forth herein.

43. Because the Defendant violated the federal CAN-AM Act (specifically, 15 U.S.C. § 7704(a)(2)) by repeatedly sending unsolicited business emails with misleading subject lines, it has breached its duty of reasonable care to abide by federal law. Such a statutory breach constitutes negligence per se.

44. The Defendant, as a large online data broker which regularly sends unsolicited messages as part of its general business model has a duty to comply with all federal and state statutes regulating the general nature of its business conduct. The Defendant's email transmissions were planned as part of its larger business model to generate wealth, and to knowingly violate federal statute to drive traffic to its website should offend the tribunal.

45. The Defendant's misleading email communications were the direct and proximate cause of the damages alleged in the Plaintiff's complaint.

**WHEREFORE**, the Plaintiff, Rosa Lee Klaneski, prays for the following damages in excess of the statutory maximum in the small claims venue:

    A.      For compensatory monetary damages for the cost of the misleading reports;

    B.      For treble damages for the violation of C.G.S. § 42-110a;

    C.      For the maximum punitive damages for the violation of C.G.S. §

42-110a in order that other bad actors be deterred from similar conduct;

D.    For prejudgment interest in the amount of 10% annualized in keeping with Connecticut General Statutes § 37-3a;

E.    For post-judgment interest if it pleases the Court;

F.    For any costs and disbursements;

G.    For an Order awarding the plaintiff such other and further relief as the Court deems just and proper.

**THE PLAINTIFF,**

_____

Rosa Lee Klaneski

# EXHIBIT 10

| | Mail | Files | | 𝒪 Has attachments | ✉ Unread | ☺ To me | @ Mentions me | ⚑ Flagged | ❗ High Importance |

| From | Subject | | Received |
|------|---------|---|----------|

**Top results**

| W Whitepages | New Property Record Update for Kesone J Phothiraj   Report Monitor Update: New Information is … | Inbox | 5:04 PM |
| W Whitepages | Reminder: New Property Record Update for Daniel Cassella   Report Monitor Update: New informa… | Inbox | 5:04 PM |
| W Whitepages | Reminder: New Property Record Update for Joseph J Morais   Report Monitor Update: New Inform… | Inbox | 5:04 PM |

**All results**

| W Whitepages | New Property Record Update for Kesone J Phothiraj   Report Monitor Update: New Information is … | Inbox | 5:04 PM |
| W Whitepages | Reminder: New Property Record Update for Daniel Cassella   Report Monitor Update: New informa… | Inbox | 5:04 PM |
| W Whitepages | Reminder: New Property Record Update for Joseph J Morais   Report Monitor Update: New Inform… | Inbox | 5:04 PM |
| W Whitepages | New Address Update for Linda Lynn Mocaldo   Report Monitor Update: New information is availabl… | Inbox | 5:04 PM |
| W Whitepages | Rosa, don't forget to stay up to date on Colette M Nakhoul and more with Report Monitor.  Neva… | Inbox | 2:07 PM |
| W Whitepages | New Property Record Update for Jane Hikel   Report Monitor Update: New information is available … | Inbox | 1:12 PM |
| W Whitepages | New Property Record Update for Luis Manuel Gabriel   Report Monitor Update: New information is… | Inbox | 1:12 PM |

**Files**

| 📄 | Ex. B – Terms of Service Whitepages | Email: "Klaneski v. Whitepages" | No Reply shared on Sep 21 |

See all files

| W Whitepages | New Property Record Update for Jonathan William Lawlor   Report Monitor Update: New informati… | Inbox | 1:11 PM |
| W Whitepages | Reminder: New Property Record Update for Carmela Stellabotte   Report Monitor Update: New inf… | Inbox | 1:10 PM |
| W Whitepages | Reminder: New Property Record Update for Adam Matthew Pio   Report Monitor Update: New inf… | Inbox | Wed 3:01 PM |

| Mail | Files | | 𝒜 Has attachments | ✉ Unread | 👤 To me | @ Mentions me | ⚑ Flagged | ❗ High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | Reminder: New Property Record Update for Christine A Nakhoul | Report Monitor Update: New inf... | [Inbox] Wed 1:01 PM |
| Whitepages | Have the current address for Dorothy M Moreland? 🙂 | Sending holiday cheer? Make sure you've ... | [Inbox] Wed 11:07 AM |
| Whitepages | New Property Record Update for Rock G Tiffault | Report Monitor Update: New information is avail... | [Inbox] Wed 11:03 AM |
| Whitepages | New Property Record Update for Joseph J Morais | Report Monitor Update: New information is ava... | [Inbox] Wed 11:02 AM |

**Events**

| 1 | December 1st, 2023 - HHBCV23607... | Microsoft Teams Meeting | | |
|---|---|---|---|---|
| Dec | Fri 2:00 PM - 3:00 PM | | 🗓 No conflicts | RSVP ∨ |

| | | | |
|------|---------|---|----------|
| Whitepages | New Property Record Update for Carmela Stellabotte | Report Monitor Update: New information is... | [Inbox] Wed 11:02 AM |
| Whitepages | New Property Record Update for Daniel Cassella | Report Monitor Update: New information is avail... | [Inbox] Wed 11:02 AM |
| Whitepages | Save Colette M Nakhoul to your Contacts | Utilize Save & Export to help you move fast and stay up... | [Inbox] Tue 2:02 PM |
| Whitepages | Reminder: New Property Record Update for Mary K Parylovich | Don't miss the recent Report Mo... | [Inbox] Tue 1:03 PM |
| Whitepages | New Property Record Update for Adam Matthew Pio | Report Monitor Update: New information is... | [Inbox] Tue 11:01 AM |
| Whitepages | New Property Record Update for Christine A Nakhoul | Report Monitor Update: New information is... | [Inbox] Tue 10:02 AM |
| Whitepages | Reminder: We found 3 criminal and traffic records for Colette M Nakhoul | Be sure to get the full s... | [Inbox] Mon 2:09 PM |
| Whitepages | Reminder: New Address Update for Christa M Martin | Report Monitor Update: New information is... | [Inbox] Mon 11:02 AM |
| Whitepages | New Property Record Update for Lucia B Bianchi | Report Monitor Update: New informa... | [Inbox] Mon 11:02 AM |
| Whitepages | Reminder: New Address Update for Marcie B Schwartz | Report Monitor Update: New information ... | [Inbox] Mon 11:02 AM |
| Whitepages | Reminder: New Property Record Update for Brenton R Graveley | Report Monitor Update: New inf... | [Inbox] Mon 11:01 AM |

| | From | Subject | | Received |
|---|---|---|---|---|
| | Whitepages | We found 3 criminal and traffic records for Colette M Nakhoul   Take the next step and get the full... | Inbox | Sun 11/26 |
| | Whitepages | New Property Record Update for Mary K Parylovich   Report Monitor Update: New information is ... | Inbox | Sun 11/26 |
| | Whitepages | Reminder: New Property Record Update for Marie A Gluszak   Report Monitor Update: New inform... | Inbox | Sun 11/26 |
| | Whitepages | Reminder: New Property Record Update for Marie E Morin   Report Monitor Update: New informa... | Inbox | Sun 11/26 |
| | Whitepages | Reminder: New Property Record Update for Frank Stellabotte   Report Monitor Update: New inform... | Inbox | Sun 11/26 |
| | Whitepages | Reminder: New Address Update for Samuel J Reisner   Don't miss the recent Report Monitor chang... | Inbox | Sun 11/26 |
| | Whitepages | New Address Update for Chrisla M Martin   Report Monitor Update: New information is available f... | Inbox | Sun 11/26 |
| | Whitepages | New Property Record Update for Lucie B Blanchi   Report Monitor Update: New information is avail... | Inbox | Sun 11/26 |
| | Whitepages | Reminder: New Address Update for Matthew John Bratcher   Report Monitor Update: New informa... | Sat 11/25 |
| | Whitepages | New Property Record Update for Brenton R Graveley   Report Monitor Update: New information is ... | Inbox | Sat 11/25 |
| | Whitepages | New Address Update for Marde B Schwartz   Report Monitor Update: New information is available ... | Inbox | Sat 11/25 |
| | Whitepages | Reminder: New Property Record Update for Gavin J Peakin   Report Monitor Update: New informa... | Inbox | Sat 11/25 |
| | Whitepages | New Property Record Update for Marie A Gluszak   Report Monitor Update: New information is av... | Inbox | Sat 11/25 |
| | Whitepages | Reminder: New Address Update for Colette M Nakhoul   Report Monitor Update: New information is... | Inbox | Sat 11/25 |
| | Whitepages | New Property Record Update for Marie E Morin   Report Monitor Update: New information is avail... | Inbox | Sat 11/25 |
| | Whitepages | New Property Record Update for Frank Stellabotte   Report Monitor Update: New information is av... | Inbox | Sat 11/25 |
| | Whitepages | Reminder: New Address Update for Lourdes Marty   Report Monitor Update: New information is av... | Inbox | Fri 11/24 |
| | Whitepages | Reminder: New Address Update for Randall J Morals   Report Monitor Update: New information is ... | Inbox | Fri 11/24 |

| ☐ **Mail** | **Files** | | @ Has attachments | ☑ Unread | ☺ To me | @ Mentions me | ⚑ Flagged | ⚡ High importance |
|---|---|---|---|---|---|---|---|---|

| | From | Subject | | Received |
|---|---|---|---|---|
| ⓦ | Whitepages | Reminder: New Address Update for Lourdes Marty  Report Monitor Update: New information is av... | Inbox | Fri 11/24 |
| ⓦ | Whitepages | Reminder: New Address Update for Randall J Morais  Report Monitor Update: New information is ... | Inbox | Fri 11/24 |
| ⓦ | Whitepages | Reminder: New Property Record Update for Joseph N Gorra  Report Monitor Update: New inform... | Inbox | Fri 11/24 |
| ⓦ | Whitepages | Reminder: New Property Record Update for Thomas P Hoar  Report Monitor Update: New inform... | Inbox | Fri 11/24 |
| ⓦ | Whitepages | Reminder: New Address Update for Seth Brage Wyrebek  Report Monitor Update: New informatio... | Inbox | Fri 11/24 |
| ⓦ | Whitepages | New Property Record Update for Gavin J Peakin.  Report Monitor Update: New information is avail... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | New Address Update for Colette M Nakhoul  Report Monitor Update: New information is available... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Property Record Update for Darrin Joseph Devost  Report Monitor Update: New I... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | New Address Update for Matthew John Bratcher  Report Monitor Update: New information is avail... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Address Update for Nefertiti T Martin  Report Monitor Update: New information i... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Address Update for Marcy R Wyrebek  Report Monitor Update: New information i... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Address Update for Nicole Marie Maisto  Report Monitor Update: New informatio... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Property Record Update for Glory Danielle Hikel.  Report Monitor Update: New in... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Address Update for Gina Maria Balsauli  Report Monitor Update: New information... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Property Record Update for Irene S Hunt  Report Monitor Update: New informati... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Property Record Update for Christine A Dobrzycki  Report Monitor Update: New I... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Address Update for Maryellen Ellen Manship  Report Monitor Update: New infor... | Inbox | Thu 11/23 |
| ⓦ | Whitepages | Reminder: New Address Update for Antinov J Scarlona  Report Monitor Update: New information... | Inbox | Thu 11/23 |

| Mail | Files | | Has attachments | Unread | To me | Mentions me | Flagged | High Importance |

| From | Subject | Received |
|------|---------|----------|
| Whitepages | Reminder: New Property Record Update for Helen C Anastasio   Report Monitor Update: New Info... | Inbox · Thu 11/23 |
| Whitepages | New Address Update for Samuel J Reisner   Report Monitor Update: New information is available f... | Inbox · Thu 11/23 |
| Whitepages | Reminder: New Property Record Update for Marilyn Jean Beaulieu   Report Monitor Update: New i... | Inbox · Thu 11/23 |
| Whitepages | New Property Record Update for Thomas P Hoar   Report Monitor Update: New information is avai... | Inbox · Wed 11/22 |
| Whitepages | New Address Update for Nefertiti T Martin   Report Monitor Update: New information is available f... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Phone Number Update for Yvonne Chen   Report Monitor Update: New information... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Criminal Record Update for Dorothy M Moreland   Report Monitor Update: New in... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Address Update for Anthony Palmieri   Report Monitor Update: New information i... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Criminal Record Update for Joseph J Smith   Report Monitor Update: New informa... | Inbox · Wed 11/22 |
| Whitepages | New Address Update for Mary R Wyrebek   Report Monitor Update: New information is available to... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Phone Number Update for Jon Thomas Hastings   Report Monitor Update: New in... | Inbox · Wed 11/22 |
| Whitepages | New Address Update for Maya Jerome Bringe   Report Monitor Update: New information is availab... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Phone Number Update for Jon M Lucia   Report Monitor Update: New information... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Address Update for Anthony Pineiro   Report Monitor Update: New information is ... | Inbox · Wed 11/22 |
| Whitepages | New Property Record Update for Christine A Dobrzycki   Report Monitor Update: New information... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Address Update for Valdimir Lette   Report Monitor Update: New information is av... | Inbox · Wed 11/22 |
| Whitepages | Reminder: New Address Update for Carl L Reisner   Don't miss the recent Report Monitor changes ... | Inbox · Wed 11/22 |

| | From | Subject | | Received |
|---|---|---|---|---|
| | Whitepages | [New Address Update for Alfonsina Indde - Report Monitor Update: New information is available to... | Inbox | Wed 11/22 |
| | Whitepages | New Property Record Update for Ginny Danielle Hikel   Report Monitor Update: New information i... | Inbox | Wed 11/22 |
| | Whitepages | New Address Update for Seth Braga Wyrebek   Report Monitor Update: New information is available... | Inbox | Wed 11/22 |
| | Whitepages | New Property Record Update for Philip William Zembruski   Report Monitor Update: New informat... | Inbox | Wed 11/22 |
| | [Draft] Bernacki, Kaitlyn | Fw: December 1st, 2023 - HHBCV23607837BS KLANESKI, ROSA LEE V, WHITEPAGES, I... | RSVP   Drafts | Wed 11/22 |
| | Bernacki, Kaitlyn | December 1st, 2023 - HHBCV23607837BS KLANESKI, ROSA LEE V, WHITEPAGES, INC (... | RSVP   Inbox | Wed 11/22 |
| | Whitepages | New Address Update for Maryellen Ellen Manship   Report Monitor Update: New information is av... | Inbox | Wed 11/22 |
| | Whitepages | Reminder: New Criminal Record Update for Daniel David Delplano   Report Monitor Update: New I... | Inbox | Wed 11/22 |
| | Whitepages | New Address Update for Gina Maria Baixauli   Report Monitor Update: New information is availabl... | Inbox | Wed 11/22 |
| | Whitepages | New Address Update for Randall J Morais   Report Monitor Update: New information is available fo... | Inbox | Wed 11/22 |
| | Whitepages | Reminder: New Address Update for Lauren A Calareso   Report Monitor Update: New information i... | Inbox | Wed 11/22 |
| | Whitepages | Reminder: New Update for Lisa Warkmeister Rozas's Relatives   Don't miss the recent Report Moni... | Inbox | Wed 11/22 |
| | Whitepages | New Property Record Update for Helen C Anastasio   Report Monitor Update: New information is a... | Inbox | Wed 11/22 |
| | Whitepages | New Address Update for Lourdes Marty   Report Monitor Update: New information is available for... | Inbox | Wed 11/22 |
| | Whitepages | New Update for Dennis Ward Burke's Relatives   Report Monitor Update: New information is availa... | Inbox | Wed 11/22 |
| | Whitepages | New Property Record Update for Joseph N Gorra   Report Monitor Update: New information is avail... | Inbox | Wed 11/22 |
| | Whitepages | New Property Record Update for Irene S Hunt   Report Monitor Update: New information is availab... | Inbox | Wed 11/22 |
| | Whitepages | New Property Record Update for Darrin Joseph Devost   Report Monitor Update: New information ... | Inbox | Wed 11/22 |

| | | Mail | Files | | 𝒪 Has attachments | ✉ Unread | 👤 To me | @ Mentions ma | ⚑ Flagged | ⚐ High importance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | New Address Update for Anthony J Scarfone · Report Monitor Update: New information is availabl... | Inbox | Tue 11/21 |
| Whitepages | Reminder: New Property Record Update for Wayne A Hunt · Report Monitor Update: New informa... | Inbox | Tue 11/21 |
| Whitepages | New Property Record Update for Marilyn Jean Beaulieu · Report Monitor Update: New information... | Inbox | Tue 11/21 |
| Whitepages | New Criminal Record Update for Joseph J Smith · Report Monitor Update: New information is avail... | Inbox | Tue 11/21 |
| Whitepages | New Phone Number Update for Jon M Lucia · Report Monitor Update: New information is available... | Inbox | Tue 11/21 |
| Whitepages | New Phone Number Update for Jon Thomas Hastings · Report Monitor Update: New information i... | Inbox | Tue 11/21 |
| Whitepages | New Phone Number Update for Yvonne Chen · Report Monitor Update: New information is availab... | Inbox | Tue 11/21 |
| Whitepages | New Criminal Record Update for Dorothy M Moreland · Report Monitor Update: New information i... | Inbox | Tue 11/21 |
| Whitepages | New Address Update for Christina Palmieri · Report Monitor Update: New information is available... | Inbox | Tue 11/21 |
| Whitepages | New Address Update for Anthony Pinelro · Report Monitor Update: New information is available fo... | Inbox | Tue 11/21 |
| Whitepages | New Address Update for Valdemir Leite · Report Monitor Update: New information is available for... | Inbox | Mon 11/20 |
| Whitepages | 4 people you monitor had criminal record updates in the last week · A total of 31 people you mon... | Inbox | Mon 11/20 |
| Whitepages | Reminder: New Address Update for Curtis R Heterington · Report Monitor Update: New informatio... | Inbox | Mon 11/20 |
| Whitepages | New Criminal Record Update for Daniel David Delplano · Report Monitor Update: New information... | Inbox | Mon 11/20 |
| Whitepages | Reminder: New Address Update for Kevin Patrick Radigan · Report Monitor Update: New informati... | Inbox | Mon 11/20 |
| Whitepages | New Property Record Update for Wayne A Hunt · Report Monitor Update: New information is availa... | Inbox | Mon 11/20 |
| Whitepages | Reminder: New Address Update for Valerie Jean Moore · Report Monitor Update: New information... | Inbox | Mon 11/20 |
| Whitepages | New Address Update for Lauren A Caloresu · Report Monitor Update: New information is available... | Inbox | Mon 11/20 |

☐ Mail   Files  |  ⌗ Has attachments  |  ✉ Unread  |  ⚇ To me  |  @ Mentions me  |  ⚑ Flagged  |  ⚐ High importance

| From | Subject | | Received |
|------|---------|--|----------|
| Whitepages | Reminder: New Address Update for Devon Webb · Report Monitor Update: New information is avai... | Inbox | Mon 11/20 |
| Whitepages | New Update for Lisa Werkmeister Rozas's Relatives · Report Monitor Update: New information is a... | Inbox | Mon 11/20 |
| Whitepages | New Address Update for Carl L Reisner · Report Monitor Update: New information is available for C... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Dean J Berke · Report Monitor Update: New information is avai... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Criminal Record Update for Kevin Daniel Leary · Don't miss the recent Report Mon... | Inbox | Sun 11/19 |
| Whitepages | New Address Update for Kevin Patrick Radigan · Report Monitor Update: New information is availa... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Evan Santos · Report Monitor Update: New information is avail... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Donna M Maisto · Report Monitor Update: New information is ... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Criminal Record Update for Jesse A Pierce · Report Monitor Update: New informati... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Kesone J Phothira · Report Monitor Update: New information a... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Cynthia M Spurano · Report Monitor Update: New information... | Inbox | Sun 11/19 |
| Whitepages | New Address Update for Devon Webb · Report Monitor Update: New information is available for D... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Phone Number Update for Leola F Little · Report Monitor Update: New information... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Rafael Gonzalez · Report Monitor Update: New information is ... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for Gail Sheree Walls · Report Monitor Update: New information is... | Inbox | Sun 11/19 |
| Whitepages | New Address Update for Valerie Jean Moore · Report Monitor Update: New information is availabl... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Address Update for April Knightly · Report Monitor Update: New information is av... | Inbox | Sun 11/19 |
| Whitepages | Reminder: New Phone Number Update for Michelle D Keegan · Report Monitor Update: New infor... | Inbox | Sun 11/19 |

☐ Mail    Files: |    🔗 Has attachments    ✉ Unread    👤 To me    💬 Mentions me    🚩 Flagged    ❗ High importance

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | Reminder: New Phone Number Update for Dawn D Krukowski   Report Monitor Update: New Infor... | Inbox | Sun 11/18 |
| Whitepages | New Address Update for Curtis R Heterington   Report Monitor Update: New information is availab... | Inbox | Sun 11/18 |
| Whitepages | Reminder: New Address Update for Gliselec C Gomez   Report Monitor Update: New information i... | Inbox | Sat 11/18 |
| Whitepages | Reminder: New Phone Number Update for Adrienne L Palumbo   Don't miss the recent Report Mo... | Inbox | Sat 11/18 |
| Whitepages | New Address Update for Dean J Berke   Report Monitor Update: New information is available for D... | Inbox | Sat 11/18 |
| Whitepages | Reminder: New Address Update for Cina L Wong   Report Monitor Update: New information is avai... | Inbox | Sat 11/18 |
| Whitepages | Reminder: New Address Update for Jonathan William Lawlor   Report Monitor Update: New infor... | Inbox | Sat 11/18 |
| Whitepages | Reminder: New Address Update for James Matthew Conley   Report Monitor Update: New informa... | Inbox | Sat 11/18 |
| Whitepages | Reminder: New Update for Sandra L Knox's Relatives   Report Monitor Update: New information is... | Inbox | Sat 11/18 |
| Whitepages | Reminder: New Address Update for Mariluz Rodriguez   Report Monitor Update: New information i... | Inbox | Sat 11/18 |
| Whitepages | New Phone Number Update for Leola F Little   Report Monitor Update: New information is availabl... | Inbox | Sat 11/18 |
| Whitepages | New Address Update for Evan Santos   Report Monitor Update: New information is available for Ev... | Inbox | Sat 11/18 |
| Whitepages | New Address Update for Rafael Gonzalez   Report Monitor Update: New information is available fo... | Inbox | Sat 11/18 |
| Whitepages | New Address Update for Kesone J Phothiraj   Report Monitor Update: New information is available ... | Inbox | Fri 11/17 |
| Whitepages | New Address Update for April Knightly   Report Monitor Update: New information is available for A... | Inbox | Fri 11/17 |
| Whitepages | New Phone Number Update for Michelle D Keegan   Report Monitor Update: New information is a... | Inbox | Fri 11/17 |
| Whitepages | New Phone Number Update for Jo N Savola   Report Monitor Update: New information ... | Inbox | Fri 11/17 |
| Whitepages | New Address Update for Donna M Maisto   Report Monitor Update: New information is available f... | Inbox | Fri 11/17 |

| | Mail | Files | | | Has attachments | Unread | To me | Mentions me | Flagged | High importance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | New Phone Number Update for Dawn B Krukowski  Report Monitor Update: New information is a... | Inbox | Fri 11/17 |
| Whitepages | New Criminal Record Update for Jesse A Pierce   Report Monitor Update: New information is availa... | Inbox | Fri 11/17 |
| Whitepages | New Address Update for Gail Sheree Walls  Report Monitor Update: New information is available f... | Inbox | Fri 11/17 |
| Whitepages | Reminder: New Address Update for Jean M Lane  Report Monitor Update: New information is avail... | Inbox | Fri 11/17 |
| Whitepages | New Address Update for Cynthia M Sparano   Report Monitor Update: New information is available... | Inbox | Fri 11/17 |
| Whitepages | New Address Update for Gisselee C Gomez   Report Monitor Update: New information is available... | Inbox | Fri 11/17 |
| Whitepages | Reminder: New Address Update for Luis Manuel Gabriel   Report Monitor Update: New informatio... | Inbox | Fri 11/17 |
| Whitepages | Reminder: New Address Update for Roger Fulginiti   Report Monitor Update: New information is a... | Inbox | Thu 11/16 |
| Whitepages | New Address Update for Jonathan William Lawlor   Report Monitor Update: New information is av... | Inbox | Thu 11/16 |
| Whitepages | New Update for Sandra L Knox's Relatives   Report Monitor Update: New information is available f... | Inbox | Thu 11/16 |
| Whitepages | New Address Update for James Matthew Conley   Report Monitor Update: New information is avail... | Inbox | Thu 11/16 |
| Whitepages | New Address Update for Marlluz Rodriguez   Report Monitor Update: New information is available... | Inbox | Thu 11/16 |
| Whitepages | New Criminal Record Update for Kevin Daniel Leary   Report Monitor Update: New information is a... | Inbox | Thu 11/16 |
| Whitepages | Reminder: New Criminal Record Update for Wilmer Lema   Report Monitor Update: New informati... | Inbox | Thu 11/16 |
| Whitepages | Reminder: New Address Update for Frank David Benoit   Report Monitor Update: New information... | Inbox | Thu 11/16 |
| Whitepages | Reminder: New Address Update for Carmela Stellabotte   Report Monitor Update: New informatio... | Inbox | Thu 11/16 |
| Whitepages | Reminder: 5 people you monitor had criminal record updates in the last 30 days:  A total of 15 pe... | Inbox | Thu 11/16 |
| Whitepages | New Address Update for Cina L Wong   Report Monitor Update: New information is available for Ci... | Inbox | Thu 11/16 |

| | | |
|---|---|---|
| ☐ Mail | Files | ⬚ Has attachments   ⬚ Unread   ⬚ To me   ⬚ Mentions me   ⬚ Flagged   ⬚ High importance |

| From | Subject | Received |
|---|---|---|
| Whitepages | New Address Update for Luis Manuel Gabriel   Report Monitor Update: New information is availabl... Inbox | Wed 11/15 |
| Whitepages | Reminder: New Criminal Record Update for Adam Matthew Pio   Report Monitor Update: New info... Inbox | Wed 11/15 |
| Whitepages | New Phone Number Update for Adrienne L Palumbo   Report Monitor Update: New information is ... Inbox | Wed 11/15 |
| Whitepages | Reminder: New Address Update for Christine A Nakhoul   Report Monitor Update: New informatio... Inbox | Wed 11/15 |
| Whitepages | New Address Update for Jean M Lane   Report Monitor Update: New information is available for Je... Inbox | Wed 11/15 |
| Whitepages | New Address Update for Rober Fulginiti   Report Monitor Update: New information is available for ... Inbox | Wed 11/15 |
| Whitepages | New Phone Number Update for Jo N Savola   Report Monitor Update: New information is available... Inbox | Wed 11/15 |
| Whitepages | New Criminal Record Update for Wilmer Lema   Report Monitor Update: New information is availa... Inbox | Wed 11/15 |
| Whitepages | New Address Update for Frank David Benoit   Report Monitor Update: New information is available... Inbox | Wed 11/15 |
| Whitepages | New Address Update for Carmela Stellabotte   Report Monitor Update: New information is availabl... Inbox | Wed 11/15 |
| Whitepages | New Criminal Record Update for Adam Matthew Pio   Report Monitor Update: New information is ... Inbox | Tue 11/14 |
| Whitepages | 5 people you monitor had criminal record updates in the last 30 days   A total of 15 people you mo... Inbox | Tue 11/14 |
| Whitepages | New Address Update for Christine A Nakhoul   Report Monitor Update: New information is availabl... Inbox | Tue 11/14 |
| Whitepages | 3 people you monitor had criminal record updates in the last week   A total of 13 people you moni... Inbox | Tue 11/14 |
| Whitepages | Reminder: New Update for Anna M Reisner's Relatives   Report Monitor Update: New information i... Inbox | Mon 11/19 |
| Whitepages | Reminder: New Address Update for Diego Tavares   Report Monitor Update: New information is av... Inbox | Mon 11/13 |
| Whitepages | Reminder: New Address Update for Jacqueline Nieves   Report Monitor Update: New information i... Inbox | Mon 11/13 |
| Whitepages | Reminder: New Address Update for Christa M Martin   Report Monitor Update: New information is... Inbox | Mon 11/13 |

| Mail | Files | Has attachments | Unread | To me | Mentions me | Flagged | High Importance |

| | From | Subject | | Received |
|---|---|---|---|---|
| | Whitepages | Reminder: New Address Update for Yifei Wang   Report Monitor Update: New information is availa... | inbox | Mon 11/13 |
| | Whitepages | Reminder: New Address Update for Zachary Manchester   Don't miss the recent Report Monitor ch... | inbox | Mon 11/13 |
| | Whitepages | Reminder: New Address Update for Yifei Wang   Report Monitor Update: New information is availa... | inbox | Mon 11/13 |
| | Whitepages | Reminder: New Address Update for Brenton R Graveley   Report Monitor Update: New information... | inbox | Mon 11/13 |
| | Whitepages | Reminder: New Address Update for Marie A Gluszak   Report Monitor Update: New information is... | inbox | Sun 11/12 |
| | Whitepages | Reminder: New Address Update for Marie E Morin   Report Monitor Update: New information is av... | inbox | Sun 11/12 |
| | Whitepages | New Address Update for Diego Tavares   Report Monitor Update: New information is available for ... | inbox | Sun 11/12 |
| | Whitepages | New Address Update for Jacqueline Nieves   Report Monitor Update: New information is available f... | inbox | Sun 11/12 |
| | Whitepages | Reminder: New Address Update for Frank Stellabotte   Report Monitor Update: New information i... | inbox | Sun 11/12 |
| | Whitepages | New Address Update for Christa M Martin   Report Monitor Update: New information is available f... | inbox | Sun 11/12 |
| | Whitepages | New Address Update for Yifei Wang   Report Monitor Update: New information is available for Yifei... | inbox | Sun 11/12 |
| | Whitepages | New Update for Anna M Reisner's Relatives   Report Monitor Update: New information is available ... | inbox | Sat 11/11 |
| | Whitepages | New Address Update for Yifei Wang   Report Monitor Update: New information is available for Yifei... | inbox | Sat 11/11 |
| | Whitepages | New Address Update for Brenton R Graveley   Report Monitor Update: New information is availabl... | inbox | Sat 11/11 |
| | Whitepages | New Address Update for Marie A Gluszak   Report Monitor Update: New information is available fo... | inbox | Sat 11/11 |
| | Whitepages | New Address Update for Marie E Morin   Report Monitor Update: New information is available for ... | inbox | Sat 11/11 |
| | Whitepages | New Address Update for Zachary Manchester   Report Monitor Update: New information is availabl... | inbox | Sat 11/11 |
| | Whitepages | Reminder: New Criminal Record Update for Gavin J Peakin   Report Monitor Update: New informat... | inbox | Sat 11/11 |

| Mail | Files | | Has attachments | Unread | To me | Mentions me | Flagged | High Importance |
|------|-------|---|---|---|---|---|---|---|

| | From | Subject | Received |
|--|------|---------|----------|
| ☐ | Whitepages | Reminder: New Criminal Record Update for Linda Ann Fradette   Report Monitor Update: New Info... | Inbox   Fri 11/10 |
| | Whitepages | New Address Update for Frank Stellabotte   Report Monitor Update: New information is available f... | Inbox   Fri 11/10 |
| | Whitepages | New Criminal Record Update for Gavin J Peakin   Report Monitor Update: New information is availa... | Inbox   Thu 11/9 |
| | No Reply | Document Production 11.8.23 | Inbox   Wed 11/8 |
| | | Document Prod... | |
| | Whitepages | Reminder: New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New Inform... | Inbox   Wed 11/8 |
| | Whitepages | New Criminal Record Update for Linda Ann Fradette   Report Monitor Update: New information is ... | Inbox   Wed 11/8 |
| | Whitepages | New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New information is avai... | Inbox   Tue 11/7 |
| | Whitepages | 1 person you monitor had a criminal record update in the last week   A total of 5 people you monit... | Inbox   Mon 11/6 |
| | Whitepages | Reminder: New Property Record Update for Jo N Savola   Report Monitor Update: New Informatio... | Inbox   Fri 11/3 |
| | Whitepages | Reminder: New Criminal Record Update for Jean M Lane   Report Monitor Update: New informatio... | Inbox   Fri 11/3 |
| | Whitepages | Reminder: New Property Record Update for Rober Fulginiti   Report Monitor Update: New informa... | Inbox   Thu 11/2 |
| | Whitepages | Reminder: New Address Update for Rock G Tiffault   Report Monitor Update: New information is av... | Inbox   Thu 11/2 |
| | Whitepages | New Criminal Record Update for Jean M Lane   Report Monitor Update: New information is availab... | Inbox   Wed 11/1 |
| | Whitepages | New Property Record Update for Rober Fulginiti   Report Monitor Update: New information is avail... | Inbox   Wed 11/1 |
| | Whitepages | New Property Record Update for Jo N Savola   Report Monitor Update: New information is availabl... | Inbox   Wed 11/1 |
| | Whitepages | Reminder: New Property Record Update for Adam Matthew Pio   Report Monitor Update: New inf... | Inbox   Wed 11/1 |

| | Mail | Files | | 🔗 Has attachments | ✉ Unread | 🔍 To me | @ Mentions me | ⚑ Flagged | ❗ High importance |

| From | Subject | | Received |
|------|---------|------|----------|
| Whitepages | New Address Update for Rock G Tiffault   Report Monitor Update: New information is available for... | Inbox | Wed 11/1 |
| Whitepages | New Property Record Update for Adam Matthew Pio   Report Monitor Update: New inform... | Deleted Items | Tue 10/31 |
| Whitepages | 1 person you monitor had a criminal record update in the last week   A total of 3 people you monit... | Inbox | 10/30/2023 |
| Whitepages | Reminder: New Property Record Update for Gavin J Peakin   Report Monitor Update; New informa... | Inbox | 10/28/2023 |
| Whitepages | Reminder: New Property Record Update for Matthew John Bratcher   Report Monitor Update; Ne... | Inbox | 10/28/2023 |
| Whitepages | New Property Record Update for Gavin J Peakin   Report Monitor Update: New information is avail... | Inbox | 10/26/2023 |
| Whitepages | New Property Record Update for Matthew John Bratcher   Report Monitor Update: New informatio... | Inbox | 10/26/2023 |
| Whitepages | Reminder: New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New inform... | Inbox | 10/25/2023 |
| Whitepages | Reminder: 3 people you monitor had criminal record updates in the last 30 days   A total of 102 p... | Inbox | 10/24/2023 |
| Whitepages | New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New information is avai... | Inbox | 10/24/2023 |
| Whitepages | 1 person you monitor had a criminal record update in the last week   A total of 2 people you monit... | Inbox | 10/24/2023 |
| Whitepages | Reminder: New Criminal Record Update for Daniel David Delpiano   Report Monitor Update: New i... | Inbox | 10/24/2023 |
| Whitepages | Reminder: New Property Record Update for Valerie Elena Kilduff   Report Monitor Update: New inf... | Inbox | 10/23/2023 |
| Whitepages | 3 people you monitor had criminal record updates in the last 30 days   A total of 102 people you ... | Inbox | 10/23/2023 |
| Whitepages | New Criminal Record Update for Daniel David Delpiano   Report Monitor Update: New information... | Inbox | 10/22/2023 |
| Whitepages | New Property Record Update for Valerie Elena Kilduff   Report Monitor Update: New information is... | Inbox | 10/22/2023 |
| Whitepages | Reminder: New email address for Lisa Parylovich   Get email addresses for everyone on your list. N... | Inbox | 10/19/2023 |
| Whitepages | New email address for Lisa Parylovich   Get email addresses for everyone on your list. New email a... | Inbox | 10/17/2023 |

☐ Mail | Files | ☞ Has attachments | ☑ Unread | 🕗 To me | @ Mentions me | 🏳 Flagged | ! High importance

| From | Subject | Received |
|---|---|---|
| Whitepages | Reminder: New email address for Lisa Parylovich  Get email addresses for everyone on your list. N... Inbox | 10/19/2023 |
| Whitepages | New email address for Lisa Parylovich  Get email addresses for everyone on your list. New email a... Inbox | 10/17/2023 |
| Whitepages | Reminder: New Phone Number Update for Samuel J Reisner  Don't miss the recent Report Monito... Inbox | 10/15/2023 |
| Whitepages | Reminder: New Phone Number Update for Marie E Morin  Report Monitor Update: New informati... Inbox | 10/15/2023 |
| Whitepages | Reminder: New Phone Number Update for Anna M Reisner  Report Monitor Update: New inform... Inbox | 10/15/2023 |
| Whitepages | Reminder: New Address Update for Colette M Nakhoul  Report Monitor Update: New information... Inbox | 10/15/2023 |
| Whitepages | Reminder: New Address Update for Gavin J Peakin  Report Monitor Update: New information is av... Inbox | 10/15/2023 |
| Whitepages | Reminder: New Address Update for Marie A Gluszak  Report Monitor Update: New information is ... Inbox | 10/14/2023 |
| Whitepages | Reminder: New Phone Number Update for Frank Stellabotte  Report Monitor Update: New inform... Inbox | 10/14/2023 |
| Whitepages | Reminder: New Phone Number Update for Laura Hetherington  Report Monitor Update: New info... Inbox | 10/14/2023 |
| Whitepages | Reminder: New Phone Number Update for Thomas P Hoar  Report Monitor Update: New informati... Inbox | 10/14/2023 |
| Whitepages | Reminder: New Address Update for Matthew John Bratcher  Report Monitor Update: New informa... Inbox | 10/14/2023 |
| Whitepages | New Phone Number Update for Marie E Morin  Report Monitor Update: New information is availe... Inbox | 10/14/2023 |
| Whitepages | New Address Update for Zachary Manchester  Report Monitor Update: New information is availabl... Inbox | 10/14/2023 |
| Whitepages Customer Care | We're updating our prices - here's why  Updating our prices to bring you more. Updating our price... Inbox | 10/13/2023 |
| Whitepages | New Address Update for Colette M Nakhoul  Report Monitor Update: New information is available... Inbox | 10/13/2023 |
| Whitepages | New Phone Number Update for Anna M Reisner  Report Monitor Update: New information is avail... Inbox | 10/13/2023 |
| Whitepages | New Phone Number Update for Frank Stellabotte  Report Monitor Update: New information is ava... Inbox | 10/13/2023 |

| | | | |
|---|---|---|---|
| ☐ Mail · Files | | |
| ✎ Has attachments | ✉ Unread | 👤 To me | @ Mentions me | 🏳 Flagged | ! High importance |

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | New Address Update for Gavin J Peakia   Report Monitor Update: New information is available for ... | Inbox | 10/13/2023 |
| Whitepages | New Address Update for Marie A Gluszek   Report Monitor Update: New information is available fo... | Inbox | 10/13/2023 |
| Whitepages | New Phone Number Update for Laura Hetherington   Report Monitor Update: New Information is ... | Inbox | 10/13/2023 |
| Whitepages | Reminder: New Phone Number Update for Randall J Morais   Report Monitor Update: New inform... | Inbox | 10/12/2023 |
| Whitepages | New Address Update for Matthew John Bratcher   Report Monitor Update: New information is avail... | Inbox | 10/12/2023 |
| Whitepages | Reminder: New Phone Number Update for Nefertiti T Martin   Report Monitor Update: New infor... | Inbox | 10/12/2023 |
| Whitepages | New Phone Number Update for Samuel J Reisner   Report Monitor Update: New information is ava... | Inbox | 10/12/2023 |
| Whitepages | New Phone Number Update for Thomas P Hoar   Report Monitor Update: New information is avail... | Inbox | 10/12/2023 |
| Whitepages | Reminder: New Address Update for Lourdes Maity   Report Monitor Update: New information is av... | Inbox | 10/11/2023 |
| Whitepages | New Phone Number Update for Nefertiti T Martin   Report Monitor Update: New information is av... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Address Update for Dennis Ward Burke   Report Monitor Update: New information... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Phone Number Update for Christine A Dobrzycki   Report Monitor Update: New in... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Address Update for Marcy R Wyrebek   Report Monitor Update: New information i... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Update for Helen C Anastasio's Relatives   Report Monitor Update: New informatio... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Address Update for Maryellen Ellen Manship   Report Monitor Update: New infor... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Address Update for Maya Jerome Bilnge   Report Monitor Update: New informatio... | Inbox | 10/11/2023 |
| Whitepages | New Phone Number Update for Randall J Morais   Report Monitor Update: New information is av... | Inbox | 10/11/2023 |
| Whitepages | Reminder: New Phone Number Update for Philip William Zembruski   Report Monitor Update: Ne... | Inbox | 10/11/2023 |

| | | | |
|---|---|---|---|
| ☐ **Mail** ⋮ Files ⋮ | ⊘ Has attachments | ☑ Unread | ⊗ To me | @ Mentions me | ⚐ Flagged | ! High importance |

| From | Subject | | Received |
|---|---|---|---|
| 🌐 Whitepages | Reminder: New Phone Number Update for Seth Braga Wyrebek   Report Monitor Update: New Inf... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Gina Maria Batsoull   Report Monitor Update: New info... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Jon Thomas Hastings   Report Monitor Update: New in... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Update for Joseph N Gorra's Relatives   Report Monitor Update: New information L... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Address Update for Linda Ann Fradette   Report Monitor Update: New information... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Update for Darrin Joseph Devost's Relatives   Report Monitor Update: New inform... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Yvonne Chen   Report Monitor Update: New informatio... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Update for Ginny Danielle Hikel's Relatives   Report Monitor Update: New informat... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Marilyn Jean Beaulieu   Report Monitor Update: New in... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Address Update for Nicole Marie Maisto   Report Monitor Update: New informatio... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Vincent M Giles   Report Monitor Update: New informa... | Inbox | 10/11/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Jon M Lucia   Report Monitor Update: New information... | Inbox | 10/10/2022 |
| 🌐 Whitepages | New Address Update for Lourdes Marty   Report Monitor Update: New information is available for ... | Inbox | 10/10/2023 |
| 🌐 Whitepages | New Address Update for Dennis Ward Burke   Report Monitor Update: New information is availab... | Inbox | 10/10/2023 |
| 🌐 Whitepages | New Update for Helen C Anastasio's Relatives   Report Monitor Update: New information is availabl... | Inbox | 10/10/2023 |
| 🌐 Whitepages | New Address Update for Maya Jerome Bringe   Report Monitor Update: New information is availab... | Inbox | 10/10/2023 |
| 🌐 Whitepages | New Address Update for Maryellen Ellen Manship   Report Monitor Update: New information is av... | Inbox | 10/10/2023 |
| 🌐 Whitepages | Reminder: New Phone Number Update for Anthony Pinello   Report Monitor Update: New inform... | Inbox | 10/10/2023 |

☐ Mail    Files    | 𝒪 Has attachments | ☑ Unread | 👤 To me | @ Mentions me | ⚑ Flagged | ❗ High Importance |

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | New Phone Number Update for Philip William Zembruski   Report Monitor Update: New informati... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Seth Braga Wyrebek   Report Monitor Update: New information is ... | Inbox | 10/10/2023 |
| Whitepages | Reminder: New Phone Number Update for Dorothy M Moreland   Report Monitor Update, New int... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Gina Maria Balsault   Report Monitor Update: New information is a... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Jon Thomas Hastings   Report Monitor Update: New information i... | Inbox | 10/10/2023 |
| Whitepages | New Update for Joseph N Garra's Relatives   Report Monitor Update: New information is available f... | Inbox | 10/10/2023 |
| Whitepages | New Address Update for Linda Ann Fredette   Report Monitor Update: New information is available... | Inbox | 10/10/2023 |
| Whitepages | New Update for Darin Joseph Devost's Relatives   Report Monitor Update: New information is avail... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Marilyn Jean Beaulieu   Report Monitor Update: New information i... | Inbox | 10/10/2023 |
| Whitepages | Reminder: New Phone Number Update for Joseph J Smith   Report Monitor Update: New informati... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Yvonne Chen   Report Monitor Update: New information is availabl... | Inbox | 10/10/2023 |
| Whitepages | New Update for Ginny Danielle Hikel's Relatives   Report Monitor Update: New information is avail... | Inbox | 10/10/2023 |
| Whitepages | New Address Update for Nicole Marie Maisto   Report Monitor Update: New information is availabl... | Inbox | 10/10/2023 |
| Whitepages | Reminder: New Phone Number Update for Lisa Werkmeister Rozas   Don't miss the recent Report ... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Vincent M Gilis   Report Monitor Update: New information is avail... | Inbox | 10/10/2023 |
| Whitepages | Reminder: New Phone Number Update for Carl L Reisner   Don't miss the recent Report Monitor U... | Inbox | 10/10/2023 |
| Whitepages | Reminder: New Address Update for Christina Palmieri   Report Monitor Update: New information i... | Inbox | 10/10/2023 |
| Whitepages | New Phone Number Update for Jon M Lucia   Report Monitor Update: New information is available... | Inbox | 10/10/2023 |

| | Mail | Files | | 🔗 Has attachments | ✉ Unread | 👤 To me | @ Mentions me | 🚩 Flagged | ⭐ High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | 13 people you monitor had address updates in the last week  A total of 15 people you monitor ha... | Inbox | 10/9/2023 |
| Whitepages | New Phone Number Update for Anthony Pinelro   Report Monitor Update: New information is avail... | Inbox | 10/9/2023 |
| Whitepages | New Phone Number Update for Dorothy M Moreland   Report Monitor Update: New information i... | Inbox | 10/9/2023 |
| Whitepages | New Phone Number Update for Joseph J Smith   Report Monitor Update: New information is availa... | Inbox | 10/9/2023 |
| Whitepages | Reminder: New Phone Number Update for Sandra Dee Turner   Report Monitor Update: New infor... | Inbox | 10/9/2023 |
| Whitepages | Reminder: New Phone Number Update for Valdemir Leite   Report Monitor Update: New informat... | Inbox | 10/9/2023 |
| Whitepages | Reminder: New Address Update for Daniel David Delpiano   Report Monitor Update: New informat... | Inbox | 10/9/2023 |
| Whitepages | Reminder: New Address Update for Kevin Patrick Radigan   Report Monitor Update: New informati... | Inbox | 10/9/2023 |
| Whitepages | New Address Update for Christina Palmieri   Report Monitor Update: New information is available... | Inbox | 10/8/2023 |
| Whitepages | Reminder: New Phone Number Update for Mike Thomas Maguire   Report Monitor Update: New i... | Inbox | 10/8/2023 |
| Whitepages | New Address Update for Lauren A Calareso   Report Monitor Update: New information is available ... | Inbox | 10/8/2023 |
| Whitepages | Reminder: New Phone Number Update for Devon Webb   Report Monitor Update: New informatio... | Inbox | 10/8/2023 |
| Whitepages | New Phone Number Update for Valdemir Leite   Report Monitor Update: New information is availa... | Inbox | 10/8/2023 |
| Whitepages | New Phone Number Update for Sandra Dee Turner   Report Monitor Update: New information is a... | Inbox | 10/8/2023 |
| Whitepages | New Address Update for Daniel David Delpiano   Report Monitor Update: New information is avail... | Inbox | 10/8/2023 |
| Whitepages | Reminder: New Phone Number Update for Joshua J Figueroa   Report Monitor Update: New infor... | Inbox | 10/8/2023 |
| Whitepages | New Phone Number Update for Lisa Weirkmeister Rozas   Report Monitor Update: New informatio... | Inbox | 10/8/2023 |

| Mail | Files | | 🖉 Has attachments | ✉ Unread | 👤 To me | @ Mentions me | ⚑ Flagged | ❗ High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | Reminder: New Phone Number Update for Curtis R Hetherington   Report Monitor Update: New Info... | Inbox | 10/6/2023 |
| Whitepages | New Address Update for Kevin Patrick Redigan   Report Monitor Update: New Information is availa... | Inbox | 10/6/2023 |
| Whitepages | Reminder: New Address Update for Valerie Jean Moore   Report Monitor Update: New Information... | Inbox | 10/6/2023 |
| Whitepages | Reminder: New Update for Valerie Elena Kliduff's Relatives   Report Monitor Update: New Informat... | Inbox | 10/6/2023 |
| Whitepages | New Phone Number Update for Carl L Reisner   Report Monitor Update: New Information is availab... | Inbox | 10/6/2023 |
| Whitepages | New Phone Number Update for Mike Thomas Maguire   Report Monitor Update: New Information... | Inbox | 10/7/2023 |
| Whitepages | Reminder: New Update for Rafael Gonzalez Relatives   Report Monitor Update: New Information I... | Inbox | 10/7/2023 |
| Whitepages | Reminder: New Phone Number Update for Kelly James Tierney   Report Monitor Update: New Info... | Inbox | 10/7/2023 |
| Whitepages | Reminder: New Address Update for Rafael Gonzalez   Report Monitor Update: New Information is... | Inbox | 10/7/2023 |
| Whitepages | Reminder: New Address Update for Donna M Maisto   Report Monitor Update: New Information is... | Inbox | 10/7/2023 |
| Whitepages | New Phone Number Update for Davon Webb   Report Monitor Update: New Information is availabl... | Inbox | 10/7/2023 |
| Whitepages | New Phone Number Update for Joshua J Figueroa   Report Monitor Update: New Information is av... | Inbox | 10/7/2023 |
| Whitepages | New Address Update for Valerie Jean Moore   Report Monitor Update: New Information is available... | Inbox | 10/7/2023 |
| Whitepages | New Phone Number Update for Curtis R Hetherington   Report Monitor Update: New Information is... | Inbox | 10/7/2021 |
| Whitepages | New Update for Valerie Elena Kliduff's Relatives   Report Monitor Update: New Information is avai... | Inbox | 10/6/2023 |
| Whitepages | New Property Record Update for Nadya Alexandrova Direkova   Report Monitor Update: New infor... | Inbox | 10/6/2023 |
| Whitepages | New Update for Rafael Gonzalez's Relatives   Report Monitor Update: New Information is available... | Inbox | 10/6/2023 |
| Whitepages | New Phone Number Update for Kelly James Tierney   Report Monitor Update: New Information is ... | Inbox | 10/6/2023 |

| | Mail | Files | | 🖉 Has attachments | 🖂 Unread | 🖧 To me | @ Mentions me | ⚐ Flagged | ❗ High importance |
|---|---|---|---|---|---|---|---|---|---|

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | New Address Update for Rafael Gonzalez   Report Monitor Update: New information is available for... | Inbox | 10/6/2023 |
| Whitepages | New Address Update for Donna M Maisto   Report Monitor Update: New information is available f... | Inbox | 10/6/2023 |
| Whitepages | New Phone Number Update for Jane Hkel   Report Monitor Update: New information is available f... | Inbox | 10/5/2023 |
| Whitepages | Rosa, you viewed 1 person in the last 30 days   Here's a recap of your activity on Whitepages. Your ... | Inbox | 10/5/2023 |
| Whitepages | New Phone Number Update for Daniel Cassella   Report Monitor Update: New information is availa... | Inbox | 10/4/2023 |
| Whitepages | Reminder: New Phone Number Update for Daniel Cassella   Don't miss the recent Report Monitor ... | Inbox | 10/4/2023 |
| Whitepages | Reminder: New Phone Number Update for Michael J Weaver   Don't miss the recent Report Monito... | Inbox | 10/3/2023 |
| Whitepages | Reminder: New Address Update for Diego Tavares   Don't miss the recent Report Monitor changes ... | Inbox | 10/2/2023 |
| Whitepages | New Address Update for Diego Tavares   Report Monitor Update: New information is available for ... | Inbox | 10/2/2023 |
| Whitepages | New Address Update for Yifei Wang   Report Monitor Update: New information is available for Mic... | Inbox | 10/1/2023 |
| Whitepages | Reminder: New Address Update for Yifei Wang   Don't miss the recent Report Monitor changes for... | Inbox | 10/1/2023 |
| Whitepages | New Update for Jennifer A Boucher's Relatives   Report Monitor Update: New information is avail... | Inbox | 9/30/2023 |
| Whitepages | New Criminal Record Update for Brian Busque   Report Monitor Update: New information is availa... | Inbox | 9/23/2023 |
| Whitepages | Reminder: New Criminal Record Update for Daniel Delpiano   Don't miss the recent Report Monito... | Inbox | 9/25/2023 |
| Whitepages | New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New information is avail... | Inbox | 9/25/2023 |
| Whitepages | New Criminal Record Update for Daniel David Delpiano   Report Monitor Update: New information... | Inbox | 9/25/2023 |
| Whitepages | Reminder: New License Update for Jean M Lane   Don't miss the recent Report Monitor changes fo... | Inbox | 9/23/2023 |

| | | |
|---|---|---|
| ☐ Mail | Files | ⬗ Has attachments | ✉ Unread | ⊗ To me | @ Mentions me | ⚑ Flagged | ⚡ High importance |

| From | Subject | | Received |
|---|---|---|---|
| rosa klaneski | Klaneski v. Whitepages  Hello Ms. Thissette, Sorry for the long email. I suggest you run this legal... | Sent Items | 9/15/2023 |
| Whitepages | New Property Record Update for Gavin J Peakin  Report Monitor Update: New information is availa... | Inbox | 9/14/2023 |
| Whitepages | Save Frank David Benoit to your Contacts  Utilize Save & Export to help you move fast and stay up... | Inbox | 9/12/2023 |
| Whitepages | Reminder: New Property Record Update for Daniel David Delplano  Report Monitor Update: New ... | Inbox | 9/12/2023 |
| Whitepages | 2 people you monitor had property record updates in the last week  A total of 2 people you moni... | Inbox | 9/11/2023 |
| Whitepages | Rosa, don't forget to stay up to date on Frank David Benoit and more with Report Monitor  Neve... | Inbox | 9/10/2023 |
| Whitepages | New Property Record Update for Daniel David Delplano  Report Monitor Update: New informatio... | Inbox | 9/10/2023 |
| Whitepages | Reminder: New Property Record Update for Gail Sheree Walls  Report Monitor Update: New infor... | Inbox | 9/8/2023 |
| Whitepages | New Property Record Update for Gail Sheree Walls  Report Monitor Update: New information is av... | Inbox | 9/7/2023 |
| Whitepages | Reminder: We found 2 criminal and traffic records for Frank David Benoit  Be sure to get the full s... | Inbox | 9/7/2023 |
| Whitepages | Report Monitor is now active for Frank David Benoit  We'll alert you when information changes fo... | Inbox | 9/6/2023 |
| Whitepages | We found 2 criminal and traffic records for Frank David Benoit  Take the next step and get the full... | Inbox | 9/6/2023 |
| Whitepages | Reminder: New Property Record Update for Yifei Wang  Report Monitor Update: New information: ... | Inbox | 9/4/2023 |
| Whitepages | Reminder: New Criminal Record Update for Jacqueline Nieves  Report Monitor Update: New infor... | Inbox | 9/4/2023 |
| Whitepages | 3 people you monitor had criminal record updates in the last week  A total of 5 people you monit... | Inbox | 9/4/2023 |
| Whitepages | New Criminal Record Update for Jacqueline Nieves  Report Monitor Update: New information is a... | Inbox | 9/2/2023 |
| Whitepages | New Property Record Update for Yifei Wang  Report Monitor Update: New information is available... | Inbox | 9/2/2023 |

| | Mail | Files | | Has attachments | Unread | To me | Mentions me | Flagged | High importance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| From | | Subject | | Received |
|---|---|---|---|---|
| Whitepages | New Criminal Record Update for Brian Busque · Report Monitor Update: New information is availa... | | Inbox | 8/31/2023 |
| Whitepages | Reminder: New Criminal Record Update for Daniel Delplano · Report Monitor Update: New Inform... | | Inbox | 8/31/2023 |
| Whitepages | Reminder: New Property Record Update for Jon M Lucia · Report Monitor Update: New information... | | Inbox | 8/30/2023 |
| Whitepages | Reminder: New Criminal Record Update for Daniel David Delplano · Report Monitor Update: New I... | | Inbox | 8/29/2023 |
| Whitepages | New Criminal Record Update for Daniel Delplano · Report Monitor Update: New information is avai... | | Inbox | 8/29/2023 |
| Whitepages | New Property Record Update for Jon M Lucia · Report Monitor Update: New information is available... | | Inbox | 8/29/2023 |
| Whitepages | 2 people you monitor had criminal record updates in the last week · A total of 3 people you monit... | | Inbox | 8/28/2023 |
| Whitepages | New Criminal Record Update for Daniel David Delplano · Report Monitor Update: New information... | | Inbox | 8/27/2023 |
| Whitepages | Reminder: New Criminal Record Update for Jesse A Pierce · Report Monitor Update: New informat... | | Inbox | 8/26/2023 |
| Whitepages | New Criminal Record Update for Jesse A Pierce · Report Monitor Update: New information is availa... | | Inbox | 8/25/2023 |
| Whitepages | Reminder: 14 people you monitor had phone number updates in the last 30 days · A total of 55 pe... | | Inbox | 8/25/2023 |
| Whitepages | Reminder: New Address Update for Rober Fulginiti · Report Monitor Update: New information is s... | | Inbox | 8/23/2023 |
| Whitepages | New Address Update for Rober Fulginiti · Report Monitor Update: New information is available for... | | Inbox | 8/23/2023 |
| Whitepages | 14 people you monitor had phone number updates in the last 30 days · A total of 55 people you ... | | Inbox | 8/22/2023 |
| Whitepages | Rosa, don't forget to stay up to date on Joseph J Smith Jr and more with Report Monitor · Never ... | | Inbox | 8/16/2023 |
| Whitepages | Rosa, stay up to date on Joseph J Smith Jr and more with Report Monitor · We'll notify you when t... | | Inbox | 8/15/2023 |
| Whitepages | 11 people you monitor had address updates in the last week · A total of 55 people you monitor ha... | | Inbox | 8/15/2023 |
| Whitepages | Reminder: New Property Record Update for Curtis R Hetherington · Report Monitor Update: New in... | | Inbox | 8/14/2023 |

☐ Mail    Files   |   🖉 Has attachments   📧 Unread   👤 To me   @ Mentions me   🏳 Flagged   ❗ High Importance

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | New Property Record Update for Curtis R Heterington   Report Monitor Update: New information i... | Inbox | 8/12/2023 |
| Whitepages | You searched for 7 people, Including Nefertiti T Martin. How did it go?   Please rate your experien... | Inbox | 8/12/2023 |
| Whitepages | Reminder: New Phone Number Update for Nadya Alexandrova Direkova   Don't miss the recent R... | Inbox | 8/12/2023 |
| Whitepages | Reminder: New Address Update for Jesse A Pierce   Report Monitor Update: New information is av... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Address Update for Dean J Berke   Report Monitor Update: New information is avai... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Phone Number Update for Adrienne L Palumbo   Don't miss the recent Report Mo... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Address Update for Kesona J Phothiraj   Report Monitor Update: New information ... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Phone Number Update for Michelle D Keegan   Report Monitor Update: New infor... | Inbox | 8/11/2023 |
| Whitepages | Report Monitor is now active for Gail Sherse Walls and others you know   We'll alert you when i... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Address Update for Cina L Wong   Report Monitor Update: New information is avail... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Phone Number Update for Mailuz Rodriguez   Report Monitor Update: New infor... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Address Update for Dawn B Krukowski   Report Monitor Update: New information ... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Address Update for James Matthew Conley   Report Monitor Update: New informe... | Inbox | 8/11/2023 |
| Whitepages | Reminder: New Phone Number Update for Jo N Savola   Report Monitor Update: New information ... | Inbox | 8/11/2023 |
| Whitepages | New Address Update for Dean J Berke   Report Monitor Update: New information is available for D... | Inbox | 8/10/2022 |
| Whitepages | New Address Update for Jesse A Pierce   Report Monitor Update: New information is available for J... | Inbox | 8/10/2023 |
| Whitepages | Reminder: New Address Update for Francheska Colon   Report Monitor Update: New information i... | Inbox | 8/10/2023 |
| Whitepages | Reminder: New Address Update for Jonathan William Lawlor   Report Monitor Update: New infor... | Inbox | 8/10/2023 |

☐ Mail    Files    🔗 Has attachments    ✉ Unread    👤 To me    @ Mentions me    🚩 Flagged    ⚠ High Importance

| From | Subject | Received |
|---|---|---|
| | 🔗 Klanski Letter...  🔗 Terms of Servic... | |
| Whitepages | New Address Update for James Matthew Conley   Report Monitor Update: New information is avail... | inbox | 8/10/2023 |
| Whitepages | New Address Update for Cina L Wong   Report Monitor Update: New information is available for Ci... | inbox | 8/10/2023 |
| Whitepages | New Address Update for Kesone J Phothiraj   Report Monitor Update: New information is available... | inbox | 8/10/2023 |
| Whitepages | New Phone Number Update for Mariluz Rodriguez   Report Monitor Update: New information is av... | inbox | 8/10/2023 |
| Whitepages | New Address Update for Dawn B Krukowski   Report Monitor Update: New information is available ... | inbox | 8/10/2023 |
| Whitepages | New Phone Number Update for Nadya Alexandrovna Direkova   Report Monitor Update: New infor... | inbox | 8/10/2023 |
| Whitepages | Reminder: New Address Update for Albert Pienkowski   Report Monitor Update: New information i... | inbox | 8/9/2023 |
| Whitepages | Reminder: New Phone Number Update for Christine A Nakhoul   Report Monitor Update: New inf... | inbox | 8/9/2023 |
| Whitepages | Reminder: New Phone Number Update for Adam Matthew Pio   Report Monitor Update: New info... | inbox | 8/9/2023 |
| Whitepages | New Address Update for Jonathan William Lawlor   Report Monitor Update: New information is av... | inbox | 8/9/2023 |
| Whitepages | New Phone Number Update for Jo N Savola   Report Monitor Update: New information is available... | inbox | 8/9/2023 |
| Whitepages | New Address Update for Francheska Colon   Report Monitor Update: New information is available f... | inbox | 8/9/2023 |
| Whitepages | New Phone Number Update for Adrienne L Patumbo   Report Monitor Update: New information is ... | inbox | 8/9/2023 |
| Whitepages | New Address Update for Albret Pienkowski   Report Monitor Update: New information is available... | inbox | 8/8/2023 |
| Whitepages | Rosa, you viewed 9 people in the last 30 days   Here's a recap of your activity on Whitepages. Your... | inbox | 8/8/2023 |
| Whitepages | New Phone Number Update for Christine A Nakhoul   Report Monitor Update: New information is... | inbox | 8/8/2023 |
| Whitepages | Save Diego Tavares to your Contacts   Utilize Save & Export to help you move fast and stay up to d... | inbox | 8/8/2023 |

| | Mail | Files | | ☐ Has attachments | ⊘ Unread | ☐ To me | @ Mentions me | ⚑ Flagged | ! High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | New Phone Number Update for Adam Matthew Plo   Report Monitor Update: New information is a... | Inbox | 8/8/2023 |
| Whitepages | Report Monitor is now active for Marcie B Schwartz   We'll alert you when information changes for... | Inbox | 8/7/2023 |
| Whitepages | 16 people you monitor had address updates in the last week   A total of 22 people you monitor ha... | Inbox | 8/7/2023 |
| Whitepages | Reminder: New Address Update for Yifei Wang   Report Monitor Update: New information is availa... | Inbox | 8/6/2023 |
| Whitepages | Reminder: New Phone Number Update for Christa M Martin   Report Monitor Update: New inform... | Inbox | 8/6/2023 |
| Whitepages | Reminder: New Address Update for Zachary Manchester   Don't miss the recent Report Monitor ch... | Inbox | 8/6/2023 |
| Whitepages | Reminder: New Address Update for Yifei Wang   Report Monitor Update: New information is availa... | Inbox | 8/5/2023 |
| Whitepages | Reminder: We found 3 criminal and traffic records for Diego Tavares   Be sure to get the full story ... | Inbox | 8/5/2023 |
| Whitepages | New Address Update for Yifei Wang   Report Monitor Update: New information is available for Yifei... | Inbox | 8/5/2023 |
| Whitepages | New Phone Number Update for Christa M Martin   Report Monitor Update: New information is ava... | Inbox | 8/5/2023 |
| Whitepages | Reminder: New Address Update for Marie E Morin   Report Monitor Update: New information is av... | Inbox | 8/5/2023 |
| Whitepages | Reminder: New Address Update for Anna M Reisner   Report Monitor Update: New information is av... | Inbox | 8/5/2023 |
| Whitepages | Reminder: New Address Update for Frank Stellabotte   Report Monitor Update: New information is... | Inbox | 8/5/2023 |
| Whitepages | Reminder: New Address Update for Jennifer L Barkoski   Report Monitor Update: New information ... | Inbox | 8/5/2023 |
| Whitepages | New Address Update for Yifei Wang   Report Monitor Update: New information is available for Yifei... | Inbox | 8/4/2023 |
| Whitepages | We found 3 criminal and traffic records for Diego Tavares   Take the next step and get the full story... | Inbox | 8/4/2023 |
| Whitepages | New Address Update for Zachary Manchester   Report Monitor Update: New information is availabl... | Inbox | 8/4/2023 |
| Whitepages | New Address Update for Marie E Morin   Report Monitor Update: New information is available for ... | Inbox | 8/4/2023 |

| Mail | Files |  ⊘ Has attachments | ☑ Unread | ☻ To me | @ Mentions me | ⚑ Flagged | ⚡ High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | New Address Update for Anna M Reisner  Report Monitor Update: New information is available for... | Inbox | 8/4/2023 |
| Whitepages | Reminder: New Phone Number Update for Colette M Nakhoul  Report Monitor Update: New infor... | Inbox | 8/4/2023 |
| Whitepages | New Address Update for Frank Stellabotte  Report Monitor Update: New information is available f... | Inbox | 8/4/2023 |
| Whitepages | New Address Update for Jennifer L Barkoski  Report Monitor Update: New information is available... | Inbox | 8/4/2023 |
| Whitepages | Reminder: New Address Update for Matthew John Bratcher  Report Monitor Update: New informa... | Inbox | 8/3/2023 |
| Whitepages | Reminder: New Phone Number Update for Thomas P Hoar  Report Monitor Update: New Informat... | Inbox | 8/3/2023 |
| Whitepages | New Phone Number Update for Colette M Nakhoul  Report Monitor Update: New information is a... | Inbox | 8/3/2023 |
| Whitepages | New Address Update for Matthew John Bratcher  Report Monitor Update: New information is avail... | Inbox | 8/3/2023 |
| Whitepages | Reminder: New Address Update for Christine A Dobrzyski  Report Monitor Update: New informat... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Address Update for Maryellen Ellen Manship  Report Monitor Update: New infor... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Address Update for Marcy R Wyrebek  Report Monitor Update: New information is... | Inbox | 8/2/2023 |
| Whitepages | New Phone Number Update for Thomas P Hoar  Report Monitor Update: New information is avail... | Inbox | 8/2/2023 |
| Whitepages | New Address Update for Seth Brago Wyrebek  Report Monitor Update: New information... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Phone Number Update for Philip William Zembruski  Report Monitor Update: Ne... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Address Update for Jan Thomas Hastings  Report Monitor Update: New informati... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Address Update for Linda Ann Fradette  Report Monitor Update: New information... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Phone Number Update for Yvonne Chen  Report Monitor Update: New information... | Inbox | 8/2/2023 |
| Whitepages | Reminder: New Address Update for Anthony J Scarfone  Report Monitor Update: New information... | Inbox | 8/2/2023 |

| | Mail | Files | | 🖉 Has attachments | ☑ Unread | 👤 To me | @ Mentions me | 🏳 Flagged | ❗ High importance |

| From | | Subject | | Received |
|---|---|---|---|---|
| Whitepages | Reminder: New Phone Number Update for Jon M Lucia | Report Monitor Update: New Information... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Christine A Dobrzycki | Report Monitor Update: New Information is av... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Maryellen Ellen Manship | Report Monitor Update: New Information is av... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Marcy R Wyrebek | Report Monitor Update: New Information is available f... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Seth Braga Wyrebek | Report Monitor Update: New information is available... | Inbox | 8/1/2023 |
| Whitepages | New Phone Number Update for Philip William Zembruski | Report Monitor Update: New Informati... | Inbox | 8/1/2023 |
| Whitepages | Reminder: New Address Update for Anthony Pineiro | Report Monitor Update: New Information is... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Jon Thomas Hastings | Report Monitor Update: New information is availa... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Linda Ann Fradette | Report Monitor Update: New information is available... | Inbox | 8/1/2023 |
| Whitepages | Reminder: New Address Update for Dorothy M Moreland | Report Monitor Update: New Informati... | Inbox | 8/1/2023 |
| Whitepages | New Phone Number Update for Yvonne Chen | Report Monitor Update: New Information is availab... | Inbox | 8/1/2023 |
| Whitepages | New Address Update for Anthony J Scarfone | Report Monitor Update: New Information is available... | Inbox | 8/1/2023 |
| Whitepages | Reminder: New License Update for Lisa Werkheister Rozas | Don't miss the recent Report Monitor... | Inbox | 7/31/2023 |
| Whitepages | Reminder: New Address Update for Carl L Belsner | Don't miss the recent Report Monitor changes... | Inbox | 7/31/2023 |
| Whitepages | 3 people you monitor had address updates in the last week | A total of 3 people you monitor had... | Inbox | 7/31/2023 |
| Whitepages | New Phone Number Update for Jon M Lucia | Report Monitor Update: New information is available... | Inbox | 7/31/2023 |
| Whitepages | New Address Update for Anthony Pineiro | Report Monitor Update: New information is available fo... | Inbox | 7/31/2023 |
| Whitepages | New Address Update for Dorothy M Moreland | Report Monitor Update: New information is availa... | Inbox | 7/31/2023 |

| | From | Subject | | Received |
|---|---|---|---|---|
| ☐ | **Mail**   Files   \| | | | |
| | 🔲 Has attachments   ☑ Unread   👤 To me   @ Mentions me   ⚑ Flagged   ❗ High importance | | | |

| | From | Subject | | Received |
|---|---|---|---|---|
| ⓦ | Whitepages | Reminder: New Address Update for Kevin Patrick Radigan · Report Monitor Update: New information... | Inbox | 7/30/2023 |
| ⓦ | Whitepages | New Update for Daniel David Delpiano's Relatives · Report Monitor Update: New information is av... | Inbox | 7/30/2023 |
| ⓦ | Whitepages | New Address Update for Valdomir Leite · Report Monitor Update: New information is available for ... | Inbox | 7/30/2023 |
| ⓦ | Whitepages | New License Update for Lisa Werkmeister Rozas · Report Monitor Update: New information is avail... | Inbox | 7/21/2023 |
| ⓦ | Whitepages | Reminder: New Phone Number Update for Valerie Elena Kilduff · Report Monitor Update: New... | Inbox | 7/29/2023 |
| ⓦ | Whitepages | New Address Update for Kevin Patrick Radigan · Report Monitor Update: New information is availa... | Inbox | 7/29/2023 |
| ⓦ | Whitepages | New Address Update for Carl L Reisner · Report Monitor Update: New information is available for C... | Inbox | 7/23/2023 |
| ⓦ | Whitepages | New Phone Number Update for Valerie Elena Kilduff · Report Monitor Update: New information is ... | Inbox | 7/28/2023 |
| ⓦ | Whitepages | Report Monitor is now active for Rafael Gonzalez and others you know · We'll alert you when info... | Inbox | 7/28/2023 |
| ⚫ | rosa klaneski | Re: Rafael Gonzalez · It's called Whitepages premium,I use it every day!! Rosa | Sent Items | 7/27/2023 |
| ⓦ | Gladys Vila | RE: Rafael Gonzalez · Got it, thank you!!! You are a fine private investigator! From: rosa klaneski <ros... | Inbox | 7/27/2023 |
| ⚫ | rosa klaneski | Rafael Gonzalez · His number is 413-949-0943. His birthday is 9/23/1962. Whitepages lists a ne... | Sent Items | 7/27/2023 |
| ⓦ | Whitepages | New Address Update for Rock G Tilfault · Report Monitor Update: New information is available for ... | Inbox | 7/25/2023 |
| ⓦ | Whitepages | 5 people you monitor had criminal record updates in the last 30 days · A total of 39 people you m... | Inbox | 7/25/2023 |
| ⓦ | Whitepages | Rosa, don't forget to stay up to date on Yifei Wang and more with Report Monitor · Never miss a ... | Inbox | 7/25/2023 |
| ⓦ | Whitepages | Save Yifei Wang to your Contacts · Utilize Save & Export to help you move fast and stay up to dete... | Inbox | 7/25/2023 |
| ⓦ | Whitepages | 2 people you monitor had criminal record updates in the last week · A total of 2 people you monit... | Inbox | 7/24/2023 |
| ⓦ | Whitepages | Report Monitor is now active for Yifei Wang · We'll alert you when information changes for the peo... | Inbox | 7/24/2023 |

Mail     Files     🖉 Has attachments     ✉ Unread     😊 To me     @ Mentions me     ⚑ Flagged     ❗ High importance

| From | | Subject | | Received |
|---|---|---|---|---|
| (W) | Whitepages | Reminder: Get the full report on Jennifer Boucher   Take the next step and get the complete details... | Inbox | 7/22/2023 |
| (W) | Whitepages | Reminder: We found 1 bankruptcy and foreclosure record for Jennifer A Boucher   Be sure to get t... | Inbox | 7/22/2023 |
| (W) | Whitepages | Get the full report on Jennifer Boucher   Take the next step and get the complete details on Jennife... | Inbox | 7/21/2023 |
| (W) | Whitepages | We found 3 criminal and traffic records for Colette M Nakhoul   Take the next step and get the full st... | Inbox | 7/21/2023 |
| (W) | Whitepages | Reminder: New Criminal Record Update for Brian Busque   Report Monitor Update: New informati... | Inbox | 7/21/2023 |
| (W) | Whitepages | New Criminal Record Update for Brian Busque   Report Monitor Update: New information is availa... | Inbox | 7/20/2023 |
| (W) | Whitepages | Reminder: New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New inform... | Inbox | 7/18/2023 |
| (W) | Whitepages | Save Kelly James Tierney to your Contacts   Utilize Save & Export to help you move, fast and stay u... | Inbox | 7/18/2023 |
| (W) | Whitepages | New Criminal Record Update for Daniel Delpiano   Report Monitor Update: New information is avail... | Inbox | 7/17/2023 |
| (W) | Whitepages | 1 person you monitor had a criminal record update in the last week.   A total of 2 people you monit... | Inbox | 7/17/2023 |
| (BK) | Beinecki, Kaitlyn | 🗓 ❗ | Canceled: July 21st, 2023 - HHBCV236078378S KLANESKI, ROSA LEE V. WHITEPAGE...   Remove... | Inbox | 7/17/2023 |
| (W) | Whitepages | Reminder: New Criminal Record Update for Daniel David Delpiano   Report Monitor Update: New i... | Inbox | 7/15/2023 |
| (W) | Whitepages | New Criminal Record Update for Daniel David Delpiano   Report Monitor Update: New information... | Inbox | 7/15/2023 |
| (W) | Whitepages | Reminder: New Address Update for Elizabeth Juliet Traynor   Report Monitor Update: New informa... | Inbox | 7/12/2023 |
| (W) | Whitepages | Rosa, don't forget to stay up to date on Samuel J Reisner and more with Report Monitor   Never f... | Inbox | 7/11/2023 |
| (W) | Whitepages | Save Samuel J Reisner to your Contacts   Utilize Save & Export to help you move, fast and stay t... | Inbox | 7/11/2023 |
| (W) | Whitepages | New Address Update for Elizabeth Juliet Traynor   Report Monitor Update: New information is avail... | Inbox | 7/11/2023 |
| (W) | Whitepages | 2 people you monitor had criminal record updates in the last week   A total of 16 people you moni... | Inbox | 7/10/2023 |

☐ Mail    Files    |    🖉 Has attachments    ✉ Unread    👤 To me    @ Mentions me    🏳 Flagged    ❗ High importance

| | From | Subject | | Received |
|---|---|---|---|---|
| 🌐 | Whitepages | Rosa, stay up to date on Samuel J Reisner and more with Report Monitor  We'll notify you when t... | Inbox | 7/10/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Zachary Manchester  Don't miss the recent Report Monitor ch... | Inbox | 7/9/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Brenton R Graveley  Report Monitor Update: New information... | Inbox | 7/8/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Yifei Wang  Report Monitor Update: New information is availa... | Inbox | 7/8/2023 |
| 🌐 | Whitepages | Reminder: We found 2 property records for Samuel J Reisner  Be sure to get the full story on the ... | Inbox | 7/8/2023 |
| 🌐 | Whitepages | Reminder: New Criminal Record Update for Jacqueline Nieves  Report Monitor Update: New Infor... | Inbox | 7/8/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Marie E Gluszak  Report Monitor Update: New information is... | Inbox | 7/8/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Marie A Morin  Report Monitor Update: New information is av... | Inbox | 7/8/2023 |
| 🌐 | Whitepages | New Address Update for Brenton R Graveley  Report Monitor Update: New information is availabl... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Frank Stellabotte  Report Monitor Update: New information is... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | New Address Update for Yifei Wang  Report Monitor Update: New information is available for Yifei... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | You searched for Samuel J Reisner. Did you find the right info?  Please rate your experience so we... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | We found 2 property records for Samuel J Reisner  Take the next step and get the full story on the ... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | Reminder: Get the full report on Samuel Reisner  Take the next step and get the complete details ... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | New Criminal Record Update for Jacqueline Nieves  Report Monitor Update: New information is a... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Samuel J Reisner  Don't miss the recent Report Monitor chang... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | New Address Update for Zachary Manchester  Report Monitor Update: New information is availabl... | Inbox | 7/7/2023 |
| 🌐 | Whitepages | New Address Update for Marie A Gluszak  Report Monitor Update: New information is available fo... | Inbox | 7/7/2023 |

☐ Mail | Files | 📎 Has attachments | ✉ Unread | 👤 To me | @ Mentions me | 🏳 Flagged | ⚑ High importance

| From | Subject | | Received |
|------|---------|---|----------|
| Ⓦ Whitepages | New Address Update for Marle E Morin  Report Monitor Update: New information is available for ... | Inbox | 7/7/2023 |
| Ⓦ Whitepages | New Address Update for Frank Stellabotte  Report Monitor Update: New information is available f... | Inbox | 7/6/2023 |
| Ⓦ Whitepages | Get the full report on Samuel Reisner  Take the next step and get the complete details on Samuel... | Inbox | 7/6/2023 |
| Ⓦ Whitepages | Rosa, you viewed 7 people in the last 30 days  Here's a recap of your activity on Whitepages. Your ... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Address Update for Matthew John Bratcer  Report Monitor Update: New informa... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Criminal Record Update for Randall J Morais  Report Monitor Update: New inform... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Address Update for Lourdes Marty  Report Monitor Update: New information is av... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | New Address Update for Matthew John Bratcer  Report Monitor Update: New information is avail... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | New Address Update for Samuel J Reisner  Report Monitor Update: New information is available for... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Update for Dennis Ward Burke's Relatives  Report Monitor Update: New informati... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Address Update for Christine A Dobrzycki  Report Monitor Update: New informati... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Address Update for Maryellen Ellen Manship  Report Monitor Update: New infor... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Address Update for Marcy R Wyrebek  Report Monitor Update: New information i... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | Reminder: New Address Update for Seth Biaga Wyrebek  Report Monitor Update: New informatio... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | New Update for Yvonne Chen's Relatives  Report Monitor Update: New information is a... | Inbox | 7/5/2023 |
| Ⓦ Whitepages | New Address Update for Lourdes Marty  Report Monitor Update: New information is available for... | Inbox | 7/4/2023 |
| Ⓦ Whitepages | New Criminal Record Update for Randall J Morais  Report Monitor Update: New information is awa... | Inbox | 7/4/2023 |

Mail | Files |    ⌀ Has attachments | ✉ Unread | ⌂ To me | @ Mentions me | ⚑ Flagged | ⚲ High importance

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | New Update for Yvonne Chen's Relatives  Report Monitor Update: New Information is a... | Inbox | 7/4/2023 |
| Whitepages | New Address Update for Christine A Dobrzycki  Report Monitor Update: New information is availa... | Inbox | 7/4/2023 |
| Whitepages | New Address Update for Maryellen Ellen Manship  Report Monitor Update: New Information is av... | Inbox | 7/4/2023 |
| Whitepages | New Address Update for Marcy R Wyrebek  Report Monitor Update: New Information is available f... | Inbox | 7/4/2023 |
| Whitepages | New Address Update for Seth Braga Wyrebek  Report Monitor Update: New Information is availabl... | Inbox | 7/4/2023 |
| Whitepages | Reminder: New Phone Number Update for Anthony Pineiro  Report Monitor Update: New inform... | Inbox | 7/4/2023 |
| Whitepages | New Update for Yvonne Chen's Relatives  Report Monitor Update: New Information is available for... | Inbox | 7/4/2023 |
| Whitepages | Reminder: New Address Update for Lisa Werkmeister Rozas  Don't miss the recent Report Monitor... | Inbox | 7/3/2023 |
| Whitepages | 13 people you monitor had address updates in the last week  A total of 13 people you monitor ha... | Inbox | 7/3/2023 |
| Whitepages | New Phone Number Update for Anthony Pineiro  Report Monitor Update: New Information is avai... | Inbox | 7/3/2023 |
| Whitepages | Reminder: New Update for Matthew Charpentier's Relatives  Report Monitor Update: New Inform... | Inbox | 7/2/2023 |
| Whitepages | Reminder: New Address Update for Daniel David Delpiano  Report Monitor Update: New Informat... | Inbox | 7/2/2023 |
| Whitepages | Reminder: New Update for Sarah Jefferson's Relatives  Report Monitor Update: New Information... | Inbox | 7/2/2023 |
| Whitepages | Reminder: New Address Update for Kevin Patrick Radigan  Report Monitor Update: New Informatio... | Inbox | 7/1/2023 |
| Whitepages | New Update for Matthew Charpentier's Relatives  Report Monitor Update: New Information is avail... | Inbox | 7/1/2023 |
| Whitepages | New Address Update for Daniel David Delpiano  Report Monitor Update: New Information is avai... | Inbox | 7/1/2023 |
| Whitepages | New Address Update for Lisa Werkmeister Rozas  Report Monitor Update: New Information is avai... | Inbox | 7/1/2023 |
| Whitepages | New Update for Sarah Jefferson's Relatives  Report Monitor Update: New Information is available f... | Inbox | 7/1/2023 |

| | Mail | Files | | Has attachments | Unread | To me | @ Mentions me | Flagged | High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | Reminder: New Address Update for Samantha H Laurer   Report Monitor Update: New information... | Inbox | 6/29/2023 |
| Whitepages | Reminder: New Address Update for Sandra L Knox   Report Monitor Update: New information is ar... | Inbox | 6/29/2023 |
| Whitepages | Reminder: New Address Update for April Knightly   Report Monitor Update: New information is av... | Inbox | 6/29/2023 |
| Whitepages | Reminder: New Address Update for Kesone J Phothiraj   Report Monitor Update: New information ... | Inbox | 6/29/2023 |
| Whitepages | New Address Update for Kelly James Tierney   Report Monitor Update: New information is available... | Inbox | 6/29/2023 |
| Whitepages | New Address Update for Jesse A Pierce   Report Monitor Update: New information is available for J... | Inbox | 6/29/2023 |
| Whitepages | New Address Update for Dean J Berke   Report Monitor Update: New information is available for D... | Inbox | 6/29/2023 |
| Whitepages | New Address Update for James Matthew Conley   Report Monitor Update: New information is avail... | Inbox | 6/29/2023 |
| Whitepages | Reminder: New Address Update for Francheska Colon   Report Monitor Update: New information i... | Inbox | 6/29/2023 |
| Whitepages | Reminder: New Address Update for Jonathan William Lawlor   Report Monitor Update: New infor... | Inbox | 6/29/2023 |
| Whitepages | Reminder: New Address Update for Jean M Lane   Report Monitor Update: New information is avail... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for Samantha H Laurer   Report Monitor Update: New information is availabl... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for April Knightly   Report Monitor Update: New information is available for A... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for Sandra L Knox   Report Monitor Update: New information is available for... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for Kesone J Phothiraj   Report Monitor Update: New information is available ... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for Francheska Colon   Report Monitor Update: New information is available f... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for Jonathan William Lawlor   Report Monitor Update: New information is av... | Inbox | 6/28/2023 |
| Whitepages | New Address Update for Jean M Lane   Report Monitor Update: New information is available for Je... | Inbox | 6/27/2023 |

☐ Mail   Files   |   ⬓ Has attachments   ☐ Unread   ⬡ To me   @ Mentions me   ⚑ Flagged   ⚡ High importance

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | Save Colette M. Nakhoul to your Contacts   Utilize Save & Export to help you move fast and stay up... | Inbox | 6/27/2023 |
| Whitepages | 2 people you monitor had property record updates in the last week   A total of 2 people you moni... | Inbox | 6/26/2023 |
| Whitepages | Reminder: New Property Record Update for Anna M Reisner   Report Monitor Update: New inform... | Inbox | 6/24/2023 |
| Whitepages | New Property Record Update for Anna M Reisner   Report Monitor Update: New information is ava... | Inbox | 6/23/2023 |
| Whitepages | Reminder: Get the full report on Colette Nakhoul   Take the next step and get the complete details... | Inbox | 6/22/2023 |
| Whitepages | Report Monitor is now active for Colette M Nakhoul and others you know   We'll alert you when i... | Inbox | 6/22/2023 |
| Whitepages | Reminder: 1 person you monitor had a criminal record update this year   A total of 92 people you... | Inbox | 6/21/2023 |
| Whitepages | Reminder: New Property Record Update for Matthew John Bratcher   Report Monitor Update: Ne... | Inbox | 6/21/2023 |
| rosa klaneci | Fw: Get the full report on Colette Nakhoul   The continuing spam onslaught from Whitepages d... | Sent Items | 6/21/2023 |
| Whitepages | Get the full report on Colette Nakhoul   Take the next step and get the complete details on Colette... | Inbox | 6/21/2023 |
| Whitepages | Rosa, stay up to date on Daniel David Plen and more with Report Monitor   We'll notify you when... | Inbox | 6/21/2023 |
| Whitepages | New Property Record Update for Matthew John Bratcher   Report Monitor Update: New informatio... | Inbox | 6/21/2023 |
| Whitepages | Report Monitor is now active for Daniel David Delpiano and others you know   We'll alert you whe... | Inbox | 6/20/2023 |
| Whitepages | 1 person you monitor had a criminal record update this year   A total of 92 people you monitor ha... | Inbox | 6/20/2023 |
| Whitepages | Save Daniel David Plen to your Contacts   Utilize Save & Export to help you move fast and stay up t... | Inbox | 6/20/2023 |
| Whitepages | Reminder: Get the full report on Dorothy Moreland   Take the next step and get the complete deta... | Inbox | 6/20/2023 |
| Whitepages | Get the full report on Dorothy Moreland   Take the next step and get the complete details on Doro... | Inbox | 6/19/2023 |
| Whitepages | We found 6 property records for Yilei Wang   Take the next step and get the full story on the peopl... | | 6/18/2023 |

Mail    Files    |    🖉 Has attachments    ☑ Unread    👤 To me    @ Mentions me    ⚑ Flagged    ⬆ High importance

| From | Subject | | Received |
|------|---------|--|----------|
| Whitepages | Reminder: New Property Record Update for Rober Fulginiti   Report Monitor Update: New informa... | Inbox | 6/14/2023 |
| Whitepages | New Property Record Update for Rober Fulginiti   Report Monitor Update: New information is avail... | Inbox | 6/13/2023 |
| Whitepages | Save Adam Matthew Pio to your Contacts   Utilize Save & Export to help you move fast and stay up... | Inbox | 6/13/2023 |
| Whitepages | 1 person you monitor had a criminal record update in the last week   A total of 2 people you monit... | Inbox | 6/12/2023 |
| Whitepages | Reminder: New Property Record Update for Zachary Manchester   Don't miss the recent Report M... | Inbox | 6/11/2023 |
| Whitepages | Reminder: New Property Record Update for Frank Stellabotte   Report Monitor Update: New infor... | Inbox | 6/9/2023 |
| Whitepages | New Property Record Update for Zachary Manchester   Report Monitor Update: New information i... | Inbox | 6/9/2023 |
| Whitepages | New Property Record Update for Frank Stellabotte   Report Monitor Update: New information is av... | Inbox | 6/8/2023 |
| Whitepages | Reminder: New Criminal Record Update for Randall J Morais   Report Monitor Update: New inform... | Inbox | 6/7/2023 |
| Whitepages | Rosa, you viewed 2 people in the last 30 days   Here's a recap of your activity on Whitepages. Your ... | Inbox | 6/6/2023 |
| Whitepages | Save Yifei Wang to your Contacts   Utilize Save & Export to help you move fast and stay up to date ... | Inbox | 6/6/2023 |
| Whitepages | New Criminal Record Update for Randall J Morais   Report Monitor Update: New information is avail... | Inbox | 6/6/2023 |
| Whitepages | 6 people you monitor had address updates in the last week   A total of 7 people you monitor had ... | Inbox | 6/5/2023 |
| Whitepages | Rosa, don't forget to stay up to date on Kesone J Phothiral and more with Report Monitor   Neve... | Inbox | 6/3/2023 |
| Whitepages | Rosa, stay up to date on Kesone J Phothiral and more with Report Monitor   We'll notify you when... | Inbox | 6/4/2023 |
| Whitepages | Reminder: We found 1 criminal and traffic record for Kesone J Phothiral   Be sure to get the full story... | Inbox | 6/2/2023 |

| | Mail | Files | | 🖉 Has attachments | ✉ Unread | ⚲ To me | @ Mentions me | 🏳 Flagged | ⚡ High importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | You searched for Kesone J Phothiraj. Did you find the right info?  Please rate your experience so w... | Inbox | 6/1/2023 |
| Whitepages | We found 1 criminal and traffic record for Kesone J Phothiraj  Take the next step and get the full sta... | Inbox | 5/31/2023 |
| Whitepages | Report Monitor is now active for Kesone J Phothiraj  We'll alert you when information changes for... | Inbox | 6/1/2023 |
| Whitepages | Reminder: New Address Update for Rock G Tiffault  Report Monitor Update: New information is a... | Inbox | 5/31/2023 |
| Whitepages | Reminder - 16 people you monitor had address updates in the last 30 days  35 people you monit... | Inbox | 5/31/2023 |
| Whitepages | Reminder: New Phone Number Update for Daniel Cassella  Report Monitor Update: New informat... | Inbox | 5/31/2023 |
| Whitepages | Reminder: New Update for Joseph J Morals's Relatives  Report Monitor Update: New information i... | Inbox | 5/31/2023 |
| Whitepages | Reminder: New Address Update for Elizabeth Juliet Traynor  Report Monitor Update: New informa... | Inbox | 5/31/2023 |
| Whitepages | Reminder: New Phone Number Update for Carmela Stellabotte  Report Monitor Update: New Info... | Inbox | 5/31/2023 |
| Whitepages | Reminder: New Phone Number Update for Albert Pienkowski  Report Monitor Update: New Infor... | Inbox | 5/31/2023 |
| Whitepages | Reminder: New Address Update for Adam Matthew Pio  Report Monitor Update: New information... | Inbox | 5/30/2023 |
| Whitepages | New Address Update for Rock G Tiffault  Report Monitor Update: New information is available for... | Inbox | 5/30/2023 |
| Whitepages | New Phone Number Update for Daniel Cassella  Report Monitor Update: New information is avail... | Inbox | 5/30/2023 |
| Whitepages | New Phone Number Update for Jean H Lawton  Report Monitor Update: New information is availa... | Inbox | 5/30/2023 |
| Whitepages | New Update for Joseph J Morals's Relatives  Report Monitor Update: New information is available | Inbox | 5/30/2023 |
| Whitepages | New Address Update for Elizabeth Juliet Traynor  Report Monitor Update: New information is avai... | Inbox | 5/30/2023 |
| Whitepages | New Phone Number Update for Carmela Stellabotte  Report Monitor Update: New information is... | Inbox | 5/30/2023 |
| Whitepages | New Phone Number Update for Albert Pienkowski  Report Monitor Update: New information is av... | Inbox | 5/30/2023 |

| | Mail | Files | | Has attachments | Unread | To me | Mentions me | Flagged | High importance |

| From | Subject | | Received |
|------|---------|--|----------|
| Whitepages | New Address Update for Adam Matthew Pio   Report Monitor Update: New information is availabl... | Inbox | 5/29/2023 |
| Whitepages | 10 people you monitor had address updates in the last week   A total of 34 people you monitor ha... | Inbox | 5/28/2023 |
| Whitepages | Reminder: New Address Update for Diego Tavares   Report Monitor Update: New information is av... | Inbox | 5/28/2023 |
| Whitepages | Reminder: New Update for William G Vonachen's Relatives   Report Monitor Update: New Informat... | Inbox | 5/28/2023 |
| Whitepages | Reminder: New Phone Number Update for Lucia B Bianchi   Report Monitor Update: New informat... | Inbox | 5/28/2023 |
| Whitepages | Reminder: New Address Update for Zachary Manchester   Don't miss the recent Report Monitor ch... | Inbox | 5/28/2023 |
| Whitepages | Reminder: New Phone Number Update for Mary K Parylovich   Don't miss the recent Report Mon... | Inbox | 5/28/2023 |
| Whitepages | Reminder: New Phone Number Update for Michael J Weaver   Report Monitor Update: New Infor... | Inbox | 5/28/2023 |
| Whitepages | New Address Update for Diego Tavares   Report Monitor Update: New information is available for... | Inbox | 5/27/2023 |
| Whitepages | Reminder: New Address Update for Brenton R Graveley   Report Monitor Update: New Informatio... | Inbox | 5/27/2023 |
| Whitepages | Reminder: New Phone Number Update for Lisa Parylovich   Report Monitor Update: New informati... | Inbox | 5/27/2023 |
| Whitepages | New Update for William G Vonachen's Relatives   Report Monitor Update: New information is avail... | Inbox | 5/27/2023 |
| Whitepages | New Phone Number Update for Lucia B Bianchi   Report Monitor Update: New information is avail... | Inbox | 5/27/2023 |
| Whitepages | Reminder: New Address Update for Marie E Marin   Report Monitor Update: New Information is av... | Inbox | 5/27/2023 |
| Whitepages | Reminder: New Address Update for Marie A Giuszak   Report Monitor Update: New information is ... | Inbox | 5/27/2023 |
| Whitepages | New Phone Number Update for Michael J Weaver   Report Monitor Update: New information is av... | Inbox | 5/27/2023 |
| Whitepages | Reminder: New Update for Frank Stellabotte's Relatives   Report Monitor Update: New information... | Inbox | 5/26/2023 |
| Whitepages | Reminder: New Address Update for Jennifer L Bartoski   Report Monitor Update: New information ... | Inbox | 5/26/2023 |

☐ Mail  Files  |  ⊘ Has attachments  |  ☑ Unread  |  ⚇ To me  |  @ Mentions me  |  ⚑ Flagged  |  ⚐ High importance

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | New Phone Number Update for Lisa Parylovich  Report Monitor Update: New information is availa... | Inbox | 5/26/2023 |
| Whitepages | Reminder: New Address Update for Anna M Reisner  Report Monitor Update: New information is... | Inbox | 5/26/2023 |
| Whitepages | New Phone Number Update for Samuel J Reisner  Don't miss the recent Report Monito... | Inbox | 5/26/2023 |
| Whitepages | Reminder: New Update for Laura Hetherington's Relatives  Report Monitor Update: New Informati... | Inbox | 5/26/2023 |
| Whitepages | New Address Update for Marie E Morin  Report Monitor Update: New information is available for... | Inbox | 5/26/2023 |
| Whitepages | New Address Update for Marie A Giuszak  Report Monitor Update: New information is available fo... | Inbox | 5/26/2023 |
| Whitepages | New Address Update for Zachary Manchester  Report Monitor Update: New information is availabl... | Inbox | 5/26/2023 |
| Whitepages | New Phone Number Update for Mary K Parylovich  Report Monitor Update: New information is... | Inbox | 5/26/2023 |
| Whitepages | Reminder: New Address Update for Gavin J Peakin  Report Monitor Update: New information is av... | Inbox | 5/25/2023 |
| Whitepages | New Address Update for Jennifer L Barkoski  Report Monitor Update: New information is availabl... | Inbox | 5/25/2023 |
| Whitepages | New Update for Frank Steljabotte's Relatives  Report Monitor Update: New information is availabl... | Inbox | 5/25/2023 |
| Whitepages | New Address Update for Anna M Reisner  Report Monitor Update: New information is available for... | Inbox | 5/25/2023 |
| Whitepages | Reminder: New Address Update for Matthew John Bratcher  Report Monitor Update: New Informa... | Inbox | 5/25/2023 |
| Whitepages | Reminder: New Phone Number Update for Thomas P Hoar  Report Monitor Update: New informat... | Inbox | 5/25/2023 |
| Whitepages | New Update for Laura Hetherington's Relatives  Report Monitor Update: New information is availa... | Inbox | 5/25/2023 |
| Whitepages | New Address Update for Gavin J Peakin  Report Monitor Update: New information is available for ... | Inbox | 5/24/2023 |
| Whitepages | Reminder: 16 people you monitor had address updates in the last 30 days  A total of 35 people yo... | Inbox | 5/24/2023 |
| Whitepages | Reminder: New Address Update for Lourdes Marty  Report Monitor Update: New information is av... | Inbox | 5/24/2023 |

☐ Mail  Files  |  ⬓ Has attachments  |  ✉ Unread  |  ⚇ To me  |  @ Mentions me  |  ⚑ Flagged  |  ! High importance

| From | | Subject | | Received |
|---|---|---|---|---|
| ⬡ | Whitepages | New Address Update for Matthew John Bretcher   Report Monitor Update: New information is avail... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | New Phone Number Update for Samuel J Reisner   Report Monitor Update: New information is ava... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Update for Randall J Morals's Relatives   Report Monitor Update: New information ... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | New Phone Number Update for Thomas P Hoar   Report Monitor Update: New information is ava... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | New Address Update for Maya Jerome Bingo   Report Monitor Update: New informatio... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Address Update for Christine A Dobrzycki   Report Monitor Update: New informati... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Irene S Hunt   Report Monitor Update: New informatio... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Update for Seth Braga Wyrebek's Relatives   Report Monitor Update: New informat... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Address Update for Gina Maria Balvault   Report Monitor Update: New information... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Marcy R Wyrebek   Report Monitor Update: New infor... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Philip William Zembruski   Report Monitor Update: Ne... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Update for Yvonne Chen's Relatives   Report Monitor Update: New information is a... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Address Update for Jon Thomas Hastings   Report Monitor Update: New informati... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Update for Joseph N Goria's Relatives   Report Monitor Update: New information i... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Maryellen Ellen Manship   Report Monitor Update: Ne... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Nicole Marie Maisto   Report Monitor Update: New inf... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Dennis Ward Burke   Report Monitor Update: New infor... | Inbox | 5/24/2023 |
| ⬡ | Whitepages | Reminder: New Phone Number Update for Helen C Anastasio   Report Monitor Update: New infor... | Inbox | 5/24/2023 |

| | Mail  Files | | | | | | |
|---|---|---|---|---|---|---|---|
| | ☐ Mail  Files | | | ⬚ Has attachments | ⬚ Unread | ⬚ To me | @ Mentions me | ⚑ Flagged | ⚡ High importance |

| | From | Subject | | Received |
|---|---|---|---|---|
| 🌐 | Whitepages | Reminder: New Update for Ginny Danielle Hikel's Relatives | Report Monitor Update: New informat... | Inbox | 5/24/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Anthony J Scarfone | Report Monitor Update: New information... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Address Update for Lourdes Marty | Report Monitor Update: New information is available for... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Update for Randall J Morais's Relatives | Report Monitor Update: New information is available... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | Reminder: New Update for Jon M Lucia's Relatives | Report Monitor Update: New information is av... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Address Update for Maya Jerome Bringe | Report Monitor Update: New information is availab... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Phone Number Update for Irene S Hunt | Report Monitor Update: New information is avail... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Address Update for Christine A Dobrzycki | Report Monitor Update: New information is avail... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Address Update for Gina Maria Bakault | Report Monitor Update: New information is availabl... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Phone Number Update for Marcy R Wyrebek | Report Monitor Update: New information is av... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Phone Number Update for Philip William Zembruski | Report Monitor Update: New informati... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Update for Yvonne Chen's Relatives | Report Monitor Update: New information is available for... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Update for Seth Braga Wyrebek's Relatives | Report Monitor Update: New information is avail... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Update for Joseph N Gorra's Relatives | Report Monitor Update: New information is available f... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Phone Number Update for Maryellen Ellen Manship | Report Monitor Update: New informati... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Phone Number Update for Nicole Marie Maisto | Report Monitor Update: New information is... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Phone Number Update for Helen C Anastasio | Report Monitor Update: New information is av... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Address Update for Jon Thomas Hastings | Report Monitor Update: New information is availa... | Inbox | 5/23/2023 |

| | | | | |
|---|---|---|---|---|
| ☐ Mail | Files | ⌀ Has attachments | ✉ Unread | ⊗ To me | @ Mentions me | ⚑ Flagged | ❗ High importance |

| From | | Subject | | Received |
|---|---|---|---|---|
| 🌐 | Whitepages | New Phone Number Update for Dennis Ward Burke   Report Monitor Update: New information is a... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Update for Ginny Danielle Hilel's Relatives   Report Monitor Update: New information is avail... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | New Address Update for Anthony J Scarfone   Report Monitor Update: New information is availabl... | Inbox | 5/23/2023 |
| 🌐 | Whitepages | 16 people you monitor had address updates in the last 30 days   A total of 35 people you monitor... | Inbox | 5/22/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Lisa Werkmeister Rozas   Don't miss the recent Report Monitor... | Inbox | 5/22/2023 |
| 🌐 | Whitepages | New Update for Jen M Lucia's Relatives   Report Monitor Update: New information is available for J... | Inbox | 5/22/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Christina Palmieri   Report Monitor Update: New information i... | Inbox | 5/22/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Carl L Reitner   Don't miss the recent Report Monitor changes ... | Inbox | 5/21/2023 |
| 🌐 | Whitepages | New Phone Number Update for Anthony Pineiro   Report Monitor Update: New information is avai... | Inbox | 5/21/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Matthew Charpentier's Relatives   Report Monitor Update: New inform... | Inbox | 5/21/2023 |
| 🌐 | Whitepages | Reminder: New Phone Number Update for Sarah Jefferson   Report Monitor Update: New informat... | Inbox | 5/21/2023 |
| 🌐 | Whitepages | New Address Update for Christina Palmieri   Report Monitor Update: New information is available f... | Inbox | 5/21/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Valdemir Leite   Report Monitor Update: New information is av... | Inbox | 5/21/2023 |
| 🌐 | Whitepages | New Update for Matthew Charpentier's Relatives   Report Monitor Update: New information is avai... | Inbox | 5/20/2023 |
| 🌐 | Whitepages | Reminder: New Address Update for Mike Thomas Maguire   Report Monitor Update: New informati... | Inbox | 5/20/2023 |
| 🌐 | Whitepages | New Address Update for Lisa Werkmeister Rozas   Report Monitor Update: New information is avai... | Inbox | 5/20/2023 |
| 🌐 | Whitepages | New Phone Number Update for Sarah Jefferson   Report Monitor Update: New information is avail... | Inbox | 5/20/2023 |
| 🌐 | Whitepages | Reminder: New Phone Number Update for Joshua J Figueroa   Report Monitor Update: New infor... | Inbox | 5/20/2023 |

☐ Mail | Files | ⬚ Has attachments | ✉ Unread | 👤 To me | @ Mentions me | ⚑ Flagged | ⚡ High Importance

| From: | Subject | | Received |
|---|---|---|---|
| Whitepages | Reminder: New Phone Number Update for Devon Webb   Report Monitor Update: New informatio... | Inbox | 5/20/2023 |
| Whitepages | New Address Update for Valdemir Leite   Report Monitor Update: New information is available for... | Inbox | 5/20/2023 |
| Whitepages | Reminder: New Phone Number Update for Valerie Elena Kilduff   Report Monitor Update: New inbox... | Inbox | 5/19/2023 |
| Whitepages | New Address Update for Mike Thomas Maguire   Report Monitor Update: New information is avail... | Inbox | 5/19/2023 |
| Whitepages | Reminder: New Address Update for Kevin Daniel Leary   Don't miss the recent Report Monitor chang... | Inbox | 5/19/2023 |
| Whitepages | Reminder: New Phone Number Update for Curtis R Heterington   Report Monitor Update: New inf... | Inbox | 5/19/2023 |
| Whitepages | Reminder: New Address Update for Jesse A Pierce   Report Monitor Update: New information is av... | Inbox | 5/19/2023 |
| Whitepages | Reminder: New Phone Number Update for Kelly James Tierney   Report Monitor Update: New info... | Inbox | 5/19/2023 |
| Whitepages | Reminder: New Phone Number Update for Dean J Berke   Report Monitor Update: New informatio... | Inbox | 5/19/2023 |
| Whitepages | New Phone Number Update for Joshua J Figueroa   Report Monitor Update: New information is av... | Inbox | 5/19/2023 |
| Whitepages | New Phone Number Update for Devon Webb   Report Monitor Update: New information is availab... | Inbox | 5/19/2023 |
| Whitepages | Reminder: New Address Update for James Matthew Conley   Report Monitor Update: New informa... | Inbox | 5/18/2023 |
| Whitepages | Reminder: New Phone Number Update for Adrienne L Palumbo   Don't miss the recent Report Mo... | Inbox | 5/18/2023 |
| Whitepages | New Phone Number Update for Valerie Elena Kilduff   Report Monitor Update: New information is... | Inbox | 5/18/2023 |
| Whitepages | Reminder: New Phone Number Update for Dawn R Krukowski   Report Monitor Update: New infor... | Inbox | 5/18/2023 |
| Whitepages | Reminder: New Phone Number Update for Michelle D Keegan   Report Monitor Update: New infor... | Inbox | 5/18/2023 |
| Whitepages | Reminder: New Address Update for Sandra L Knox   Report Monitor Update: New information is a... | Inbox | 5/18/2023 |
| Whitepages | Reminder: New Phone Number Update for April Keinblu   Report Monitor Update: New informati... | Inbox | 5/18/2023 |

| | Mail | Files | | 📎 Has attachments | | ✉ Unread | | 📬 To me | | @ Mentions me | | ⚑ Flagged | | ! High importance |

| | From | Subject | | Received |
|---|---|---|---|---|
| 🌐 | Whitepages | Reminder: New Phone Number Update for Jonathan William Lawler   Report Monitor Update: Ne... | Inbox | 5/18/2023 |
| 🌐 | Whitepages | New Address Update for James Matthew Conley   Report Monitor Update: New Information is avail... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Phone Number Update for Dawn B Krukowski   Report Monitor Update: New information is 4... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | Reminder: New Phone Number Update for Luis Manuel Gabriel   Report Monitor Update: New info... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | Reminder: New Phone Number Update for Jean M Lane   Report Monitor Update: New information... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Phone Number Update for Michelle D Keegan   Report Monitor Update: New information is a... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Phone Number Update for April Knightly   Report Monitor Update: New information is availa... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Address Update for Sandra L Knox   Report Monitor Update: New information is available for... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Address Update for Mariluz Rodriguez   Report Monitor Update: New information is available | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Address Update for Kevin Daniel Leary   Report Monitor Update: New information is available ... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Address Update for Cina L Wong   Report Monitor Update: New information is available for Ci... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Update for Linda Lynn Mocadlos Relatives   Report Monitor Update: New information is avail... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Address Update for Francheska Colon   Report Monitor Update: New information is available f... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Phone Number Update for Jonathan William Lawler   Report Monitor Update: New informati... | Inbox | 5/17/2023 |
| 🌐 | Whitepages | New Phone Number Update for Adrienne L Palumbo   Report Monitor Update: New information is ... | Inbox | 5/16/2023 |
| 🌐 | Whitepages | New Phone Number Update for Jean M Lane   Report Monitor Update: New information is availabl... | Inbox | 5/16/2023 |
| 🌐 | Whitepages | New Phone Number Update for Luis Manuel Gabriel   Report Monitor Update: New information is ... | Inbox | 5/16/2023 |

| | Mail | Files | | Has attachments | | Unread | | To me | | Mentions me | | Flagged | | High importance |

| From | Subject | | Received |
|---|---|---|---|
| Whitepages | Reminder: New Property Record Update for Anna M Kesner   Report Monitor Update: New informa... | Inbox | 5/12/2023 |
| Whitepages | New Property Record Update for Anna M Kesner   Report Monitor Update: New information is ava... | Inbox | 5/11/2023 |
| Whitepages | Rosa, stay up to date on William G Vonachen and more with Report Monitor   We'll notify you wh... | Inbox | 5/4/2023 |
| Whitepages | Rosa, stay up to date on William G Vonachen and more with Report Monitor   We'll notify you wh... | Inbox | 5/3/2023 |
| Whitepages | Save William G Vonachen to your Contacts   Utilize Save & Export to help you move fast and stay u... | Inbox | 5/2/2023 |
| Whitepages | 6 people you monitor had phone number updates in the last week   A total of 10 people you moni... | Inbox | 5/1/2023 |
| Whitepages | You searched for William G Vonachen. Did you find the right info?   Please rate your experience so... | Inbox | 4/30/2023 |
| Whitepages | Report Monitor is now active for William G Vonachen   We'll alert you when information changes f... | Inbox | 4/30/2023 |
| Whitepages | Reminder: New Phone Number Update for Christa M Martin   Report Monitor Update: New inform... | Inbox | 4/30/2023 |
| Whitepages | Reminder: New Update for Lucia B Bianchi's Relatives   Report Monitor Update: New information is... | Inbox | 4/29/2023 |
| Whitepages | Reminder: New Phone Number Update for Brenton R Graveley   Report Monitor Update: New info... | Inbox | 4/29/2023 |
| Whitepages | New Phone Number Update for Christa M Martin   Report Monitor Update: New information is ava... | Inbox | 4/29/2023 |
| Whitepages | New Update for Lucia B Bianchi's Relatives   Report Monitor Update: New information is available f... | Inbox | 4/28/2023 |
| Whitepages | New Phone Number Update for Brenton R Graveley   Report Monitor Update: New information is a... | Inbox | 4/28/2023 |
| Whitepages | Reminder: New Update for Frank Stellabotte's Relatives   Report Monitor Update: New information... | Inbox | 4/28/2023 |
| Whitepages | Reminder: 3 people you monitor had criminal record updates in the last 30 days   A total of 56 pe... | Inbox | 4/27/2023 |
| Whitepages | New Update for Frank Stellabotte's Relatives   Report Monitor Update: New information is available... | Inbox | 4/27/2023 |
| Whitepages | Reminder: New Phone Number Update for Matthew Joan Bratcher   Report Monitor Update: New ... | Inbox | 4/27/2023 |

| | Mail | Files | | Has attachments | Unread | To me | Mentions me | Flagged | High Importance |

| From | Subject | | Received |
|------|---------|---|----------|
| Whitepages | 3 people you monitor had criminal record updates in the last 30 days   A total of 56 people you m... | Inbox | 4/25/2023 |
| Whitepages | Reminder: New Update for Jon M Lucia's Relatives   Report Monitor Update: New information is av... | Inbox | 4/25/2023 |
| Whitepages | New Update for Christine A Dobrzycki's Relatives   Report Monitor Update: New information is avai... | Inbox | 4/25/2023 |
| Whitepages | New Phone Number Update for Jon Thomas Hastings   Report Monitor Update: New information i... | Inbox | 4/25/2023 |
| Whitepages | New Phone Number Update for Seth Braga Wyrebek   Report Monitor Update: New information is ... | Inbox | 4/23/2023 |
| Whitepages | New Phone Number Update for Yvonne Chen   Report Monitor Update: New information is availab... | Inbox | 4/24/2023 |
| Whitepages | 1 person you monitor had an address update in the last week   A total of 8 people you monitor ha... | Inbox | 4/24/2023 |
| Whitepages | New Update for Jon M Lucia's Relatives   Report Monitor Update: New information is available for J... | Inbox | 4/24/2023 |
| Whitepages | New Update for Lauren A Calatero's Relatives   Report Monitor Update: New information is availabl... | Inbox | 4/22/2023 |
| Whitepages | Reminder: New Address Update for Devon Webb   Report Monitor Update: New information is aval... | Inbox | 4/21/2022 |
| Whitepages | Reminder: New Phone Number Update for Nadya Alexandrova Direkova   Don't miss the recent R... | Inbox | 4/21/2023 |
| Whitepages | Reminder: New Phone Number Update for Valerie Elena Kilduff   Report Monitor Update: New info... | Inbox | 4/21/2023 |
| Whitepages | New Address Update for Devon Webb   Report Monitor Update: New information is available for D... | Inbox | 4/21/2023 |
| Whitepages | Reminder: New Update for Dean J Berlo's Relatives   Report Monitor Update: New information is a... | Inbox | 4/21/2023 |
| Whitepages | Reminder: New Update for James Matthew Conley's Relatives   Report Monitor Update: New infor... | Inbox | 4/20/2023 |
| Whitepages | Reminder: New Phone Number Update for Adrienne L Palumbo   Don't miss the recent Report Mo... | Inbox | 4/20/2023 |
| Whitepages | New Phone Number Update for Valerie Elena Kilduff   Report Monitor Update: New information is av... | Inbox | 4/20/2023 |
| Whitepages | Reminder: New Phone Number Update for Samantha H Lauver   Report Monitor Update: New infor... | Inbox | 4/20/2023 |

# EXHIBIT 11

# Lucia B Bianchi
(Lucia B Dianchi)

**BIRTHDATE** ████████ (92yrs)
**LOCATION** Woodbridge, CT

Criminal & Traffic Records ⓪   Public Records ⓪   Properties ①   Licenses ⓪   Ancestry

Background Checks | Tenant Screening

🔖  **rosa lee klaneski** ▼
PREMIUM MEMBER

🔔 1 CHANGE · Address
🔔 1 CHANGE · Properties

## 📶 Report Monitor Updates

🔔 1 CHANGE · Address
🔔 1 CHANGE · Properties

## 📞 Phone Numbers

**HOME (1)**
✓ PRIMARY HOME ⓘ
(203) ██████
VoIP

**CELL (1)   PREMIUM**
✓ PRIMARY CELL ⓘ
(860) ██████

(000) 909-2090

📍 **Addresses** · 1 CHANGE

PREMIUM

Lucia has **1 current address** and **1 other address**.

✓ CURRENT

44 Manila Ave
Woodbridge, CT 06525

Map ⌄

NEW

7 Winthrop Dr
Farmington, CT 06032

Map ⌄

👥 **Relatives & Associates**

PREMIUM

Lucia has **1 relative**.

LUCIA'S RELATIVE (1)

Mark F Bianchi
Age 50s
Bristol, CT

⌄

📒 **Background Report**

🚓 **CRIMINAL & TRAFFIC RECORDS**

**Criminal &amp; Traffic Records** in Whitepages background reports may include:

✓ Arrests
✓ Warrants
✓ Traffic violations, DWIs

Unlock Criminal Records

---

🏠 **PROPERTIES** [1] · 1 CHANGE

Lucia has **1 Property Records** which may include:

- ✔ Properties owned
- ✔ Mortgage info
- ✔ Evictions

Unlock Property Records

---

🏛 **PUBLIC RECORDS**

**Public Records** in Whitepages background reports may include:

- ✔ Bankruptcies
- ✔ Foreclosures

Unlock Public Records

---

📇 **LICENSES & PERMITS**

**Licenses & Permits** in Whitepages background reports may include:

- ✔ Professional licenses
- ✔ Weapon & hunting permits

Unlock Licenses & Permits

**Birth, Death, and Divorce Records for Lucia B Bianchi**

Sponsored by Ancestry.com

**Lucia B Bianchi**
Woodbridge, CT
**View Birth Records**

**Lucia B Bianchi**
Woodbridge, CT
**View Death Records**

**Lucia B Bianchi**
Woodbridge, CT
**View Divorce Records**

People Search  >  Lucia Bianchi  >  CT  >  Woodbridge

## Company

Home
About Us
Careers
Blog

## Find

People Search
Phone Search
Address Search
Business Search
Background Checks

## Your Whitepages

Help
Privacy Policy
Terms of Use

Terms of Use

## More

Whitepages TenantCheck

White Pages

411.com

 

© Whitepages Inc.    |    Sitemap

# EXHIBIT 12



# EXHIBIT 13



EXHIBIT 14

# APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOREIGN CORPORATION
FORM 81-22 REV. 6/91

FILING #0001515827 PG  01 OF  04 VOL B-00006
FILED 02/24/1995 08:30 AM PAGE  01103
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

Secretary of th
30 Trinity St....
Hartford, Connecticut 06106

NOTE: ENTIRE FORM MUST BE TYPED OR PRINTED CLEARLY
All Blanks Must Be Completed or Indicate None

The Corporation named below hereby applies for a Certificate of Authority to do business or conduct affairs in Connecticut:

1. Name of Corporation: _Smith Whiley Securities, Inc._

2. State of Incorporation: _Delaware_     3. Date of Incorporation: _November 23, 1994_

4. Duration: (Check One)  ☑ Perpetual        ☐ Other (Specify) —

5. Date Business Commenced in Connecticut  _N/A; Company_

6. Address of Principal Office in State of Incorporation: _1209 Orange Street, Wilmington, New Castle, Delaware 19801_

7. Address of Executive Offices: _242 Trumbull Street, Hartford, CT 06103-1212_

8. Address of Principal Office in Connecticut or Proposed Principal office in Connecticut _See #7 above_

## OFFICERS
(Information must contain street, town and state. P.O. Box not acceptable)

| NAME | TITLE | RESIDENCE ADDRESS |
|---|---|---|
| Gwendolyn Smith Iloani | Chairperson, President and Chief Executive Officer | 25 Maple Edge Drive Bloomfield, CT 06002 |
| Colette M. Nakhoul | Vice President and Secretary Treasurer | 8 Farmington Meadow Dr. Farmington, CT 06032 |

## DIRECTORS
(Information must contain street, town and state. P.O. Box not acceptable)

| NAME | TITLE | RESIDENCE ADDRESS |
|---|---|---|
| Gwendolyn Smith Iloani | Chairperson, President and Chief Executive Officer | 25 Maple Edge Drive Bloomfield, CT 06002 |
| Colette M. Nakhoul | Director, Vice President and Secretary Treasurer | 8 Farmington Meadow Dr. Farmington, CT 06032 |

OVER

FILING #0001515827 PG  02 OF  04 VOL B-00006
FILED 02/24/1995 08:30 AM PAGE  01104
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

PRIOR TO ENGAGING IN ANY ACTIVITIES GOVERNED BY STATUTES, ANY AND ALL APPROPRIATE APPROVALS AUTHORITIES BY THIS CORPORATION.

THE CHARACTER OF THE BUSINESS WHICH THE CORPORATION TRANSACTS OR INTENDS TO TRANSACT, OR THE AFFAIRS IT CONDUCTS OR INTENDS TO CONDUCT IN CONNECTICUT ARE AS FOLLOWS:

Smith Whiley Securities, Inc. intends to transact broker-dealer and investment banking activities in Connecticut.

(Check one)

[✓] Stock Corporation. The corporation has authority to issue shares of stock.

[ ] Nonprofit Corporation. No part of the corporation's income is distributable to its members, directors, or officers.

WE HEREBY DECLARE UNDER THE PENALTIES OF FALSE STATEMENT THAT WE HAVE READ THE FOREGOING CERTIFICATE AND DECLARE THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE:

Name of President or Vice-President

Gwendolyn Smith Iloani
(print or type)

Signed by Gwendolyn Smith Iloani
President / Vice President

Name of Secretary or Assistant Secretary

Colette M. Nakhoul
(print or type)

Signed by Colette M. Nakhoul
Secretary / Assistant Secretary

FOR OFFICIAL USE ONLY

Rec; CC to:

(Please provide filer's name and complete address for mailing receipt)

FILING #0001515827 PG 03 OF 04 VOL B-00006
FILED 02/24/1995 08:30 AM PAGE 01105
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

*State of D*

*Office of the Secretary of State*     PAGE 1

---

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY "SMITH WHILEY SECURITIES, INC." IS

DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS

IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS

THE RECORDS OF THIS OFFICE SHOW, AS OF THE SIXTH DAY OF JANUARY,

A.D. 1995.



*Edward J. Freel, Secretary of State*

AUTHENTICATION:

2455298   8300                           DATE:   7366994

950001643                                        01—06—95

**APPOINTMENT OF STATUTORY AGENT FOR SERVI(**
**FOREIGN CORPORATION**
61-24 Rev 6/89

Secretary of the
State of Connecticut
30 Trinity Street
Hartford, CT 06106

FILING #0001515827 PG  04 OF  04 VOL B-00006
FILED 02/24/1995 08:30 AM PAGE  01106
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

*NOTE: ENTIRE FORM MUST BE TYPED OR PRINTED CLEARLY*

Name of Corporation: Smith Whiley Securities, Inc.

## COMPLETE SECTION 1 OR SECTION 2

**Section 1:**

☐ The corporation appoints the Secretary of the State of Connecticut and his successors in office, to be its agent upon whom all process, in any action or proceeding against it, may be served. The corporation agrees that any process against it which is served on the Secretary of the State shall be of the same legal force and validity as if served on the corporation, and that this appointment shall continue in force as long as any liability remains outstanding against the corporation in Connecticut.

**Section 2:**

☑ The corporation appoints the natural person or corporation named below to be its agent upon whom all process, in any action or proceeding against it, may be served. The corporation agrees that any process against it which is served on said agent shall be of the same legal force and validity as if served on the corporation and that such appointment shall continue in force as long as any liability remains outstanding against the corporation in Connecticut.

**COMPLETE ONLY ONE:  A, B, OR C:**

| | |
|---|---|
| A) Name of Natural Person Who is Resident of Connecticut | Business Address (Must report street, town, state and zip code) |
| | Residence Address (Must report street, town, state and zip code) |
| B) Exact Name of Connecticut Corporation | Address of Principal Office in Connecticut (if none, enter address of appointee's statutory agent for service) |
| C) Exact Name of Corporation not organized under the Laws of Conn.*  Smith Whiley & Company | Address of Principal Office in Connecticut (if none, enter address of appointee's statutory agent for service)  242 Trumbull Street, 8th Floor Hartford CT 06103-1212 |

* WHICH HAS PROCURED A CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS OR CONDUCT AFFAIRS IN THIS STATE

### AUTHORIZATION

Print or Type Name and Title (President, Vice President, Secretary or Asst Sec'ly)

Gwendolyn Smith Iloani, President, Smith Whiley Securities, Inc.

Signature (President, Vice President, Secretary or Asst Sec'ly)

Gwendolyn Smith Iloani

### ACCEPTANCE

Type or Print Name of Statutory Agent for Service

Smith Whiley & Company by Colette M. Nakhoul, its Treasurer

Signature of Statutory Agent for Service

Colette M. Nakhoul

For Official Use Only

| Rec; CC: |
|---|
| |
| |
| Type or print filer's name and complete address for mailing of receipt |

# EXHIBIT 15

    

Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Reactiv Premiu



# Smith Whiley & Company

Investment Management · Hartford, CT · 88 followers · 11-50 employees

 colette follows this page

Follow   ( Visit website ☑ )   ( ⋯ )

Home   **About**   Posts   Jobs   People

## Overview

Smith Whiley & Company was founded in 1994 by Gwendolyn Smith Iloani and Colette M. Nakhoul to manage mezzanine and private equity funds. Today Smith Whiley is a leading alternative investment asset manager who seeks to create value for our limited partners and our portfolio companies.

Smith Whiley & Company currently manages three investment partnerships. Smith Whiley is dedicated to helping to build successful portfolio companies and providing value to our funds' limited partners. For the Firm's success, we rely on the highly specialized skills and experience of our investment professionals, thorough and diligent research and a sound business approach. Our investment experience allows the Firm to quickly respond and close transactions with creative and workable financial structures.

Our success is measured by our ability to deliver value commensurate with market standards. Our experience, our resources and our ability to think imaginatively and in an innovative fashion are among our strengths. We invite you to learn more about Smith Whiley & Company and to submit to us your financing proposals.

**Website**
http://www.smithwhiley.com

**Industry**
Investment Management

**Company size**
11-50 employees
14 associated members ☑

**Headquarters**
Hartford, CT

**Founded**
1994

**Specialties**
Acquisitions, Expansions, Buyouts, Ownership Transitions, Liquidity Events, and Recapitalizations

## Locations (2)

Interact with the map to explore all locations



Ad ···

rosa lee, make the right connections with this exclusive offer.

 

Enjoy 50% off 2 months of LinkedIn Premium!

( Get 50% off today )

## Pages people also viewed

 **Barclays**
Financial Services
1,610,826 followers

 Steve & 3 other school alumni work here

( + Follow )

 **BFJ Financial Group**
Accounting
111 followers

( + Follow )

 **Silversmith Data**
IT Services and IT Consulting
275 followers



+ Follow

Show all →

**People also follow**

NALA - The Paralegal Association
Non-profit Organizations
39,458 followers

+ Follow

Google
Software Development
31,422,682 followers

Nadya & 12 other connections follow this page

+ Follow

Amazon
Software Development
30,088,350 followers

Sandy & 5 other connections follow this page

+ Follow

Show all →

**Promoted**                    •••

Attorney Needed ASAP
Crucial need for a local attorney in your
area. View new cases today.                    ›

Environmental Compliance
Regulatory Compliance Audits and
Audit Program Development                    ›

Don't Be A Victum!
On-Site Shredding provides Certified
Document Destruction                    ›

# EXHIBIT 16

SECRETARY OF THE STATE OF CONNECTICUT

Document Review

30 Trinity Street
P.O. Box 150470
Hartford, CT 06115-0470

```
FILING #0005138661  PG 1 OF 2
   VOL  B-01957  PAGE  0287
   FILED  07/02/2014 12:08 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

| | |
|---|---|
| 1. Name of Corporation: | SMITH WHILEY SECURITIES, INC. |
| 2. Business ID: | 0508758 |
| 3. Report due in the month of: | February, 2014 |
| 4. This Corporation is: | FOREIGN/STOCK |
| Fee is: | $435.00 |
| Corporate Name: | SMITH WHILEY SECURITIES, INC. |
| Mailing Address: | 242 TRUMBULL STREET<br>HARTFORD, CT 06103 |
| Changes: | 141 WESTON ST<br>P.O BOX 480<br>HARTFORD, CT 06141 |
| 5. Principal Office Address (in CT Only) : | 242 TRUMBULL STREET<br>HARTFORD, CT 06103 |
| Changes: | 8 CLERMONT PARK<br>FARMINGTON, CT 06032 |
| 6. Executive Office Address (Foreign Corps Only): | |
| Changes: | |
| 7. Principal Office in State of Formation (Foreign Corps Only): | |
| Changes: | |

8. Attached hereto are the officers and directors of the corporation with their business and residence addresses.

| | |
|---|---|
| 9. Date: | 07/02/2014 |
| 10. Email Address: | SALLYP@smithwhiley.com |

11. I hereby certify and state, under penalties of false statement, that all of the information set forth on this annual report is true. I hereby electronically sign this report.

| | |
|---|---|
| Print Capacity: | CORPORATE OFFICER |
| Signature: | ALEX ILOANI |

Report Officers/Directors
Business ID : 0508758

```
FILING # 0005138661  PG 2 OF 2
   VOL  B-01957  PAGE  0288
   FILED  07/02/2014 12:08 PM
SECRETARY OF THE STATE OF CONNECTICUT
```

1. Full Legal Name:
   Title(s):
   Residence Addr:

   GWENDOLYN SMITH ILOANI
   CHAIRPERSON/PRES./CEO/DIR.
   8 CLERMONT PARK
   FARMINGTON,CT 06032

   Business Addr:

   NONE

   Res Changes:

   Bus Changes:

2. Full Legal Name:
   Title(s):
   Residence Addr:

   COLETTE M. NAKHOUL
   VICE PRES./SECRETARY/TREAS.
   8 FARMINGTON MEADOW DRIVE
   FARMINGTON,CT 06032

   Business Addr:

   NONE

   Res Changes:

   Bus Changes:

# EXHIBIT 17



**SECRETARY OF THE STATE OF CONNECTICUT**

**APPLICATION FOR CERTIFICATE OF WITHDRAWAL**
FOREIGN CORPORATION

| FILING PARTY: | | |
|---|---|---|
| **Name:** RENEE LUKE C/O VCORP SERVICES, LLC | | FILING #0005564372  PG 1 OF 1 |
| **Address:** 25 ROBERT PITT DRIVE, SUITE 204 | | VOL B-02194 PAGE 2117 |
| **City:** MONSEY | | FILED ON  05/17/2016 11:46 AM |
| **State:** NY | **Zip:** 10952 | SECRETARY OF THE STATE OF CONNECTICUT |

**1. NAME OF CORPORATION IN ITS STATE/COUNTRY OF FORMATION:**
SMITH WHILEY SECURITIES, INC.

**2. IF DIFFERENT FROM THE ABOVE, THE NAME UNDER WHICH CORPORATION TRANSACTS BUSINESS IN CONNECTICUT:**

**3. EFFECTIVE DATE OF DISSOLUTION:**
05/17/2016

**4. STATE OR COUNTRY OF INCORPORATION:**

DELAWARE

☒ *THE CORPORATION IS NOT TRANSACTING BUSINESS/CONDUCTING AFFAIRS IN CONNECTICUT AND SURRENDERS ITS AUTHORITY TO TRANSACT FURTHER BUSINESS/CONDUCT AFFAIRS THEREIN.*
*THE CORPORATION REVOKES THE AUTHORITY OF ITS REGISTERED AGENT TO ACCEPT SERVICE OF PROCESS ON ITS BEHALF.*
*THE CORPORATION APPOINTS THE SECRETARY OF THE STATE AS ITS AGENT FOR SERVICE OF PROCESS AND CONSENTS TO SERVICE OF PROCESS THEREON IN ANY ACTION, SUIT OR PROCEEDING BASED ON A CAUSE OF ACTION ARISING DURING THE TIME IT WAS AUTHORIZED TO TRANSACT BUSINESS/CONDUCT AFFAIRS IN THIS STATE.*

**5. THE ADDRESS TO WHICH THE SECRETARY OF THE STATE MAY MAIL ANY PROCESS SERVED UPON HIM IN ACCORDANCE WITH THE ABOVE STATED APPOINTMENT:**
**ADDRESS:** 37 JEROME AVENUE, SUITE TWO          **CITY:** BLOOMFIELD
**STATE:**   CT                                    **ZIP:** 06002

☒ *THE CORPORATION AGREES TO NOTIFY THE SECRETARY OF THE STATE IN THE FUTURE OF ANY CHANGES TO THE ABOVE STATED ADDRESS.*

**6. EXECUTION:**

DATED THIS   17          DAY OF May          , 2016

I hereby certify and state, under penalties of false statement, that all of the information set forth in this **Application for Certificate of Withdrawal** is true. I hereby electronically sign this document.

| NAME OF SIGNATORY | CAPACITY/TITLE OF SIGNATORY | SIGNATURE |
|---|---|---|
| GWENDOLYN SMITH ILOANI | PRESIDENT | GWENDOLYN SMITH ILOANI |

# EXHIBIT 18

Background Checks | Whitepages for Business


rosa lee klaneski ▾
PREMIUM MEMBER

# Whitepages Terms of Service

**Last updated on August 9, 2021**

## Acceptance of these Terms of Service

*Please take a few minutes and read the Terms of Service agreement that you're entering into, and pay special attention to our dispute resolution policy in Section 12.10 which requires binding arbitration in most circumstances.*

Hello and thanks for using Whitepages. Our free-to-use consumer Web sites (e.g., whitepages.com, 411.com), pay-to-use consumer Web sites, identity management services, and related mobile-focused applications and Web sites (our **"Services"**) are here to help you find other people and businesses online and monitor your online information.

This Terms of Service agreement (the **"Agreement"** or **"Terms"**) is between you and Whitepages, Inc. (**"Whitepages"**, **"we"**, **"us"** or **"our"**), and sets forth the legally binding terms for your access and use of the Services. Whitepages provides the Services, and any text, graphics, photos, or other materials downloaded from or appearing on the Services (such materials, **" Content"**). Certain features of the Services may be subject to additional guidelines, terms or rules, which will be posted in or on the Services in connection with such features. All such additional terms, guidelines and rules are incorporated by reference into this Agreement.

Each time that you access or use the Services, you signify that you have read, understand, and agree to be bound by these Terms, as well as our Privacy Policy, which is incorporated by reference herein. When services from other Web sites and/or applications are made available through the Services (e.g., by logging into any of the Services using a social media username and password), you agree to be legally bound by the terms and conditions and privacy policies of those other Web sites and/or applications. *Please take a few minutes and read the Terms of Service agreement that you're entering into, and pay special attention to our dispute resolution policy in Section 12.10 which requires binding arbitration in most circumstances.*

IF YOU DISAGREE WITH ANY OF THESE TERMS, DO NOT ACCESS OR USE THE SERVICES.

Electronic Communications: By accessing the Services, you consent to have this Agreement provided to you in electronic form and that all agreements, disclosures, and other communications that we may provide to you in electronic form satisfy any legal requirements that our communications with you be in writing. You acknowledge that when you provide us with your contact information, including an email address or telephone number (**"Contact Information"**), sharing this information with us constitutes a "purchase" or "inquiry" that establishes a business relationship between you and us.

You expressly agree that we may communicate with you about the Services, using any or all Contact Information you provide to us. You also represent and warrant that you have the legal authority over any telephone number you provide to us. We may contact you, in person or by recorded message, by e-mail, telephone and/or mobile telephone number (including use of automated dialing equipment), text message (SMS or MMS), or any other means of communication that your telecommunications device may be capable of receiving. Providing this consent is not a condition of your purchase, and you may elect to opt out of receiving marketing emails at any time by following the instructions and link provided in the email. Please allow up to ten business days for our systems to reflect your marketing communication preferences.

## 1. General Policies

### 1.1 Eligibility to Use the Services

In order to use the Services, you must be 18 years of age or older and have the legal capacity to enter into this Agreement. In addition, you must not be barred from receiving the Services under United States law or the laws of any other jurisdiction. The Services are not for use by anyone under the age of eighteen years. If you are using any pay-to-use Services on behalf of your employer, you represent and warrant that you are authorized by them to accept these Terms, and that you will be using the Services for internal business use only. We reserve the right to suspend, terminate or deny your access to the Services for any (or no) reason, with or without notice and without further obligation. You further represent and warrant that you are not (i) located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and (ii) listed on any U.S. Government list of prohibited or restricted parties.

### 1.2 Accounts and Security

**Account Creation.** In order to access and use certain Services, you will be asked to register and create a user account (an "***Account***"). As part of the Account creation process, you will create login credentials by selecting a password, providing an e-mail address, and answering all inquiries marked "required" (such credentials, the "***Registration Data***"). You agree: (i) that the Registration Data you provide is lawfully under your possession and control, true, accurate, current and complete at the time you provide it; (ii) to maintain and update such Registration Data to keep it true, accurate, current and complete; and (iii) that Whitepages may contact you and require you to confirm some or all of your Registration Data before using or continuing to use these Services. We reserve the right to terminate the limited licenses granted to you and to refuse to provide you with any and all current or future use of the Services if, in our sole discretion, we determine or are of the opinion that any of your Registration Data is, or appears to be, untrue, inaccurate, not current or incomplete, or not lawfully under your possession or control.

If you create or log in to any of the Services using your credentials for a social media account such as Facebook, Twitter, or LinkedIn, or link a social media account with your Whitepages Account, you may be redirected to a sign-in request page. By signing-in using your credentials for that social media service, you agree that Whitepages may access, disclose, or share certain information received from that service, as specified in the sign-in process or otherwise allowed by such social media service. We may use such information to facilitate your log-in and improve and provide the Services to you, as further described in our Privacy Policy.

**Account Security.** You are responsible for maintaining the confidentiality of your Account credentials, including your password, and for all activities, charges and/or liabilities that originate from your Account, whether or not authorized by you. You agree that you will not share your username and password, or transfer, sub-license, sell or assign your rights in your Account to any other person or entity. You may not open multiple Accounts for the same service, and we will close Accounts associated with the same credit or debit card. Any unauthorized use of

your Account by any third party is subject to these Terms as though You were using the Account. You must immediately notify Whitepages of any unauthorized use of your Account, login credentials, or any other breach of security of which you become aware by emailing **support@whitepages.com**. We will not be liable for any loss or damage arising from your failure to comply with this section. Any fraudulent, abusive, or otherwise illegal activity may be grounds for immediate suspension or termination of your Account, at our sole discretion, and we may refer you to appropriate law enforcement agencies. Whitepages has no obligation to retain any data associated with your Account if it is terminated.

**Audit**. Whitepages reserves the right to audit your use of the Services and Content. You agree to cooperate and to provide us all documentation reasonably requested related to the use of your Account.

## 1.3 Privacy Policy

Whitepages maintains a Privacy Policy describing the collection, retention, and use of information related to your use of the Services. You will find this policy at **https://www.whitepages.com/privacy**.

## 1.4 Payment Policy for Pay-To-Use Services

**Paid Content.** Some of the Content offered through the Services is only available for a fee (such Content, "***Paid Content***"). By purchasing Paid Content, you agree to receive the services offered, subject to the billing terms provided to you at that time. Both compiled reports and subscription plans for pay-to-use Services are considered Paid Content.

**Compiled Report Fees.** We offer compiled reports on individuals for a one-time license fee. If you are not satisfied with your purchase, please contact us within 30 days from the original date of purchase to discuss your concerns. If we cannot solve your concerns, we may provide you with another search, at no additional cost to you. We will not refund your purchase.

**Subscription Fees.** Except as expressly noted below with respect to our "App Lookup Service," if you sign up for a monthly (or other subscription term) plan (a "***Subscription Plan***"), we bill your Account using the billing information you provide to us, at the beginning of the paying portion of your subscription term and each month (or other subscription period) thereafter unless and until you cancel your subscription. You agree that a one-month term is one calendar month (e.g., May 15 to June 15; January 30 to February 28).

**Report Credits.** Credits may be used as a payment method for certain Services. You may purchase credits, or we may, from time to time, issue promotional or free credits. Unless otherwise provided at the time of purchase, all credits are valid for one calendar month from the time of issuance or purchase, after which time they expire. When you purchase or receive credits, you do not own those credits, but instead have a limited right to use the credits in connection with the purchase of Services. Purchases of credits are non-refundable, except as otherwise required by law. In addition, credits are not redeemable for any sum of money or monetary value from us unless we agree otherwise in writing, or as required by law. We may change any of the terms and conditions of credits at any time, including the purchase price and the ways that you may use them. We may stop issuing credits at any time.

**App Lookup Service.** Our App Lookup Service allows you to conduct reverse-phone queries on an individual or subscription basis through some of our mobile phone applications. Unless you subscribe to the App Lookup Service, you will be charged a fee for each query you make (except for queries for which we provide no result). We will notify you of the price before you make the query and are charged. If you subscribe to the App Lookup

Service, you are not charged per search and instead will be charged a monthly recurring fee, whether or not you use the App Lookup Service that month or the query results are what you expected.

**Payment Method and Provider.** You agree to pay for all charges for the purchase of credits or the use of Paid Content using your Account, plus any applicable taxes. All prices are in US Dollars and do not include foreign exchange fees or charges that you may incur from other providers, such as your Internet service provider or telephone provider. Without limiting any other terms of this Agreement, the Services may change fees and charges in effect, or add new fees and charges from time to time, but you will always know the fees that may be charged before you are asked to provide payment.

*Purchases made through Whitepages.* You authorize us to charge your chosen payment provider for these charges. You also authorize us (or a third party working on our behalf) to collect and store that payment method, along with other related transaction information. We may update your payment method with information provided by the applicable payment service provider, and you authorize us to continue to charge the fee for Paid Content to the updated payment method. The terms of your payment will be based on your method of payment and may be determined by agreements between you and the financial institution, credit card issuer, or other provider of your chosen method of payment (your "***Payment Provider***"). If your purchase results in an overdraft or other fee from your banking institution, you are responsible for paying that fee.

If Whitepages does not receive payment from your Payment Provider, you agree to pay all amounts due on your Account upon demand. In the event we are advised of insufficient funds in your account or credit to cover your payment by credit card, we may re-submit the payment to your Payment Provider. You are responsible for maintaining a current payment method to continue to access Paid Content, and if we are unable to charge your payment method, your access to Paid Content may be terminated. We reserve the right to correct any errors or mistakes that we may make, even if we have already requested or received payment, and to update your information from available third party sources.

*Purchases made through Google Play or Apple iTunes Store.* The fees and payment terms for mobile application purchases made through Google Play or the Apple iTunes store depend on the type of phone that you use, your wireless service provider, the extent to which you use and obtain Paid Content, and the Google or Apple terms of service. You represent that you are the owner or authorized user of the wireless device that you use to access Paid Content, and that you are authorized to approve any and all applicable charges.

**Cancellation and Refunds.** You may choose not to renew your Subscription Plan at any time, and you will continue to have access to Paid Content through the end of your billing period (be it monthly, or multi-month). **WE DO NOT PROVIDE REFUNDS OR CREDITS FOR ANY PARTIAL-MONTH SUBSCRIPTION PERIODS, OR UNUSED PAID CONTENT.** If you cancel your Subscription Plan, your Subscription Plan will automatically terminate at the end of your current billing period. To see when your next payment is due, or to cancel auto-renew, log in to your Account and go to your Account settings page. If you signed up for Paid Content using your account with a third party as a payment method (e.g., Google Play), and wish to cancel, including during your trial period, you may need to do so through such third party, including by visiting your account with the applicable third party and turning off auto-renew, or unsubscribing from, the applicable Service through that third party. For refunds for Paid Content purchased through the Google Play of Apple iTunes stores, please contact Google or Apple, as applicable, through your account with them. You acknowledge that any use of the pay-to-use Services or Paid Content that violates these Terms may result in termination of your access to Paid Content, without eligibility for a refund.

**Pre-approval.** When you purchase credits or Paid Content with a credit or debit card, we may charge your card $1.00 to verify that your card is active. We will refund that amount to your card in 24 hours or less. The pre-

approval amount may not be immediately available to you, even if you cancel the transaction. You may or may not see these transactions on your bill.

## 2. License and Access to the Services

### 2.1 Limited License

Whitepages grants you a limited, revocable, non-exclusive, non-assignable, non-transferable, non-sublicenseable license to use the Services, subject to the Terms and payment (where required), for your own personal use, or, with respect to the pay-to-use Services, for internal business use. You are not receiving any other rights from Whitepages, including intellectual property or other proprietary rights. You understand that you have no rights to the Services or Content or any other Whitepages property except as indicated in these Terms and all rights and licenses not expressly granted to you in this Agreement are retained by Whitepages. To the extent any component of the Services or Content may be offered under an open source license, we will make that license available to you and the provisions of that license may expressly override some of these Terms.

Whitepages may revoke or terminate the license granted above in its sole discretion, at any time. Without limiting the generality of the foregoing, we may revoke or terminate the license if you: (i) breach any obligation in this Agreement or in any other agreement between you and us, (ii) violate any policy or guideline applicable to the Services or Content, or (iii) use the Services or the Content other than as specifically authorized in this Agreement, without our prior written permission.

### 2.2 No Unauthorized Access

You may not do any of the following while accessing or using the Services:

- use any robot, spider, site search/retrieval application, or other automated device to download, retrieve, scrape, distribute or index any portion of the Content, or permit any third party to do the same;
- rent, lease, lend, sell or sublicense the Content or Services, or any portion thereof, to any third party;
- provide use of the Content or Services on a service bureau, rental, or managed services bases;
- gain unauthorized access to any of the Services, other accounts, computer systems or networks connected to any Whitepages servers, through hacking, cracking, and/or distribution of counterfeit software, password mining or any other means;
- reproduce, modify, distribute, decompile, disassemble, or reverse engineer any portion of the Services;
- probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures;
- falsify or alter any unique identifier assigned to you, or otherwise obscure or alter the source of queries to the Service;
- forge any TCP/IP packet header or any part of the header information in any email, or in any way use the Services to send altered, deceptive, or false source-identifying information;
- engage in "framing," "mirroring" or otherwise simulating the appearance or function of the Services;
- make the Content or the functionality of the Services available to multiple users through any means including, but not limited to, linking or deep-linking to one of our Web sites or uploading one of our apps to a network;
- interfere with, interrupt, destroy or limit the functionality of the Services or any computer software or hardware or telecommunications equipment, including, without limitation, sending viruses, overloading, flooding, spamming, or mail-bombing the Services or using any mechanism to defeat, avoid, bypass, remove, deactivate, or otherwise circumvent any hardware or software protection or monitoring mechanism; or

- with respect to pay-to-use Services, access such Services from outside the United States of America, its possessions and territories.

## 3. Using the Services: Requirements and Restrictions

### 3.1 Fair Credit Reporting Act

**Whitepages is not a Consumer Reporting Agency.** Whitepages is not a consumer reporting agency for purposes of the Fair Credit Reporting Act, 15 U.S.C. Sec. 1681 et seq. ("**FCRA**"). None of the information in our databases has been collected, in whole or in part, for the purpose of furnishing "consumer reports," as defined in the FCRA, and the additional protections afforded to consumers, and obligations placed on credit reporting agencies, are not contemplated by, nor contained within, these Terms.

**FCRA Restrictions on Your Use of the Services.** You may not use any information obtained from the Services and Content in connection with determining a prospective candidate's suitability for:

- Health insurance or any other insurance,
- Credit and/or loans,
- Employment (including but not limited to, household workers such as nannies),
- Education, scholarships or fellowships,
- Housing or other accommodations,
- Benefits, privileges or services provided by any business establishment,

or for any other purpose covered by the FCRA, by the Federal Trade Commission's interpretations of the FCRA, and/or by similar state statutes.

### 3.2 Marketing and Resale Restrictions

You may not use, or allow a third party to use, the Services or Content for any marketing purposes, including making telemarketing calls and transmitting unsolicited advertisements via paper mail, fax or email. You may not use, or allow a third party to use, the Services and Content to prepare any database (or compare one database to another) to append, verify or create a new database. Content may not be published, sold, or rented to any third party.

### 3.3 Automated Searching

We do not allow scraping or automated collection of our Content. If we determine that you are using automated means (e.g., robot or spider) to retrieve, distribute or index any portion of our Content, or more than one individual is using your Account at any one time, your Account may be turned off or your access otherwise blocked, without notification, for further investigation. If you feel your Account has been turned off or your access to the Services has been blocked in error please contact our Customer Support team.

### 3.4 General Restrictions

You also agree to adhere to the following:

- You will use the Services only for appropriate, legal purposes, and in compliance with all applicable federal, state, and local laws and regulations, including export control laws. Any unauthorized use of the Services or Content is expressly prohibited.

- You are responsible for determining which laws apply based on your use of the Content. You will obtain any and all necessary licenses, certificates, permits, approvals or other authorizations required by federal, state or local statute, law or regulation that govern your use of the Services.
- You will take reasonable steps to ensure that the information you receive from the pay-to-use Services is stored in a secure manner.
- You will not use the Services or information derived from the Services in combination with any purpose, or personal information, covered under the Gramm-Leach-Bliley Act, Health Insurance Portability and Accountability Act, or the Children's Online Privacy Protection Act.
- You will not use the Services in a manner that may cause emotional or physical harm to anyone, or to stalk, threaten, defame, libel, or otherwise harass another person. You may not use the Services for the furtherance of any criminal activity, including fraud and identity theft, or in the violation of any person's privacy rights.
- You will not use the Services to seek information about or locate any person under the age of 18.
- You will not use the Services to obtain personal information pertaining to famous people, government officials, or election candidates.
- You will not falsely state, impersonate, or otherwise misrepresent your identity or your affiliation with any person or entity while using the Services.
- You will not use the Services to post, publish, or transmit any text, graphics or material that: (i) is false or misleading; (ii) is obscene, pornographic, or offensive; (iii) promotes bigotry, racism, or hatred against any individual or group; (iv) infringes another's rights, including intellectual property rights; or (v) violates, or encourages any conduct that would violate, any applicable law or regulation, or would give rise to civil liability.
- You will not use the Services to send any commercial email or SMS that does not comply with CAN-SPAM, the Telephone Consumer Protection Act, and any other applicable federal or state law.
- You will not use the Services to promote or provide instructional information about illegal activities or promote physical harm or injury against any group or individual.
- You will not use the Services or Content in connection with credit repair or credit counseling services.

Whitepages has the right to investigate and bring claims for violations of any of the above to the fullest extent of the law. We may, but are not required to, provide notice of such violations beforehand.

### 3.5 Identity Management Restrictions

Whitepages' Identity Management product includes Content from unauthorized breaches of third-party websites (**"Breach Content"**), which is provided solely for the purpose of informing you of potential risks to your identity so that you may protect yourself from potential identity theft. Use of Breach Content for any other purpose is prohibited. For any Registration Data or other data, including email addresses, that you provide for the Identity Management product, you represent and warrant that: (i) you are the lawful owner of the data or that you have ongoing, express authorization to use and access the data for the purpose set forth above, and (ii) that the data belongs to a current resident of the United States. You may not copy, transfer, reproduce Breach Content or access Breach Content outside of the Services, whether by printing, screen-shot, or other means, and you may not make Breach Content available to any person other than lawful owner of the Breach Content to whom the Breach Content pertains.

## 4. Legal Notices About Your Searches

### 4.1 Megan's Law Disclaimer

**Informational Only.** Whitepages and the government agencies that provide this data have not considered or assessed the specific risk that any convicted sex offender displayed in a search of the Content will commit another offense, or the nature of any future crimes that may be committed.

**Legal Limits on Disclosures.** Under some state's laws, certain registered sex offenders are not subject to public disclosure, so they are not included in sex offender databases. Offenses other than the crimes for which the convicted sex offender is required to register are generally not included in sex offender databases, so the Content may not reflect the entire criminal history of a particular individual.

**Mistaken Identities.** Extreme care must be taken in the use of information because mistaken identification may occur when relying solely upon name, age, and address to identify individuals.

**Errors and Omissions.** Sex offender data is compiled from reports by local law enforcement. Much of that information is gathered from persons who are required to register as sex offenders and to provide, at least once a year, their addresses and other information to local law enforcement. Because information can change quickly, and there may be gaps in data received, we make no representation, either express or implied, that the information on this site is complete or accurate. Whitepages shall not be held responsible for any errors or omissions in the Content, or produced by secondary dissemination of this information.

**Notice of Corrections.** If you believe that any sex offender information provided by the Services is in error, please contact the appropriate police or sheriff's department, or contact the Department of Justice. See **http://NSOPW.gov** for more information.

**Legal and Illegal Uses.** The information in the Content is made available solely to protect the public. In some states, it is illegal to use information obtained through public records to commit a crime against a registered sex offender or to engage in discrimination or harassment against a registered sex offender. Criminal misuse of this information may subject the person who misuses it to a sentence enhancement, in addition to the punishment for the crime committed.

## 4.2 Public Records Disclaimer

**Public Records for Informational Use.** The Services provide a database of public records and publicly available sources of information aggregated for your convenience, including but not limited to, court, voter registration, property and license records ("**Public Information**"). This Public Information may be made available to you through the Services and is provided for informational purposes only.

**No Verification of Content.** Whitepages does not verify Public Information, Breach Content or any other Content. While we are constantly updating and refining the Services, we do not warrant or guarantee that the results provided will be complete, accurate and up to date and, consequently, Whitepages shall not be responsible or liable for the accuracy, completeness, usefulness, or legality of any Public Information or the availability or unavailability of the Services or Content. Whitepages does not make any representation or warranty as to the character or the integrity of the person, business, or entity that is the subject of any searches. Whitepages also reserves the right to delete any information from its databases at any time.

Whitepages shall not be liable for any errors or omissions. You agree to rely on the Public Information, Breach Content, and any other Content available through the Services at your own risk.

## 4.3 California Consumer Notice

Under California Civil Code Section 1789.3, if you are a California resident, you are entitled to the following specific consumer rights notice: The Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at 1625 North Market Blvd., Suite N 112, Sacramento, CA 95834, or by telephone at (916) 445-1254 or (800) 952-5210.

## 5. Intellectual Property

**Ownership of Content and Marks.** The Services, and all material published on or accessible through the Services, including, but not limited to text, photographs, video, graphics, music, images, animations, audio, "applets" incorporated into the software data, sounds, messages, comments, ratings, and other materials that are part of the Services, is owned by Whitepages or its licensors, and is protected by copyright, trademark, and other laws of both the United States and other countries. All trademarks, service marks, trade names, and trade dress contained in the Services ("**Marks**"), are proprietary to Whitepages and may not be used by you unless expressly authorized to do so. This prohibition includes, but is not limited to, unauthorized copying or distribution of any of the Content displayed or used on the Services, framing Content, using Meta tags or "hidden text," creating any unauthorized derivative work, or in any other way exploiting the Marks, the Content or the Services. You agree you will not reproduce, publish, transmit, perform, sell, create derivative works of, or in any way exploit, any of the Marks, the Content, or the Services, in whole or in part. You acknowledge that you do not acquire any ownership rights in any Content downloaded from the Services. All right, title and interest in and to the Content and Services is and will remain the exclusive property of Whitepages and its licensors. Any feedback, comments, or suggestions you may provide regarding Whitepages or the Services, including correspondence with Customer Service (collectively, "**Feedback**"), is entirely voluntary. We shall have no obligation to you of any kind, monetary or non-monetary, with respect to Feedback and shall be free to reproduce, use, disclose, exhibit, display, transform, create derivative works from and distribute the Feedback to others without limitation or obligation.

We may use third-party trademarks in the Services to identify the owners of these marks. Use of any third-party trademark is intended only to identify the trademark owner and its goods and services, and is not intended to imply any association between the trademark owner and Whitepages.

**No Other License Granted.** Except for allowing you to use the Services and Content for your personal use or internal business purposes as set forth above, when you use the Services, you are not receiving a license or any other rights from Whitepages, including intellectual property or other proprietary rights of Whitepages. You understand that you have no rights to the Services or any other Whitepages property except as described in these Terms.

**Content You Provide or Transmit.** In the course of using the Services, you may transmit or otherwise make available certain content to us, including information about yourself. You grant us a world-wide, royalty-free, perpetual, irrevocable license to use, reproduce, modify, perform, display, distribute, create derivative works in, store and archive such content. You understand and agree that Whitepages retains the right to reformat, excerpt or translate any content provided or transmitted by you. You also agree that we may collect and use technical information such as your IP address, device ID, and other information including, but not limited to, technical data about your mobile device and system software and peripherals, for product improvement, customer support, and to provide other services to you related to the Services. We have no obligation to monitor content you provide and submit through the Services, but we do reserve the right to monitor and review such content for any lawful reason, including for the purpose of operating the Services, to ensure your compliance with this Agreement, or to comply with applicable law or the requirement of a court, administrative agency or other governmental body.

## 6. Additional Terms for Mobile Applications

## 6.1 Mobile iOS Applications

We grant you a non-transferable license to download and use any Services made available via an iOS application on any iPhone®, iPod® touch, and/or iPad® device(s) that you own or control, as permitted by the usage rules set forth in the Apple App Store Terms of Service. If you use such iOS Application, you acknowledge that we may access and use your mobile device's Unique Device Identifier via the application for the following purposes: (i) identification of users and authorization for account access; (ii) tracking and reporting of anonymous usage statistics; and (iii) to enable third parties to deliver targeted advertising and/or track the performance of their advertising.

Further, if you use an iOS Application, you acknowledge that Apple, Inc. ("***Apple***") has no obligation to furnish any maintenance and support services in connection with such iOS Application. In the event of any failure of the iOS Application to conform to any applicable warranty, you may notify Apple and Apple will refund the purchase price (if any) to you. Beyond such refund, Apple will have no other warranty obligations with respect to any Whitepages iOS Application and any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty (for which we are deemed responsible) will be our sole responsibility. You further acknowledge that Whitepages, and not Apple, is responsible for addressing any claims relating to its iOS Applications or your possession and/or use thereof, including, but not limited to: (i) product liability claims; (ii) any claim that the Whitepages iOS Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation. You also acknowledge that in the event of a third party claim that a Whitepages iOS Application or your possession and use of a Whitepages iOS Application infringes a third party's intellectual property rights, Whitepages, and not Apple, will be solely responsible for the investigation, defense, settlement, and discharge of any such claim. You represent and warrant that you are not (i) located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and (ii) listed on any U.S. Government list of prohibited or restricted parties. You acknowledge and agree that Apple and its subsidiaries are third party beneficiaries of this paragraph, and that Apple will have the right, and will be deemed to have the right, to enforce this paragraph.

Any questions, complaints or claims regarding any Whitepages iOS Application should be directed to: Whitepages iOS Application Team, 2033 Sixth Avenue Suite #1100, Seattle, WA 98121; mobilesupport@whitepages.com.

## 6.2 Android Applications

If you use any of the Services made available via a Google Play Application, you acknowledge that you must contact Whitepages, not Google, concerning any defects or performance issues in applications downloaded and installed from Google Play. Whitepages is solely responsible for, and Google will have no responsibility to undertake or handle support and maintenance of any Services and any complaint about our Services. You acknowledge and agree that Google and its subsidiaries are third party beneficiaries of this Agreement.

# 7. Third Parties

## 7.1 Third Party Links

Whitepages may, as a convenience to you, make links to third-party Web sites or resources available on or through the Services. Whitepages is not responsible in any way for, and does not make any representation, warranty, guarantee or endorsement regarding any third-party Web sites and resources which may be accessed through us. In addition, Whitepages does not endorse or adopt, and is not directly or indirectly responsible or liable for: (i) any content, advertising, goods or services, or other materials available on or from such Web sites or

resources; or (ii) any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such content, advertising, goods, services or other materials on or available from such Web sites or resources.

You acknowledge sole responsibility for and assume all risk arising from your use of any third-party Web sites or resources.

## 7.2 Third Party Partner Terms of Use

Certain Services use mapping functionality provided by Google Maps, which is subject to additional terms found at **http://www.google.com/help/terms_maps.html**.

# 8. Notification of Claimed Infringement: DMCA Claims

Whitepages strives to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act and other applicable intellectual property laws, which may include removing or disabling access to material claimed to be the subject of infringing activity. If you believe that any of the materials available on or through the Services infringes on any copyright you own or control, or that any link made available on or through the Services directs users to another Web site that contains material that you own or control, please send us a notice of infringement (an "***Infringement Notice***"). An Infringement Notice must be in writing (sent by fax or regular mail – not by email) and should set forth the items specified below. Please note that you may be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a product or activity is infringing your copyrights.

To expedite our ability to process an Infringement Notice, please provide the following information:

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you believe is being infringed;
- A description of the location of the material that you believe is infringing the copyrighted work;
- Your contact information (please include your address, telephone number, and email address);
- A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- A statement by you, made under penalty of perjury, that the information contained in your Infringement Notice is accurate and that you are the owner of the copyright interest or authorized to act on his or her behalf.

Sign the Infringement Notice and send the written communication to:

Attn: Whitepages Legal – DMCA Notice 900 First Avenue S., Suite 201 Seattle, WA 98104 Fax: (206) 260-3966

# 9. Opt-Out Policy

Upon request, we can suppress an individual's contact information records over which we have control from being shown through the Services. To suppress your contact information, you need to be either the person associated with the applicable name, address, or phone number, or be legally authorized to act on behalf of that person. We endeavor to make changes within 72 hours of receipt of your opt-out request.

Instructions on how to suppress your contact information can be found on our Help Center, by following **this link** and clicking on the article "How do I edit or remove a personal listing?".

You understand that an opt-out request will only suppress contact information available directly through the Services, and cannot remove information from third-party sources, such as court records, voter registration lists, and property records. We do not warrant that a request for removal of or change to contact information will result in removal of or change to all of your information from the Services. Further, we are not responsible for informing any third party of any changes you may request pursuant to this policy, and we cannot remove or cause to be removed information from the databases or records of any third party.

## 10. Special Provisions

### 10.1 Special Provisions Applicable to Software

If you download or use certain Services, such as an app or a browser plug-in, you agree that, from time to time, the software may download and install upgrades, updates, and additional features from us in order to improve, enhance, and further develop the Services.

### 10.2 Special Provisions Applicable to Users Outside the United States

The following provisions apply to users who interact with Whitepages outside the United States, its territories and possessions:

1. You understand and agree that we may transfer, process and store your personal data outside of the country in which you live.
2. You will not use the Services if you are prohibited from receiving products, services, or software originating from the United States.
3. You will not use any pay-to-use Services.

Whitepages makes no representation that the Services are available for use in any particular location. To the extent you choose to access and/or use the Services, you are responsible for compliance with any applicable laws including, but not limited to, applicable local laws.

## 11. Disclaimers; Limitations of Liability; Indemnification

### 11.1 Disclaimer of Warranty

YOU USE THE SERVICES AT YOUR SOLE RISK. YOU EXPRESSLY AGREE THAT YOU WILL BE SOLELY RESPONSIBLE FOR (A) ANY DAMAGE, INCLUDING DAMAGE TO YOUR COMPUTER SYSTEM, OR LOSS OF DATA, THAT RESULTS FROM YOUR USE OF THE SERVICES, AND (B) FOR ANY DISCLOSURE OF INFORMATION THAT YOU UNDERTAKE WHILE USING THE SERVICES OR THE CONTENT. TO THE EXTENT PERMITTED BY APPLICABLE LAW, WHITEPAGES PROVIDES THE SERVICES AND THE CONTENT "AS IS," "AS AVAILABLE," AND "WITH ALL FAULTS," WITHOUT WARRANTY OF ANY KIND. THE CONTENT, INCLUDING BUT NOT LIMITED TO THE BREACH CONTENT, MAY NOT BE ACCURATE AND MAY NOT BE COMPLETE.

TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, WHITEPAGES AND ITS AFFILIATES AND LICENSORS DISCLAIM ALL WARRANTIES AND CONDITIONS OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE, IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE (EVEN IF WHITEPAGES IS ADVISED OF SUCH PURPOSE), AND IMPLIED WARRANTIES ARISING FROM A PARTICULAR COURSE OF DEALING OR USAGE OR TRADE.

WITHOUT LIMITING THE FOREGOING, NEITHER WHITEPAGES NOR ANY OF ITS AFFILIATES OR LICENSORS, NOR ANY OF THEIR OFFICERS, DIRECTORS, LICENSORS, EMPLOYEES OR REPRESENTATIVES (COLLECTIVELY, THE "**PROVIDERS**"), REPRESENT OR WARRANT (I) THAT THE SERVICES WILL MEET YOUR REQUIREMENTS OR BE ACCURATE, TRUTHFUL, COMPLETE, RELIABLE, OR ERROR FREE; (II) THAT THE SERVICES WILL ALWAYS BE AVAILABLE OR WILL BE UNINTERRUPTED, ACCESSIBLE, TIMELY, RESPONSIVE, OR SECURE; (III) THAT ANY ERRORS OR DEFECTS WILL BE CORRECTED, OR THAT THE SERVICES WILL BE FREE FROM VIRUSES, WORMS, TROJAN HORSES OR OTHER HARMFUL PROPERTIES; (IV) THE ACCURACY, RELIABILITY, TIMELINESS OR COMPLETENESS OF ANY CONTENT AVAILABLE ON OR THROUGH THE SERVICES; (V) ANY IMPLIED WARRANTY ARISING FROM COURSE OF DEALING OR USAGE OF TRADE; OR (VI) THAT THE CONTENT IS NON-INFRINGING.

NO INFORMATION OR ADVICE PROVIDED THROUGH THE SERVICES, BY THE COMPANY, OR BY THE COMPANY'S EMPLOYEES OR AGENTS SHALL CREATE ANY WARRANTY.

Some states do not allow the exclusion of certain warranties. Accordingly, some of the above limitations and exclusions may not apply to you.

## 11.2 Limitation of Liability

IN NO EVENT SHALL WHITEPAGES OR ANY OF THE PROVIDERS BE LIABLE, WHETHER UNDER ANY IMPLIED INDEMNITIES OR OTHERWISE, FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR OTHER DAMAGES, WHETHER IN AN ACTION IN CONTRACT, TORT (INCLUDING BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE ARISING OUT OF OR IN ANY WAY CONNECTED WITH: (I) USE OF THE SERVICES OR THE CONTENT, INCLUDING, BUT NOT LIMITED TO, ANY DAMAGE CAUSED BY ANY RELIANCE ON, OR ANY DELAYS, INACCURACIES, ERRORS OR OMISSIONS IN, THE SERVICES OR CONTENT, WHETHER PROVIDED BY WHITEPAGES OR BY THIRD PARTIES; (II) ANY USE OR INABILITY TO USE OR ACCESS THE SERVICES FOR ANY REASON, (III) UNAUTHORIZED ACCESS, USE, OR ALTERATION OF YOUR SEARCHES, CONTENT, OR ACCOUNT, (IV) ANY CONTENT PROVIDED BY OR CONDUCT OF ANY THIRD PARTY, INCLUDING, WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF THIRD PARTIES; OR (IV) ANY CONTENT OR SERVICES DISCUSSED, PURCHASED OR OBTAINED, DIRECTLY OR INDIRECTLY, THROUGH THE SERVICES, EVEN IF WHITEPAGES AND/OR THE PROVIDERS ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF WHITEPAGES OR THE PROVIDERS ARISING OUT OF OR RELATING TO THE USE OF THE SERVICES AND/OR THE CONTENT EXCEED THE GREATER OF U.S. $100.00 OR THE AMOUNT YOU PAY TO WHITEPAGES, IF ANY, IN THE PAST SIX MONTHS, FOR ACCESS TO OR USE OF THE SERVICES.

Some states do not allow the limitation or exclusion of liability for incidental or consequential damages. Accordingly, some of the above limitations and exclusions may not apply to you.

## 11.3 Indemnification

You agree to hold harmless, defend, and indemnify Whitepages and the Providers from all liabilities, claims, demands and expenses, (including, but not limited to, reasonable attorneys' fees), that are due to, arise from, or otherwise relate to your use or misuse of the Services or the Content including, without limitation, any actual or threatened suit, demand or claim made against Whitepages or any Provider that arises out of or relates to: (i) any intellectual property rights or other proprietary rights of any third party, or (ii) your breach of this Agreement. Whitepages may assume exclusive control of any defense of any matter subject to indemnification by you (which shall not excuse your obligation to indemnify Whitepages), and you agree to cooperate with Whitepages in such event. You shall not settle any dispute subject to your indemnification under this Agreement without prior written consent from Whitepages.

## 12. General Terms

### 12.1 Controlling Law

These Terms will be governed by the laws of the State of Washington without regard to or application of its conflict of law provisions or your state or country of residence. The United Nations Convention on Contracts for the International Sale of Goods shall have no applicability.

### 12.2 Severability and Waiver.

**Waiver.** Whitepages' failure to enforce a provision of this Agreement is not a waiver of its right to do so later or to enforce any other provision.

**Severability.** If any provision of these Terms of Service are held to be unenforceable for any reason, such provision will be reformed only to the extent necessary to make it enforceable, and such decision will not affect the enforceability of such provision under other circumstances, or of the remaining provisions hereof under all circumstances.

### 12.3 Assignment

You may not assign any of your rights or obligations under this Agreement, and any such attempt will be void. Whitepages may assign its rights to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services.

### 12.4 Changes to the Service

We reserve the right, at any time and in our sole discretion, to amend, modify, suspend, or terminate the Services, the Content, and any part thereof, without notice to you. Whitepages shall have no liability to you or any other person or entity for any modification, suspension, termination, or loss of information.

### 12.5 Termination

These Terms will remain in full force and effect while you use the Services. If you wish to terminate this Agreement or your Account, you may simply discontinue using the Services. Whitepages may terminate your access to all or any part of the Services or Content at any time, with or without cause, with or without notice, effective immediately. All provisions of this Agreement which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, payment obligations, warranty disclaimers, release of claims, indemnity, and limitations of liability.

Nothing in this section shall affect Whitepages' right to change, limit, or stop the provision of the Services without prior notice, as provided in section 12.4.

### 12.6 No Third Party Beneficiaries

Except as otherwise expressly provided in this Agreement, there shall be no third party beneficiaries to this Agreement.

### 12.7 Headings

The headings of the sections contained in these Terms are for convenience only and shall not be deemed to control or affect the meaning or construction of any provision of the Terms.

## 12.8 Changes to Terms

We reserve the right to change these Terms of Service at any time by posting the most current version of the Terms with a new effective date shown. It is your responsibility to review these Terms of Service prior to each use of the Services, and by continuing to use the Services, you agree to any changes. If you do not agree to these Terms, you must discontinue using the Services immediately.

## 12.9 Additional Terms

Special terms or rules may apply to some services offered on our Web site or mobile applications, such as rules for special promotions or other features or activities. Any such terms are in addition to these Terms. In the event of any conflict or inconsistency between these Terms, our Privacy Policy, and any rules, restrictions, limitations, terms and/or conditions that may be communicated to users of the Service, Whitepages shall determine which rules, restrictions, limitations, terms and/or conditions shall control and prevail, in our sole discretion, and you specifically waive any right to challenge or dispute such determination.

## 12.10 Dispute Resolution: Agreement to Arbitrate

Please read the following sections carefully, as they affect your rights.

ANY DISPUTE, CLAIM OR CONTROVERSY BETWEEN YOU AND WHITEPAGES, INCLUDING ANY DISPUTE ARISING OUT OF, RELATED TO, OR IN ANY WAY CONNECTED WITH THE SERVICES, THE CONTENT (INCLUDING, WITHOUT LIMITATION, CONTENT RELATING TO YOU), ALLEGED ADVERTISING OF THE SERVICES OR CONTENT, OR THIS AGREEMENT, WHETHER BASED IN CONTRACT, STATUTE (INCLUDING, WITHOUT LIMITATION, STATUTES RELATING TO PRIVACY, APPROPRIATION, OR RIGHT OF PUBLICITY), REGULATION, ORDINANCE, TORT (INCLUDING, WITHOUT LIMITATION, FRAUD, MISREPRESENTATION, FRAUDULENT INDUCEMENT, RIGHT OF PUBLICITY, APPROPRIATION, OR NEGLIGENCE), OR ANY OTHER LEGAL OR EQUITABLE THEORY ("**DISPUTE**"), WILL BE RESOLVED BY BINDING ARBITRATION IF IT CANNOT BE RESOLVED THROUGH NEGOTIATION AS SET FORTH IN THIS SECTION 12.10. ARBITRATION MEANS THAT THE DISPUTE WILL BE RESOLVED BY A NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY. THE ARBITRATOR WILL DECIDE ALL THRESHOLD QUESTIONS, INCLUDING BUT NOT LIMITED TO, ISSUES RELATING TO THE ENFORCEABILITY, REVOCABILITY, OR VALIDITY OF THIS SECTION 12.10 AND WHETHER EITHER PARTY LACKS STANDING TO ASSERT THEIR CLAIM(S).

NOTWITHSTANDING THE FOREGOING, YOU AND WHITEPAGES AGREE THAT (A) ANY DISPUTE THAT MAY BE BROUGHT IN SMALL CLAIMS COURT MAY BE INSTITUTED IN SMALL CLAIMS COURT IN YOUR COUNTY OF RESIDENCE OR KING COUNTY, WASHINGTON INSTEAD OF BEING RESOLVED THROUGH ARBITRATION, AND (B) EITHER PARTY MAY SEEK INJUNCTIVE RELIEF IN ANY COURT OF COMPETENT JURISDICTION TO (I) ENJOIN INFRINGEMENT OR OTHER MISUSE OF ANY PARTY'S INTELLECTUAL PROPERTY RIGHTS (INCLUDING, WITHOUT LIMITATION, VIOLATION OF ANY DATA USE RESTRICTIONS CONTAINED IN THIS AGREEMENT OR OTHER MISUSE OF THE CONTENT), OR (II) ENJOIN SCRAPING, WEB CRAWLING OR UNAUTHORIZED ACCESS TO EITHER PARTY'S WEB SITES OR SERVICES.

If you have a Dispute with Whitepages, you must send written notice describing the Dispute to Whitepages to allow Whitepages an opportunity to resolve the Dispute informally through negotiation. You must send your notice to the following address: Whitepages, Inc., Attn: Legal Department, 2033 Sixth Avenue Suite #1100, Seattle, WA 98121. If we have a Dispute with you, we will send written notice (e-mail or letter) describing the Dispute to

you. The parties agree to negotiate resolution of a Dispute in good faith for no fewer than 45 days after notice of a Dispute has been provided. If the Dispute is not resolved within 45 days from receipt of notice of the Dispute, you or Whitepages may proceed to have the Dispute resolved through arbitration as each party's exclusive Dispute resolution process (except for the limited exceptions set forth above).

Any arbitration, if required, will be conducted by AAA under its then current and applicable rules and procedures, which are located at http://www.adr.org, and these rules will govern the payment of all filing, administration, and arbitrator fees, unless this Section 12.10 expressly provides otherwise. The party submitting a dispute for resolution through arbitration will pay AAA's filing fee. Each party will pay their pro rata share of administration and arbitrator fees under AAA's rules; provided however, if AAA's Consumer Arbitration Rules are applicable, Whitepages will make arrangements to pay all necessary administration and arbitrator fees directly to AAA. If AAA's Consumer Arbitration Rules are applicable and you lose the claim(s) you assert against Whitepages, you agree to reimburse Whitepages for your pro rata share of administration and arbitrator fees; provided however, if you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, Whitepages will pay as much of the administration and arbitrator fees as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive as compared to litigation. If the arbitrator determines the claim(s) you assert in the arbitration are frivolous or that you asserted the claim(s) for harassment or any other improper purpose, you agree to reimburse Whitepages for all administration and arbitrator fees paid by Whitepages. The party that ultimately loses will pay the reasonable documented attorneys' fees and costs of both parties.

The arbitration shall be held in Seattle, Washington, in English. If the value of the relief sought is US$25,000 or less, the arbitration will be conducted based solely on written submissions; provided, however, either of us may request to have the arbitration conducted by telephone or in-person hearing, which request shall be subject to the arbitrator's discretion. Attendance at any in-person hearing may be made by telephone by you and/or us, unless the arbitrator requires otherwise. Keeping in mind that arbitration must remain a fast and economical process, no discovery or exchange of information between us is contemplated. Upon request by either of us, the arbitrator may direct specific information be exchanged and may issue a protective order limiting the use and disclosure of exchanged information; provided however, the scope of information the arbitrator may direct to be exchanged shall be limited to what the arbitrator determines is needed to provide for a fundamentally fair process. Either party may file a dispositive motion to narrow the issues.

YOU AND WHITEPAGES EACH WAIVE ALL RIGHTS TO CONDUCT DISPUTE RESOLUTION PROCEEDINGS IN A CLASS ACTION OR CONSOLIDATED ACTION. YOU AND WHITEPAGES EACH AGREE THAT ANY DISPUTE RESOLUTION PROCEEDINGS WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS, WITH THE SOLE EXCEPTION OF REPRESENTATIVE SUITS THAT ARE PERMITTED BY, AND DEEMED UNWAIVABLE UNDER, STATE LAW. IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN IN ARBITRATION, WE EACH WAIVE ANY RIGHT TO A JURY TRIAL.

If any clause within this Section 12.10 (other than the class action waiver clause above) is determined to be illegal or unenforceable, that clause will be severed from this Section 12.10, and the remainder of this Section will be given full effect. If the arbitrator determines this Section 12.10 is unenforceable, invalid, or has been revoked as to any claim(s), then the Dispute as to such claim(s) will be decided by the courts in the state of Washington, King County, or the United States District Court for the Western District of Washington, and the parties irrevocably submit to the exclusive jurisdiction of such courts. If the class action waiver clause is determined to be illegal or unenforceable, this entire Section 12.10 will be unenforceable, and the Dispute will be decided by the courts of the state of Washington, King County, or the United States District Court for the Western District of Washington, and the parties irrevocably submit to the exclusive jurisdiction of such courts.

The Federal Arbitration Act, applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern this Agreement and any Dispute that might arise between Whitepages and you. These Terms evidence a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of the agreement between us.

## 12.11 Entire Agreement

These Terms, Payment Policy, and Privacy Policy are the entire and exclusive agreement between you and Whitepages (excluding any services for which you have a separate agreement with Whitepages that is explicitly in addition to or in place of these Terms), and these Terms supersede and replace any prior agreements between Whitepages and you regarding the Services.

## Company

Home
About Us
Careers
Blog

## Find

People Search
Phone Search
Address Search
Background Checks
Email Search

## Your Whitepages

Help
Privacy Policy
Terms of Use
Do Not Sell My Personal Information
Manage Cookies

## More

White Pages
411.com
Peoplesearch.com

 

© Whitepages Inc.   |   Sitemap